IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERMAINE WILLIAMS : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 17-2697 |
| CITY OF PHILADELPHIA OFFICE OF THE : | |
| SHERIFF, ET. AL. : | |

# O R D E R

**AND NOW**, this  22nd  day of  August , 2017, upon consideration of Defendants' Motion to Dismiss (ECF No. 3), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. The Motion is **GRANTED** with respect to Plaintiff's federal claim against the City of Philadelphia Office of the Sheriff (Count I). Plaintiff may file an Amended Complaint within fourteen (14) days of the date of this Order.

2. The Motion is **DENIED** with respect to Plaintiff's federal claim against Defendants Valasco and Lopez (Count I).

**IT IS SO ORDERED.**

                                                              **BY THE COURT:**

                                                          **R. BARCLAY SURRICK, J.**