# EXHIBIT A

Joseph Evans
July 19, 2019

1

Page 1

1           IN THE UNITED STATES DISTRICT COURT FOR THE

2                  EASTERN DISTRICT OF PENNSYLVANIA

3

4    JERMAINE WILLIAMS,                    :
                                           :Civil Action No.
5              Plaintiff,                  :17-2697
                                           :
6              V.                          :
                                           :
7    CITY OF PHILADELPHIA                  :JURY TRIAL DEMANDED
     OFFICE OF THE SHERIFF, et al.,        :
8                                          :
               Defendants.                 :
9

10                      July 19, 2019

11           ORAL DEPOSITION OF JOSEPH EVANS, held at the

12   City of Philadelphia Law Department, located at 1515 Arch

13   Street, 14th Floor, Philadelphia, Pennsylvania, on Friday,

14   July 19, 2019, at 11:00 a.m., on the above date, before

15   Michelle Keys, a Court Reporter and Notary Public of the

16   Commonwealth of Pennsylvania.

17

18

19

20

21

22

23

24

25

## Page 2

```
1   APPEARANCES:
2   ON BEHALF OF PLAINTIFF:
3   STUART M. NIEMTZOW, ATTORNEY AT LAW
        BY:  STUART M. NIEMTZOW, ESQUIRE
4   806 Darby Road
        Havertown, Pennsylvania 19083
5   (610)449-2111
        Stuartnlaw@gmail.com
6
7   ON BEHALF OF DEFENDANT:
8   CITY OF PHILADELPHIA LAW DEPARTMENT
        BY:  MATTHEW K. HUBBARD, ESQUIRE
9   Civil Rights Unit
        One Parkway Building
10  1515 Arch Street, 14th Floor
        Philadelphia, Pennsylvania 19102
11  (215)683-5391
        Matthew.hubbard@phila.gov
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
1                    INDEX
2   WITNESS:                        PAGE
3   JOSEPH EVANS                       5
4
5
6   EXAMINATION
7   BY MR. NIEMTZOW                    5
8   BY MR. HUBBARD                    74
9   BY MR. NIEMTZOW                   78
10  BY MR. HUBBARD                    81
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
|  | EXHIBITS |  |
| 1 | Notice of Deposition | 6 |
| 2 | Document Bates-stamped | |
|  | D-14 to D-18 | 9 |
| 3A | Photograph | 15 |
| 3B | Photograph | 15 |
| 3C | Photograph | 15 |
| 3D | Photograph | 15 |
| 3E | Photograph | 15 |
| 3F | Photograph | 15 |
| 3G | Photograph | 15 |
| 4 | Document Bates-stamped | |
|  | D-1 to D-6 | 53 |
| 5 | List | 74 |

## Page 5

```
1            (It is hereby stipulated and agreed by and
2       between counsel for the respective parties
3       that, sealing, certification, and filing are
4       waived; and that all objections, except as
5       to the form of the question, are reserved
6       until the time of trial.)
7                    - - -
8            JOSEPH EVANS,
9       after having been first duly sworn,
10      was examined and testified as followed:
11                   - - -
12           EXAMINATION
13                   - - -
14  BY MR. NIEMTZOW:
15  Q.    So we are here today in the case of
16  Jermaine Williams versus the City of Philadelphia
17  Office of the Sheriff, and I've been asked by
18  counsel to refer to it as "the sheriff" rather than
19  "the city."
20           So do you understand that, that, you
21  know, when I say "the sheriff," I mean the Sheriff's
22  Department of the City of Philadelphia?  And I know
23  you've had your deposition taken before, correct?
24  A.    I have.
25  Q.    So many of the instructions, we're going to
```

Page 6

1  dispense with today.  I just want to understand, are
2  you under the influence of anything that would
3  prevent you from understanding that you are under
4  oath today and understanding questions?
5  A.     No.
6  Q.     Okay.  Would you state your name, please?
7  A.     Joseph Evans.
8  Q.     And would you state your position?
9  A.     Captain in the Philadelphia Sheriff's
10 Department.
11 Q.     And how long have you been a captain in the
12 Philadelphia Sheriff's Department?
13 A.     About seven and a half years.
14 Q.     Okay.  And before that?
15 A.     I was a lieutenant in the Sheriff's
16 Department.
17 Q.     So for how long have you actually been in the
18 Sheriff's Department?
19 A.     34 and a half years.
20        MR. NIEMTZOW:  Okay.  Can we have the
21 notice marked, please, as Exhibit 1, which she's
22 already premarked?
23        I didn't premarked any of the other
24 ones in --
25        (Exhibit 1 identified.)

Page 7

1  BY MR. NIEMTZOW:
2  Q.     You're here today, I think we can stipulate,
3  to testify on behalf of the City in response to
4  Exhibit Number 1.
5        Do you understand that?
6  A.     Yes.
7  Q.     Okay.  And I've already sent the City --
8        MR. HUBBARD:  And, yeah, but --
9  that's okay.  Just to make it clear going forward,
10 because I don't want to interrupt you all that
11 much --
12        MR. NIEMTZOW:  All right.
13        MR. HUBBARD:  -- whenever he refers
14 to "the City," he means the Sheriff's Office.
15        Does that work for you?
16        MR. NIEMTZOW:  And I agree with that.
17 I --
18        MR. HUBBARD:  That's fine.
19        MR. NIEMTZOW:  You know, I'm so
20 used --
21        MR. HUBBARD:  That's fine.  If you
22 say "City," that's fine.
23        MR. NIEMTZOW:  Okay.
24        MR. HUBBARD:  But just as long as you
25 understand, and we have it on the record that --

Page 8

1        MR. NIEMTZOW:  Right.  I will try my
2  best.
3        MR. HUBBARD:  -- when you refer to
4  "the City," you're referring to the Sheriff's
5  Office.
6        MR. NIEMTZOW:  Right.
7        MR. HUBBARD:  All right.  Good.
8  BY MR. NIEMTZOW:
9  Q.     You understand here that the City has
10 designated you to testify on its behalf on behalf of
11 the Sheriff's Department on these topics, correct?
12 A.     Yes.
13 Q.     Okay.  Mr. -- Captain Evans, if you could
14 tell me, please, in a situation where the Sheriff's
15 Department is transporting a prisoner in a
16 wheelchair, how is that prisoner and/or the
17 wheelchair supposed to be secured under the
18 sheriff's policies, guidelines, procedures and
19 training?
20 A.     We have no specific directive that dictates
21 exactly how to -- to do that.  What we have is a
22 general directive that says -- a general section of
23 a directive that says that special care and
24 consideration will be given to people that are
25 handicapped.  And it is my habit and custom and has

Page 9

1  been for -- we've been using these types of vehicles
2  with the -- equipped with wheelchair lifts and for
3  securing wheelchairs, the straps, my custom, my
4  habit, my practice is to verbally and to write it
5  down on an assignment sheet in the morning when I
6  make the assignment to make sure that people, the
7  deputies, use the equipment to strap down the
8  wheelchair and to seat belt the -- the subject into
9  the wheelchair.
10 Q.     Okay.  So let's just slow down, because you
11 said a lot of things.
12 A.     I know, it's a lot.
13        MR. NIEMTZOW:  Can we have this
14 marked Exhibit 2, please?
15        (Exhibit 2 marked for
16 identification.)
17 BY MR. NIEMTZOW:
18 Q.     And, Captain Evans, is Exhibit 2 what you're
19 talking about as far as a general guideline that you
20 have?
21 A.     Yes.
22 Q.     And is that something you prepared?
23 A.     It is not.  I had some hand in crafting it,
24 but it was crafted in general many years ago, and
25 was revised in 2014.

Page 10

1   Q.      In fact, it's indicated on the exhibit that
2   it was created in 19- --
3   A.      '88.
4   Q.      -- 88 and revised in 2014?
5   A.      Yes.
6   Q.      Okay.  And that is the current written
7   policy --
8   A.      Yes.
9   Q.      -- for procedures to set and secure
10  wheelchair prisoners in?
11  A.      Well, it's -- it's a general prisoner
12  transport directive.
13  Q.      Okay.
14  A.      And, yeah, it touches on wheelchairs.
15  Q.      Is there anything else in writing that --
16  that covers wheelchair transportation of prisoners?
17  A.      No, sir.
18  Q.      Okay.  Now, let's -- because there are two
19  issues in this case that we have.  One is the
20  transportation of Mr. Williams in the wheelchair,
21  the other one is the transportation in the same van
22  of other prisoners with Mr. Williams in that van,
23  those other prisoners not necessarily being in
24  wheelchairs, in fact, not being in wheelchairs.
25          Do you understand that?

Page 11

1   A.      I didn't.
2   Q.      Well, do you understand that's an issue?
3   A.      I didn't know that that was an issue.
4   Q.      Okay.
5   A.      I knew that that was the circumstance,
6   Mr. Williams --
7           MR. HUBBARD:  I didn't know that was
8   an issue either, for the record.
9           MR. NIEMTZOW:  Okay.  Fine.  I didn't
10  mean to make it an issue with --
11          MR. HUBBARD:  I don't know why it's
12  considered an issue.
13          MR. NIEMTZOW:  Well, now --
14          MR. HUBBARD:  He would -- he has not
15  discussed the law of this case with me I --
16          MR. NIEMTZOW:  Right.  I understand
17  that.  I'm just saying.
18  BY MR. NIEMTZOW:
19  Q.      Are there any other procedure -- what is
20  the -- okay.
21          Are there any other procedures other
22  than this written one that are written for how to
23  transport those prisoners who are not in a
24  wheelchair in that same van?
25  A.      No, sir.

Page 12

1   Q.      Okay.  Now, tell me, based on your years of
2   experience and on behalf of the sheriff, what is the
3   proper way to transport a prisoner in a city van who
4   is in a wheelchair?
5           Tell me -- take me, please, from
6   start to -- to arrival.
7   A.      Okay.  The wheelchair -- the defendant in the
8   wheelchair will be wheeled out to the vehicle and
9   remain in his wheelchair the entire time.  He'll be
10  loaded onto a wheelchair lift, wheels will be looked
11  so that the wheelchair won't move.  There's a -- a
12  belt that goes across the front of the lift, so that
13  if that were to fail, he wouldn't come off the lift.
14          One officer will be behind him
15  waiting for him to come up to platform level inside
16  the vehicle, the other officer will be down on the
17  floor on the ground level with the controls that
18  raises the lift up to the platform level.  Once he
19  gets to platform level, he'll unsecure his wheels,
20  and then we will wheel him into the vehicle and put
21  him into a position.
22  Q.      I'm listening, go ahead.
23  A.      Okay.  We'll put him into a position, one of
24  five different positions on the vehicle that will
25  accommodate the wheelchair.  Once he is in position,

Page 13

1   we have straps, clamping devices that clamp into the
2   floor, and they have very heavy duty hooks and
3   canvas straps.  They will be hooked to the body of
4   the wheelchair in the front, one each side, and in
5   the back, all right?  So he'll actually have --
6   there will be four straps, one at each corner,
7   that'll be tightened up.  All you have to do is turn
8   a -- there's a piece that turns on the clamp itself
9   that will tighten it up.  And it's a ratchet effect
10  so that when you tighten it up, it won't loosen, you
11  have to hit a button to loosen it so the --
12  Q.      It won't let go?
13  A.      If that wheelchair were -- if that truck were
14  to be on its roof, that wheelchair will stay -- that
15  wheelchair will be in place.
16  Q.      Okay.
17  A.      And then there is -- on the wall, there is a
18  lap -- a combination lap and shoulder strap that
19  comes down across the subject, and there's a belt
20  with the female end of the seat belt connector to
21  it, which will connect to the top of the right rear
22  clamping device that's on the floor, and then it'll
23  snap -- it looks identical and functions identically
24  as to one in a regular passenger car.
25  Q.      So it essentially looks like a shoulder

1    harness?

2    A.      Yeah, yeah, it -- exactly like -- what you

3    would have.

4    Q.      A lap belt?

5    A.      A lap belt that'll come across your lap and a

6    piece that comes over the left shoulder.

7    Q.      And is what you're saying that under the

8    standard operating procedures of the City of

9    Philadelphia's Sheriff's Department, every prisoner

10   in a wheelchair should be strapped in that way?

11   A.      Yes.  Yes.

12   Q.      Now, when you say that -- when you mentioned

13   during that time period that if the van is up -- is

14   on -- on the -- is flipped over and the person is

15   hanging out, that the chair should not leave its

16   secured --

17   A.      That chair is immovable.

18   Q.      Okay.  Now, what about the person in the

19   chair?

20   A.      The person --

21   Q.      If these things are properly done, should

22   that person also be unable to get out, other than if

23   he makes an effort to un- -- unleash something?

24   A.      No, he should still be -- he should still be

25   in that chair, because he has not only the shoulder

1    belt but the lap belt.  So, yeah, he should stay

2    in -- in the wheelchair.  I just don't see how he

3    could come out.

4    Q.      Okay.

5    A.      I mean, absent someone letting him out or him

6    hitting that button on the -- because it functions

7    exactly as the lap shoulder belt.

8    Q.      So in the normal course of things, if the

9    City Sheriff's policy for transporting wheelchair

10   prisoners is followed, there should be nothing by

11   way of the driving or the movement of the van that

12   should allow either the wheelchair to come loose or

13   the prisoner in the wheelchair to come free and

14   fall?

15   A.      Absent someone actively removing the belt,

16   you know, provided that it's the way that it was

17   when it was, you know, that it remains engaged, yes.

18   Q.      Okay.  Now, tell me -- you've told me how a

19   prisoner is transported in a wheelchair.

20           MR. NIEMTZOW:  And let's mark these

21   photos.  I guess we can mark them 3, and then go

22   A -- A, B, C, D, please.

23           (Exhibit 3A to 3G marked for

24   identification.)

25

1    BY MR. NIEMTZOW:

2    Q.      Captain Evans, the photographs that have been

3    marked 3A to G, would you look at them, please, and

4    tell me if -- if they more or less are identical

5    portrayals of the van that was used in this case or

6    in general?

7    A.      No, it's -- it is the vehicle that was used

8    in this.

9    Q.      Okay.  Fine.  And would you look through it

10   and -- and you're familiar with all those -- okay.

11           Now, if you could, I'm going to give

12   you a red marker.  And if you don't mind, if you

13   could, could you describe where the wheel- -- the

14   person in the wheelchair would be -- wherever on

15   those pictures the person in the wheelchair would be

16   within that van, would you please mark a "W."

17   A.      (Witness complies.)

18           I mean, can I -- should I describe?

19   Q.      No, I just want to make sure we can see it.

20   So I thought I was being clever by --

21   A.      Honestly, these seats, the top folds down.

22   Q.      Yes.

23   A.      And then it folds up.  For example, you can

24   see right here, the one in the back there, that can

25   come down.  It's held in place when you, you know,

1    it's prepared to receive a wheelchair --

2    Q.      Okay.

3    A.      -- in that spot.

4    Q.      In that spot.  Okay.  If you can do it again,

5    you know, on any other pictures where we have a "W,"

6    any other things that show where the wheelchair

7    itself is.

8    A.      All right.

9    Q.      I realize that's -- we'll -- okay.

10   A.      (Witness complies.)

11           It'll be real hard to see on this

12   one.

13   Q.      I understand.  But whatever you can do, just

14   so we have -- in case there's a later issue.  There

15   may never be.

16           Okay.  And if you can, on the outside

17   of the van, are you able to locate essentially where

18   that area is?

19   A.      Uh-huh.  It'll be about right there

20   (indicating).

21   Q.      Okay.  A "W," please.

22   A.      Oh, I'm sorry.

23   Q.      It's okay.  We know what you mean.

24   A.      (Witness complies.)

25   Q.      All right.  Now, so that's where -- that's

Page 18

1    where -- what you've described for the wheelchair
2    person should take place, more or less.
3              Now, when -- is it the usual case
4    that if a person is -- a prisoner is being
5    transported in a wheelchair in a van, that prisoners
6    also will be present who are not in wheelchairs?
7    A.    Yeah, sure.
8    Q.    Okay.  And there was in this case a bunch
9    of --
10   A.    Yes, several.
11   Q.    So tell me what the City's policy, procedure,
12   practice is to transport those prisoners not in a
13   wheelchair, but in a wheelchair van with a
14   wheelchair prisoner.  In other words, how are they
15   to be secured?  How do they get into the van?
16             You know, where are they supposed to
17   be sitting in relation to --
18   A.    Gotcha.  The -- each -- each of these seats
19   folds -- folds down and up.  Now, a --
20   Q.    You're talking about 3C, yes?
21   A.    Yeah.  Now, it'll accommodate two people to
22   sit side by side --
23   Q.    Okay.
24   A.    -- whereas in that same amount of space, only
25   one wheelchair will fit in that same amount of

Page 19

1    space.  So it -- it's possible to have -- without
2    any wheelchairs in the van, we can put ten prisoners
3    in that van.  One wheelchair would take up two
4    seats, so it could be eight, plus the one
5    wheelchair.
6    Q.    So let me understand.  In 3C, where you say
7    the seat folds forward or backward?
8    A.    It folds -- the back folds forward --
9    Q.    Okay.
10   A.    -- and then the entire -- up and against the
11   wall.
12   Q.    Okay.  And so that creates a bench of sorts,
13   would you agree with that?
14   A.    Yes.
15   Q.    And how many prisoners can sit on that
16   particular seat?
17   A.    Two.
18   Q.    Okay.  So the benches -- so the prisoners are
19   grouped by twos?
20   A.    Yes.  Well, they're individual --
21   Q.    Right.
22   A.    -- but they would sit side by side.
23   Q.    Okay.  So they can't sit four by side on the
24   same bench?
25   A.    That is correct.

Page 20

1    Q.    And if there's only one, there's only one.
2    And what is the standard operating procedure of the
3    sheriff for safely transporting those prisoners in
4    the van?
5    A.    They would -- they would sit in the seat.  If
6    they choose to, they can use the seatbelts.  They do
7    not have to use the seat belt.  It's their choice.
8    But there are seat belts on each van -- you know,
9    there are seatbelts there for them.  If they choose
10   to use them, they can -- they can use them.
11   Q.    So it's not -- in your opinion, it's not the
12   sheriff's responsibility to seat belt them in or not
13   seat belt them in?
14   A.    It would be dangerous for the deputies to go
15   inside of a van with a bunch of prisoners and be
16   leaning down into their laps to -- they're --
17   they're handcuffed, but the handcuffs are heavy,
18   they're metal, and they can very easily act --
19   Q.    Right.  I understand there's security --
20   A.    So, no, that -- that is correct.
21   Q.    So it's up to the prisoner himself to make
22   that decision?
23   A.    For -- for them.
24   Q.    Okay.  Now, are -- just to go backward, is
25   the person in the wheelchair handcuffed?

Page 21

1    A.    Yes, he is.
2    Q.    And these guys who are not in wheelchairs are
3    handcuffed?
4    A.    Yes.
5    Q.    And the only way they are secured to anything
6    structurally in the van is if they decide to use the
7    seat belt?
8    A.    Yes.
9    Q.    Otherwise, they're just free floating around?
10   A.    They sit on the bench.
11   Q.    Okay.  Handcuffed?
12   A.    Handcuffed.
13   Q.    Not to each other?
14   A.    But not to one another.
15   Q.    Okay.  Fair enough.  And if they -- if
16   they -- does the -- what is -- is there a standard
17   operating procedure for sheriff's deputies to inform
18   the prisoners of this option?
19   A.    No.
20   Q.    Okay.  So it's pretty much if the prisoners
21   just figure it out themselves and want to do it?
22   A.    Yes, if they -- if they look, they're there.
23   The seat belts --
24   Q.    Right.  They're there, but nobody tells them
25   to use them?

Page 22

1    A.      If they choose to use them -- no.
2    Q.      Or that they even have the option to use
3    them?
4    A.      That is -- no one discourages them from using
5    it either.
6    Q.      Okay.  And with regard to the harness belt or
7    the seat belt that the prisoner in the wheelchair is
8    in, is that something that's mandatory for the --
9    you know, for the standard operating procedure that
10   the deputies harness that man?
11   A.      That is our practice, that is our -- our
12   habit, and that is because it is presumed that
13   people that are in wheelchairs have medical
14   problems.  So we give them a little extra care, a
15   little extra consideration because we -- we don't
16   know what their medical condition is.
17   Q.      Would you also agree that -- that the policy
18   allows them extra freedom because they are unlikely
19   going to be able to escape, or less likely to be
20   able to escape if they are confined to a wheelchair?
21   A.      No.
22   Q.      So you don't --
23   A.      No.  I have had -- I've -- I've been -- I've
24   participated in situations where handicapped people
25   tried to escape from us, so we don't -- we don't

Page 23

1    give them any opportunity to do that.  We don't make
2    the assumption that because he's in a wheelchair,
3    that he really needs to be in a wheelchair.  We --
4    we give the extra consideration, we take into
5    consideration that the person is in a wheelchair at
6    face value, and we still connect them, we still give
7    them the extra care and -- and seat belt them in
8    place.  But we don't -- we don't not -- we don't
9    leave restraints off of them and -- they stay
10   restrained just like everybody else does.
11   Q.      So the -- the deputies under you, if they're
12   following the policies, procedure, training
13   guidelines, standard operating procedures, should
14   take the wheelchair person and seat belt them in to
15   the wheelchair?
16   A.      Yeah, they should seat -- they should put --
17   they should use that --
18   Q.      There's no options for the prisoner to do it
19   himself or no option to not --
20   A.      Not for the person in a wheelchair.
21   Q.      Okay.  Now, if you would look at -- if you
22   would look at Exhibit 2 --
23   A.      Right.
24   Q.      -- second page -- I'm sorry.  First page, 7B,
25   where it says:

Page 24

1            "Deputy shall give special care and
2            consideration to prisoners who are
3            physically handicapped.  Handicapped or
4            visibly pregnant shall be restrained only to
5            the extent necessary to prevent them from
6            escaping.  If a prisoner's condition will
7            effectively prevent him/her from escaping
8            and the application of mechanical restraints
9            would create an unnecessary and justifiable
10           hazard to him or her, then mechanical
11           restraints should not be used."
12           Would you agree that this -- this
13   directive enables the deputies to make a
14   determination about whether or not to use mechanical
15   restraints on the prisoner, rather than the
16   wheelchair, but the prisoner?  It allows them to
17   make that determination on their own?
18   A.      Yes, they could.  But under these -- under
19   the types of conditions that are enumerated here,
20   for example, a visibly pregnant woman --
21   Q.      Well, let's stay away from that because
22   that's not an allegation in this case.
23   A.      Gotcha.
24   Q.      We're talking about a physically
25   handicapped --

Page 25

1    A.      Right.  But there is no way for us to be able
2    to tell visually whether or not or just how
3    handicapped the person is.  Now, for example, I
4    could just give an example.  If he were in a
5    wheelchair and his leg was out in front and he had
6    pins and rods going down the side, yeah, that -- you
7    know, it's obvious.  That's something that a deputy
8    could look at and say, "That guy is not a -- not a
9    risk."
10   Q.      But would you agree that if a person is in a
11   wheelchair or handicapped --
12   A.      Right.
13   Q.      -- or handicapped --
14   A.      Right.
15   Q.      -- and that the deputy has the discretion
16   under the City's policies to seat belt him or not
17   seat belt him, that that's what the policy says?
18   A.      No.
19   Q.      Okay.  So you think that it's mandatory that
20   every prisoner in a wheelchair is seat belted?
21   A.      Yes.
22   Q.      And do you believe that this -- this policy
23   tells the deputies that it is mandatory that a
24   handicapped person in a wheelchair has to be secured
25   in with mechanical restraints?

Page 26

1   A.     If the person -- if -- if -- all that the
2   deputy can go by is what he sees, and absent some
3   visible reason other than merely being in a
4   wheelchair, yeah, it's -- it's mandatory --
5   Q.     Okay.  To what?
6   A.     -- to use mechanical restraints.
7   Q.     Okay.  So, again, that's the practice that
8   you believe is the case?
9   A.     Yes.
10  Q.     The question is:  The only written guideline
11  that the Sheriff's Department has, seemingly, as to
12  how to secure them, enables deputies within those
13  policies guidelines to not mechanically strap a
14  prisoner in a wheelchair?
15  A.     There -- yes, it does say that.  It -- I
16  understand what you're -- you know, I understand --
17  I think I understand your question, and I'm trying
18  to be -- I'm trying to answer it as completely as I
19  can.
20  Q.     And you have.  And that's fine.  I'm asking
21  you what this regulation instructs the deputies to
22  do.
23  A.     Yeah, if -- absent they're being able -- you
24  know, some type of visual reason for them not to
25  use -- they're going to have to explain why they

Page 27

1   didn't use mechanical restraints, and it's going to
2   have to -- they're going to have to have some
3   articulable reason other than someone merely being
4   confined to a wheelchair because --
5   Q.     So in this particular case, you were involved
6   in the investigation of this case, correct?
7   A.     I --
8   Q.     You signed off on it.  You were --
9   A.     I signed off on it.
10  Q.     Okay.  In this particular case, is it --
11  strike that.
12         Is it accurate to say that in your
13  opinion, every wheelchair prisoner in a van should
14  be harnessed into the wheelchair?
15  A.     Yes.
16  Q.     Okay.  So -- and that's -- that's despite
17  what you've just read about the discretion that the
18  sheriff's deputies have?
19  A.     The discretion that they have is with the
20  mechanical restraints, not --
21  Q.     That's what I'm talking about.  I'm not
22  talking about, at this point, the restraints on the
23  wheelchair itself, I'm talking about --
24  A.     That's what I --
25  Q.     Yes.

Page 28

1   A.     That's what I understood you to say.
2   Q.     Okay.
3   A.     I mis- -- maybe I misunderstood.
4   Q.     Okay.  So is it your opinion that every
5   wheelchair prisoner should be, let's call it, seat
6   belted, even though to me it's more of a harness
7   belt.  But should they be seat belted into the
8   wheelchair, every prisoner --
9   A.     Yes.
10  Q.     -- in a wheelchair?
11  A.     Every prisoner in a wheelchair, yes.
12  Q.     Okay.  So that -- so would you agree that
13  that is inconsistent with the written guideline that
14  says that the deputies have discretion to do so
15  depend- -- with a handicapped person depending on
16  what they consider to be reasonable under the
17  circumstances?
18  A.     No, I wouldn't.
19  Q.     Wouldn't give them any discretion not to --
20  to not use mechanical restraints?
21         MR. HUBBARD:  I'm going to object.
22         THE WITNESS:  You keep --
23         MR. HUBBARD:  Just objection to form.
24  I think the witness was trying to explain that there
25  is a distinction between a seat belt and a

Page 29

1   mechanical restraint, and I think that there's --
2   it's being conflated into a seat belt.  I don't
3   think a mechanical restraint is a seat belt.
4          THE WITNESS:  No, sir.  Mechanical
5   restraints are handcuffs.
6          MR. NIEMTZOW:  Oh, oh.  Okay.
7          MR. HUBBARD:  I understand you,
8   Stuart.
9   BY MR. NIEMTZOW:
10  Q.     Gotcha.  I'm glad you pointed that out then.
11  A.     That's why I was getting confused.
12  Q.     So what would you call the seat belt?
13  A.     The seat belt would be the seat belt.
14  Q.     So you think that mechanical restraints are
15  not seat belts?  They don't --
16  A.     No.  The mechanical restraint as used in this
17  directive is handcuffs or leg irons -- and/or leg
18  irons.
19  Q.     Would you agree that it's at least, to a
20  person reading it, a confusing distinction?
21  A.     I could see where someone who is not in
22  this -- I could certainly understand that.
23  Q.     Okay.  So do you know of any reason why the
24  City Sheriff's Department could not write in instead
25  of "mechanical restraints," "handcuffs" or "leg

Joseph Evans
July 19, 2019                                        30 to 33

Page 30

1   irons"?
2   A.      You know what I think?  I think that we're
3   probably thinking that everybody that's reading this
4   is in the business, and it's written for a
5   particular audience, and someone outside of that
6   audience -- I could certainly understand where that
7   could be -- but that's -- that's not what it is.
8   It's --
9   Q.      Okay.
10  A.      The mechanical is supposed to be -- I mean,
11  that's what it's intended to --
12  Q.      All right.
13  A.      -- refer to.
14  Q.      Let me ask you this:  Under the City -- under
15  the Sheriff's policies, training, guidelines,
16  particularly training and written guidelines, is
17  there anything that explains to the sheriff's
18  deputies that mechanical restraints in this
19  transportation area means handcuffs or leg irons as
20  opposed to including seat belts?
21  A.      I don't think so.
22  Q.      Okay.  So to ask somewhat of an unfair
23  question, how -- how does the Sheriff communicate to
24  its deputies that seat belts are mandatory?
25  A.      They're told by me.  They're instructed.

Page 31

1   Q.      By you?
2   A.      They're instructed.  If you have a person
3   that's in a wheelchair, you secure the wheelchair to
4   the floor, and you secure the person with a seat
5   belt to the chair.
6   Q.      Okay.  Now, what happens on your days off?
7   A.      I haven't -- I don't take much time off.
8   Q.      Okay.  How about if you go to the bathroom on
9   a particular -- how about if you're in the bathroom
10  when a particular van leaves Graterford?
11  A.      I also -- oh, well, that's just it.  I'm not
12  there.
13  Q.      I understand that.
14  A.      I'm not up there.
15  Q.      I understand that.  That's the question.
16  Is -- this van left Graterford at issue in this
17  case, and we're focused on not a van in the --
18  that's leaving the City facility to go to Graterford
19  or city hall or -- I'm sorry, it's the Criminal
20  Justice Center.  We're focused here on the
21  procedures used at Graterford by the Sheriff to
22  secure a prisoner.
23          So, presumably, you're never there,
24  correct?
25  A.      Yes.

Page 32

1   Q.      And, presumably, there's no supervisor who is
2   there?
3   A.      Yes.
4   Q.      So the prisoner is at the discretion, to the
5   degree they have discretion, of the deputies who are
6   picking him up, correct?
7   A.      Yes.
8   Q.      And those deputies are on their own as far
9   as -- as far as deciding whether to seat belt a
10  prisoner in a wheelchair.  And when I say "on their
11  own," that means according to what they've been
12  trained or written guidelines they've been given or
13  oral guidelines or, you know, anything else that
14  communicates that mandatory nature.
15  A.      Yes.  They're without immediate supervision.
16  Q.      Okay.
17  A.      Yes.
18  Q.      And other than -- well, where -- where is it
19  that they know that the seat belting is mandatory if
20  you're not there or nobody in your position is at
21  Graterford, where do they know that it's mandatory?
22  A.      When I give them their assignment in the
23  morning --
24  Q.      Yes.
25  A.      -- I attach a half page piece of paper to

Page 33

1   their assignment every morning.
2   Q.      Okay.
3   A.      And I'll tell them.  All right?  And in this
4   case, they were going to Graterford for nine, all
5   right?  You're going to have -- you're going to have
6   eight and one wheelchair.  And then at the bottom,
7   make sure you seat belt and strap down the
8   wheelchair.
9   Q.      So you write that in handwriting?
10  A.      I write that in handwriting on a piece of
11  paper.  I give it to them as a written instruction.
12  Q.      Is there any reason why you don't have a form
13  made of it if you write it on every -- every
14  wheelchair case?
15  A.      Because it's so routine.  It's something --
16  it's a very short piece of paper.
17  Q.      Okay.  Do you have a copy of one?
18  A.      I don't.
19  Q.      Okay.
20  A.      But I could actually -- I mean, I could -- I
21  have no problem showing you.  I can make one up real
22  fast.  It's just real easy to do.
23  Q.      Well, I don't --
24  A.      Okay.
25  Q.      The question is -- and, again, if -- I know

Joseph Evans
July 19, 2019                                    34 to 37

Page 34

1  you say you don't take much time off, but that's
2  your own personal practice, correct?
3  A.      That is correct.
4  Q.      It's not the practice of all the employees of
5  the Sheriff who are involved with this
6  responsibility?
7  A.      No, sir, that is not their practice.
8  Q.      Okay. Now, the other question -- let's go
9  back to the prisoners who are on the benches
10 handcuffed, but not connected to each other or who
11 have decided -- who don't hook themselves up to the
12 seat belts.
13          And I guess I have a question, which
14 is: Physically, if a prisoner is handcuffed, how
15 can he engage the seat belt?
16 A.      Well, that's just it. When you were asking
17 me questions, I was -- I was actually specifically
18 referring to the other people that were in the
19 vehicle with him on the date.
20 Q.      Well, that's fine. I'm happy to do -- to
21 stay to that, but the question is: If the
22 prisoners, and I'm assuming they were, because my
23 client says they were, they were handcuffed. So
24 when they get in, they're handcuffed?
25 A.      Right.

Page 35

1  Q.      They sit down, they're handcuffed?
2  A.      Right.
3  Q.      How is someone with a -- with his hands
4  handcuffed in front of him, which is what I would
5  assume it is, able to even reach for a seat belt?
6  A.      Because their hands are cuffed together.
7  Q.      Yes.
8  A.      But not to their body. It's not like they
9  have a --
10 Q.      I understand that, but --
11 A.      So where they have --
12          MR. HUBBARD: He's answering your
13 question. Let him answer.
14          THE WITNESS: So they have, and they
15 can reach down and take the piece and bring it over
16 and snap it in place. They -- they have significant
17 movement of hands, they just don't have the ability
18 to use them independently of one another, because
19 they're handcuffed together. But they do have --
20 you know, they can go from side to side.
21 BY MR. NIEMTZOW:
22 Q.      I understand.
23 A.      Okay.
24 Q.      And so let me ask you this question: You've
25 talked about what happens with a wheelchair and the

Page 36

1  person in the wheelchair. If the proper Sheriff's
2  procedures are used to harness the person in, what
3  about the prisoners who aren't in wheelchairs? If
4  the van tips over, where do they go if they don't
5  have -- if they aren't seat belted, first of all?
6  A.      If that were to happen, they would wind up on
7  the floor.
8  Q.      Okay. And would they necessarily go backward
9  or forward in the van one way or another more
10 likely?
11 A.      It really -- it's hard to tell because
12 there's a seat in front of them. They've got a seat
13 that they're sitting on. Either they would go left
14 and against the window or right and into the aisle.
15 Q.      And would you agree that the people sitting
16 in -- the people sitting in the seat closest to the
17 wheelchair, the people sitting in the seat closest
18 to the wheelchair, there is nothing in between them
19 and the wheelchair to stop them from sliding into
20 the person in the wheelchair?
21 A.      Well, they -- in this case where -- where he
22 was seated --
23 Q.      Yes.
24 A.      -- he doesn't have anyone next to him.
25 There -- that's where the -- the door and the lift

Page 37

1  mechanism is.
2  Q.      Okay.
3  A.      But he has two people in front of him and
4  immediately parallel with him across the aisle.
5  There are people offset, so --
6  Q.      So the people you said in front of him?
7  A.      In front of him.
8  Q.      If the van turns over and they fall out, is
9  there anything to protect -- strike that.
10          Is there anything that would protect
11 the person in the wheelchair from getting hit by
12 people falling out of their seats?
13 A.      Well, if he's -- if it falls over, he is
14 going to be the only one that actually stays in
15 place.
16 Q.      I understand that.
17 A.      The rest of them will be on the floor, but
18 he'll still be in the wheelchair.
19 Q.      I understand that. The question is: Is
20 there anything -- any barrier to their sliding into
21 him if that happens?
22 A.      Then, no, there's no physical barrier.
23 Q.      Okay. Are you aware in this case or did you
24 become aware that the -- that Mr. Williams said that
25 two prisoners ended up on top of him? Are you aware

Joseph Evans
July 19, 2019                                    38 to 41

Page 38

1    that he said it?
2    A.    I'm not aware of that.
3    Q.    Okay.  Now, we talked about written
4    guidelines, we talked about how you personally
5    ensure or try to ensure that everybody in a
6    wheelchair is seat belted in.
7    A.    Okay.
8    Q.    What about training?  What -- what programs
9    do you have for training deputy sheriffs to seat
10   belt everyone in?
11   A.    I have no written or video training.  What --
12   what we have is a lot of experience with this.
13   These are not -- this is not a new type of
14   equipment.  We've had these types of vehicles for --
15   for many years, and we provide verbal instructions
16   on how to use it and direction to make sure that
17   they use it and --
18   Q.    And when you say "we," who is "we"?
19   A.    Well, it would be me and my predecessors, my
20   predecessor supervisors.  Because these -- we've
21   been using these types of vehicles since I was brand
22   spanking new.
23   Q.    Okay.  And what about, speaking of which, if
24   a deputy is brand spanking new, it's his initial
25   trip transporting a wheelchair person?

Page 39

1    A.    He would never go without an experienced
2    deputy.
3    Q.    I understand that.  But he's not experienced
4    himself, correct?
5    A.    He is not experienced.
6    Q.    And assuming that it's not the deputy -- the
7    experienced deputy's responsibility to do --
8    supervise him or train him, how is -- what training
9    does that new guy have that tells him, "Hey, I got
10   to seat belt this guy in"?
11   A.    These -- these are seat belts.  These are
12   very common to anyone who drives a vehicle.  So
13   using a seat belt is -- is not something that I
14   think that we -- we would need spend a lot of time
15   telling people.  It's in your driver's manual to use
16   seat belts.
17   Q.    So common sense?  Common experience and
18   common sense?
19   A.    Seat belts are -- common experience and
20   practice.
21   Q.    Okay.
22   A.    But, yeah, we -- we do also, you know, we
23   expect him to be watching what the other fellow --
24   you know, what the senior partner does.  And he
25   would get some -- he would get some visual

Page 40

1    instruction --
2    Q.    Okay.
3    A.    On -- on how to do it.  But he would not be
4    the person responsible for having to do that.
5    Q.    I understand.  So you've kindly -- and Kevin
6    has kindly enabled us to expedite things by
7    responding in certain ways to certain requests,
8    especially for documents.
9    A.    We were trying to be helpful.
10   Q.    So when you wrote as far as the -- and it is
11   helpful because it's gonna keep -- when you wrote --
12   and when I -- Issue Number 2, the training of all
13   those -- of those involved in transporting such
14   prisoners in wheelchairs, the response that the
15   Sheriff gave was:
16         "No physical record exists of training of
17         deputies of training involved in the
18         transportation of prisoners in wheelchairs."
19         What do you -- what does the sheriff
20   mean by, "there is no physical records"?
21   A.    Because we don't have a --
22   Q.    Program?
23   A.    -- a curriculum program specifically for
24   that.  What we -- what we do is, I instruct, and the
25   people, you know, the deputies follow.

Page 41

1    Q.    Would you agree that there -- that this means
2    that there is no standard operating procedure that
3    trains deputies in how to secure people in
4    wheelchairs that they're transporting?
5    A.    Yes, I would.
6    Q.    Okay.  Does the Sheriff acknowledge that the
7    guidelines, the written guidelines, Exhibit 2,
8    envision the plausibility or the possibility that a
9    wheelchair prisoner is not seat belted into the
10   wheelchair?
11   A.    No.
12   Q.    So you --
13   A.    No, he would be -- a person in a wheelchair
14   would always be seated -- I mean seat belted.  In
15   addition to having the wheelchair strapped to the
16   floor, he or she would also be restrained with a lap
17   slash --
18   Q.    So are you suggesting that the -- that the
19   guideline, the only written guideline, Exhibit 2
20   where it says that the Sheriff shall basically have
21   discretion out there, that that never envisions
22   someone without a seat belt in a wheelchair?
23   A.    Yes, that's exactly what I would say.
24   Q.    Okay.
25   A.    I believe that the semantics of the word

Joseph Evans
July 19, 2019                                      42 to 45

Page 42

1   "mechanical" meaning -- it -- it can certainly be
2   interpreted to be broader than it was intended to
3   for the audience that it was written.
4   Q.    Okay.  So I understand what you're saying,
5   and it's probably accurate, but the audience that it
6   was written for is not the public, it's the
7   sheriff's deputies?
8   A.    Yes.
9   Q.    And the question is:  What does the Sheriff
10  do to communicate to the deputies that, number one,
11  mechanical restraints are not talking about seat
12  belts; and, number two, that the sheriff's deputies
13  must, in every situation, seat belt into the
14  wheelchair a wheelchair prisoner other than your
15  telling them?
16  A.    Mechanical restraints is the generic term for
17  handcuffs in most of our training.  That's how
18  handcuffs are referred to, mechanical restraints.
19  And I mean, I look at it and it's -- it's as clear
20  as a bell to me.
21  Q.    Okay.
22  A.    But, additionally, the second part of your
23  question, yeah, it's just my instructions for them
24  to -- to make sure that they seat belt.
25  Q.    So it's your personal practice?

Page 43

1   A.    It is my habit, it is my custom, yes.
2   Q.    If a wheelchair is -- itself, the wheelchair
3   itself is secured as you described it should be,
4   should the wheelchair be moving at all within the
5   van during the trip?
6   A.    No.
7   Q.    So there's no play?
8   A.    It shouldn't be rolling around.  I mean, you
9   might, depending upon the condition of the wheelchair, you
10  might have a little bit of play.  But should it be
11  rolling forward and rolling backwards or going side
12  to side?
13  Q.    Yes.
14  A.    Absolutely not.
15  Q.    So if -- if someone testifies that it was,
16  and assuming they're telling the truth, that's --
17  that should not happen under --
18  A.    That should not happen if he's properly
19  strapped down.
20  Q.    Okay.  Now, the wheelchairs that the state
21  issues, the DOC issues, in general, they don't have
22  seat belts on them.  It's --
23  A.    I don't know.
24  Q.    Okay.  But the -- the seat belt you're
25  talking about is a seat belt that's in the van?

Page 44

1   A.    That is correct.
2   Q.    Okay.  And let's -- let's just -- to be
3   clear -- well, can you find a picture, and maybe
4   there is none, of the seat belt that you're talking
5   about that, you know, that should be used that are
6   attached to the van?
7   A.    Okay.  The first half -- the part that comes
8   down from here (indicating), the shoulder and the
9   lap part, that's that part that's attached to the
10  side of the truck.
11  Q.    Okay.  Could you -- if you could put an "S"
12  there for seat belt?
13  A.    (Witness complies.)
14  Q.    Okay.  So that's half of -- half of it?
15  A.    And the other half would be a male section
16  that would be attached -- there is a button that
17  sticks out right here (indicating).
18  Q.    Uh-huh.
19  A.    And there is a male half.  It's only about
20  this long (indicating) and it's got -- I'm sorry,
21  the female half.
22  Q.    Right.  I understood.
23  A.    And it attaches to this -- to this button
24  (indicating).  There is an elongated hole.  There's
25  a -- it's like this (indicating), like, a metal

Page 45

1   piece, and it's got --
2   Q.    It's a receptacle, right?
3   A.    Yeah.  And, you know, it snaps into place.
4   Q.    And that's the other end of the belt that you
5   marked "S"?
6   A.    That would be the corresponding other end of
7   that belt, yes.
8   Q.    Okay.  Would you agree that nowhere written
9   or in training does the Sheriff tell its deputies
10  that it is mandatory, you know, I'm talking about
11  the Sheriff and I'm talking about the Sheriff's
12  Office, not you.
13        Would you agree that it -- that
14  nowhere in the training or written materials given
15  to the deputies does it state that seat belting a
16  prisoner within a wheelchair is mandatory?
17  A.    No, I -- I mean, it's -- it comes from me.
18  It comes from me.
19  Q.    I understand.  So you agree that nowhere in
20  the written materials, since it comes from you, it's
21  nowhere in the written materials or the training
22  materials, correct?
23  A.    Yes.
24  Q.    So are you suggesting that the standard
25  operating procedures of the Sheriff are what you do?

Page 46

1  A.    I contribute to it.
2  Q.    And who else is --
3  A.    I have --
4  Q.    Right.  I understand, because you, you know.
5        Who else -- who else position-wise, I
6  don't need names, is responsible for that standard
7  operating procedure being mandatory?
8  A.    Well, I would be the highest ranking
9  person --
10 Q.    Right.
11 A.    -- so any subor- -- any supervisor
12 subordinate to me is required to follow what I do.
13 Q.    Okay.  Now, would you agree, therefore, that
14 every subordinate to you is aware that, in your
15 view, a prisoner must be seat belted into a
16 wheelchair to be transported?
17 A.    They should be.
18 Q.    Okay.
19 A.    They should be.
20 Q.    So would you also agree that the -- your
21 subordinates also knows that if something happens
22 that -- and they say that this guy wasn't seat
23 belted in, that that would be a violation of what
24 you considered to be City practice?
25 A.    Yes.

Page 47

1  Q.    Okay.
2  A.    My practice.
3  Q.    Well, you're speaking on behalf of the City
4  here.
5  A.    All right.
6  Q.    I'm not -- I'm sorry.  You're speaking on
7  behalf of the Sheriff.  Your practice is a fact
8  issue, but I'm -- you're here to speak on behalf of
9  the Sheriff.
10       And you've -- you've described the
11 Sheriff's practice as essentially what you do and
12 through you.  And I'm understanding that --
13       MR. NIEMTZOW:  Well, can read back
14 that question?
15       (The court reporter read back the
16 record as requested.)
17       MR. HUBBARD:  I'm going to object.
18 That wasn't a question, and I'm also going to object
19 to the form of the question.
20       MR. NIEMTZOW:  Let me rephrase.
21       MR. HUBBARD:  And also throwing in
22 the term "it's a fact issue."  I -- I don't
23 understand.
24       MR. NIEMTZOW:  And let me withdraw
25 the question.

Page 48

1        MR. HUBBARD:  That's not appropriate.
2        MR. NIEMTZOW:  Can we go back to the
3  original question and start with that?
4        (The court reporter read back the
5  record as requested.)
6        MR. NIEMTZOW:  I'll withdraw that
7  question, just generally withdraw it.  Okay.
8  BY MR. NIEMTZOW:
9  Q.    Now, assuming a wheelchair prisoner is seat
10 belted -- I'm sorry, is handcuffed, does that -- and
11 the only -- therefore, the only thing that he can do
12 to restrain himself in that vehicle is dependent on
13 the seat belt.
14       Would you agree with that?
15 A.    Well, no.  His hands are in front of him.
16 Q.    Right.
17 A.    And depending on the nature of his
18 disability.  I don't --
19 Q.    Let's just talk about the -- with the
20 handcuffs.  The handcuffs are in front of him?
21 A.    He can certainly -- yeah, he can certainly
22 put his hands out in front of him.
23 Q.    To do what?
24 A.    Let's say, you know, you were pitching
25 forward.  You could put your hands up to stop

Page 49

1  yourself.
2  Q.    And what would that do to keep you in the
3  seat?
4  A.    He would -- his -- there's another seat right
5  in front of him.
6  Q.    Uh-huh.
7  A.    It would stop him from pitching forward.
8  Q.    Well, where is that other seat that you're
9  talking about going to stop him?
10 A.    Right there (indicating).
11 Q.    But if that -- okay.  All right.  I
12 understand.  But you testified that if there are
13 prisoners in that seat that aren't in a wheelchair,
14 that seat would be folded forward, correct?
15 A.    If there was no one sitting in that seat.
16 Q.    Yes.
17 A.    No, but there were people sitting in that
18 seat.
19 Q.    So it was or was not in that situation, there
20 was or was not a seat like this?
21 A.    Yeah, exactly.  Because he -- he was back --
22 Q.    It was?  Okay.  So there was a seat back?
23       MR. HUBBARD:  Let him finish.  You're
24 talking over each other.  I can't understand this.
25       MR. NIEMTZOW:  Good point.

Page 50

1          THE WITNESS:  And there was a seat
2    here with two people sitting in front of him.
3    BY MR. NIEMTZOW:
4    Q.     Was he facing towards that seat?
5    A.     Yeah, he was -- his face would have been to
6    the back of this seat (indicating).
7    Q.     Okay.  Okay.
8    A.     He would have been facing forward.
9    Q.     Would you agree that if a prisoner were not
10   seat belted into the wheelchair, other than what you
11   described of holding his hand straightforward to
12   prevent him from falling out by touching the next
13   seat, that there's no other thing the prisoner can
14   do to keep himself from falling out?
15   A.     I would agree with that.
16   Q.     Is there any supervision at -- in a situation
17   which we have here, where they're picking up a seat
18   belt -- I'm sorry, a wheelchair prisoner at
19   Graterford or any other prison and bringing him to
20   the city, would you agree that there's never any
21   supervisor involved at the location where they're
22   picking him up?
23   A.     Yes, I would agree with that.
24   Q.     And the state does not provide any supervisor
25   to your -- to those deputies, correct?

Page 51

1    A.     No.
2    Q.     Okay.  Okay.  And let's go to Topic Number 3.
3           "The supervision of all those involved in
4           such transporting, as well as supervising
5           the transports of prisoners in wheelchairs
6           themselves."
7           Was talking about -- in other words,
8    the supervision of all such van rides where there
9    are prisoners not in wheelchairs and someone in a
10   wheelchair, the mixture.
11   A.     Okay.
12   Q.     You said it takes place -- you agree that
13   there's no -- well, here is what you wrote.
14          "The transportation of prisoners takes
15          place away from and out of the sight of
16          supervisors."
17          I think you just said that, that, you
18   know, you're not there when they load them.
19          "When the deputies are assigned to
20          transport prisoners in wheelchairs, I
21          provide both oral and written instruction to
22          ensure that wheelchair restraints and seat
23          belts are used for wheelchair prisoners."
24          Okay.  And is anyone in your -- in
25   your opinion -- strike that.

Page 52

1          Was there anyone in November of 2016,
2    other than you, responsible for informing those
3    deputies?
4    A.     No.
5    Q.     Okay.  Okay.  We'll -- we can move to the
6    investigation of the incident in this case.
7          MR. HUBBARD:  We're not going to
8    cover Topic 4?
9          MR. NIEMTZOW:  Wait a minute.
10         MR. HUBBARD:  The history?
11         MR. NIEMTZOW:  Not right now.
12         MR. HUBBARD:  Okay.
13         MR. NIEMTZOW:  I'm just not going in
14   order.
15         MR. HUBBARD:  Oh, okay.
16         MR. NIEMTZOW:  But do I -- you know,
17   I don't know how relevant it is.
18         MR. HUBBARD:  It's quite relevant.
19         MR. NIEMTZOW:  Well...
20         MR. HUBBARD:  So you're going to do
21   incident report for --
22         MR. NIEMTZOW:  For this case.
23         MR. HUBBARD:  That was, I think --
24         MR. NIEMTZOW:  For this case.
25         Can we mark that as the next exhibit,

Page 53

1    please?
2          (Exhibit 4 marked for
3    identification.)
4          MR. NIEMTZOW:  Okay.  You know what?
5    Why don't you take a look at this, because I left
6    out the criminal record stuff.
7          MR. HUBBARD:  Yeah, I don't know -- I
8    don't even know that we need that.
9          MR. NIEMTZOW:  No, no, just look and
10   make -- so you're familiar with what we have here,
11   rather than --
12         MR. HUBBARD:  You're using what I
13   provided you in disclosures?
14         MR. NIEMTZOW:  I am, but I've
15   eliminated --
16         MR. HUBBARD:  With the exception
17   of --
18         MR. NIEMTZOW:  I've eliminated the
19   pages that seem like they're irrelevant to this.
20         MR. HUBBARD:  I would really like to
21   ask him why it was in there.  I don't know why it
22   would have been there.
23         MR. NIEMTZOW:  Well, I don't care.  I
24   mean, I'm sorry.  I don't mean to be glib, but I --
25   you know, it's not really the --

Page 54

1          THE WITNESS:  It's not germane to
2   the --
3          MR. NIEMTZOW:  Right.
4   BY MR. NIEMTZOW:
5   Q.    Okay.  So this is Exhibit 4, if you could
6   look at it.
7   A.    Okay.
8   Q.    It's the incident report.  I thought I had
9   even another copy of it, but let me see --
10         MR. HUBBARD:  I have it.
11         MR. NIEMTZOW:  Okay.  Fine.
12  BY MR. NIEMTZOW:
13  Q.    So if you would look at Exhibit 4, please,
14  and would you confirm that this Exhibit 4 is the
15  incident report and investigation of the incident
16  involved in this lawsuit?
17  A.    It appears to be.
18  Q.    Okay.  And on the second page, D2, is that
19  your signature?
20  A.    It is.
21  Q.    Okay.  And first of all, I'm just curious why
22  it says "deputy's signature" as opposed to
23  "supervisor signature"?
24  A.    Well, I'm the person that actually filled it
25  out.  I'm not the person that's approving or signing

Page 55

1   off on -- on this particular one, because it's mine.
2   So that's why I signed it there.  And I signed the
3   others at -- in the supervisor section.
4   Q.    Well --
5   A.    Because I'm the author of this one, that's
6   why I signed.
7   Q.    No, no, you're right.  I understand.  Well,
8   you did and you didn't, but it doesn't totally
9   matter.
10         MR. HUBBARD:  What do you mean, "you
11  did and you didn't"?
12         MR. NIEMTZOW:  Well, on page D- --
13  you said you signed the other ones as a supervisor
14  and --
15         MR. HUBBARD:  Yeah, D4 he did and
16  where else?
17         THE WITNESS:  And D6.
18         MR. HUBBARD:  And on D6, yeah.  I
19  don't know what you're talking about.
20  BY MR. NIEMTZOW:
21  Q.    Okay.  Well, let me find it.  If I'm not
22  talking about anything --
23  A.    There's actually two copies of mine in here,
24  so maybe that's why you're saying that.
25  Q.    Oh, thank you for finally figuring out --

Page 56

1   here.
2          MR. NIEMTZOW:  Here is a copy of
3   everything for you.  So --
4   BY MR. NIEMTZOW:
5   Q.    All right.  That explains that.  The reason
6   it was signed twice is there were two copies.
7          Now, was -- did anybody above your
8   level sign off on this investigation?
9   A.    No.
10  Q.    Okay.  So you are -- were in charge of the
11  investigation?
12  A.    Yes.
13  Q.    Okay.  Fine.  Now, who -- where it says on
14  page D2 of Exhibit 4, "Details of Occurrence," who
15  filled in that information from the beginning to the
16  end?
17  A.    I'm the author of everything that's typed in
18  there.
19  Q.    Okay.  What did you do to educate yourself to
20  be able to write the summary of what happened in the
21  first paragraph there?
22  A.    I spoke to the deputies that were involved in
23  the transport and I read their incident reports, and
24  that's what I used.
25  Q.    Okay.  Did you speak to any of the prisoners

Page 57

1   that you listed?
2   A.    I did not.
3   Q.    Okay.  So everything that you got in
4   paragraph -- in the first paragraph here was from
5   the deputies' reports?
6   A.    Yes.
7   Q.    Okay.  And --
8   A.    And from my observations.  You know, because
9   when I went in, it was after the fact that
10  everybody -- everybody was removed, but I did go
11  into the -- vehicle and I saw with my own eyes
12  that the wheelchair was strapped to the floor.
13  Q.    The wheelchair was strapped to the floor?
14  A.    The wheelchair was strapped to the floor.
15  Q.    Okay.  So it says here that, "When the
16  vehicle was to" -- I'm sorry, about the third
17  sentence.
18         "When the vehicle was two blocks from the
19             courthouse" --
20  A.    No, it wasn't -- it wasn't then.  No, it was
21  after the fact that it arrived at the CJC.
22  Q.    No, I understand.  But I'm saying:  Where did
23  you get the information:
24         "When the vehicle was two blocks from the
25             courthouse, the deputies were alerted by

Page 58

```
 1         other prisoners in the vehicle that a
 2         prisoner had fallen out of his wheelchair"?
 3   A.   I had gotten that from their incident reports
 4   and from talking to him.
 5   Q.   And they wrote that he had fallen out of his
 6   wheelchair, to the best of your rec- -- well, why
 7   don't you look at those two statements then and
 8   refresh your recollection.
 9   A.        Yeah, it's -- this one says "fell off his
10   wheelchair."  Yes, they both used the words
11   "fell" --
12   Q.   "Fell from his wheelchair."  Okay.  So you
13   wrote that:
14              "He had fallen out of his wheelchair.
15         This prisoner was identified as
16         Jermaine Williams.  Williams was securely
17         seat belted to his chair."
18              Okay.  And how do you know that?
19   A.   I got that information from the deputies'
20   incident reports and when I spoke with them.
21   Q.   Okay.  So you didn't talk to any prisoners --
22   A.   I did not.
23   Q.   -- or the pl- -- or Jermaine Williams about
24   whether he was --
25   A.   No, sir.
```

Page 59

```
 1   Q.   -- whether he was securely seat belted to his
 2   chair?  Okay.
 3              "And his chair secured to the floor straps
 4         with straps."
 5              Presumably that same source of
 6   information, the deputies?
 7   A.   And --
 8   Q.   You saw --
 9   A.   -- I actually did enter the van --
10   Q.   And the wheelchair was --
11   A.   -- after the fact, and the wheelchair was
12   strapped to the floor.
13   Q.   But when you entered the van, you were not
14   able to determine whether Jermaine Williams had been
15   strapped in or not?
16   A.   I was not able to, because he had already
17   been removed from the vehicle.  There was no one
18   else in the vehicle.
19   Q.   Okay.  Right.
20              Now, the next sentence:
21              "He removed his seat belt at some point
22         between the prison and the courthouse."
23              Now, when you wrote that, what did
24   you mean?
25   A.   That he had disengaged.
```

Page 60

```
 1   Q.   So he had disengaged?
 2   A.   Yes.
 3   Q.   Okay.  In other words, he had -- assuming he
 4   was seat belted in, that he had taken the seat belt
 5   and unlocked it?
 6   A.   Yes, and disengaged the mechanism.
 7   Q.   Where did you get that information from?
 8   A.   I got that information from talking to the
 9   deputies and from the deputies' incident reports.
10   Q.   If you could kindly point to me where in
11   talking to the deputies you got that information?
12   A.   In talking to the --
13   Q.   I'm sorry.  If you begin -- where you got
14   that information from their statements.  And you can
15   take all the time you want, I just want to know.
16   A.   Sure.  Let's see.  From --
17   Q.   Just read the portion where it told you that
18   he had disengaged -- he had disengaged his
19   wheelchair.
20   A.   No, it was -- that's a conclusion.  That's a
21   conclusion, because, no, it does not say that any of
22   them saw him disengage it.  It says that they --
23   they seat belted him in position, but he had fallen
24   out of his wheelchair.  The only way he could fall
25   of his wheelchair is if that seat belt was
```

Page 61

```
 1   disengaged.
 2   Q.   Or not put on to begin with?
 3   A.   Well, that's not what their incident report
 4   says.
 5   Q.   I understand.  But those are the two options,
 6   either he took the seat belt off or it was never put
 7   on.
 8              MR. HUBBARD:  Well, I object.
 9   You're --
10   BY MR. NIEMTZOW:
11   Q.   Would you agree?
12              MR. HUBBARD:  No, I object.  It's --
13   you're arguing with the witness.
14              MR. NIEMTZOW:  Well, I don't think it
15   is arguing.
16              MR. HUBBARD:  I do, because he's
17   explained to you how -- that that's a conclusion,
18   and it was based on what he read from these two
19   incident reports.
20              MR. NIEMTZOW:  Okay.
21              MR. HUBBARD:  Plus, in talking to the
22   deputies.
23              MR. NIEMTZOW:  Okay.  Let me rephrase
24   it.
25              MR. HUBBARD:  I mean, why are we
```

Page 62

1    asking this question over and over again until you
2    get the answer that you want?
3                    MR. NIEMTZOW:  I don't want an
4    answer, I just want to know --
5                    MR. HUBBARD:  He's just telling you
6    what it was, it's a conclusion.
7                    MR. NIEMTZOW:  Okay.
8                    MR. HUBBARD:  Is there something
9    different about that?
10   BY MR. NIEMTZOW:
11   Q.       In forming your conclusion that he removed
12   his seat belt, what options did you consider as to
13   how he fell if he was seat belted?
14   A.       I accepted what the deputies wrote.  And the
15   only other logical explanation for him being able to
16   come out of the wheelchair is that he had un- --
17   disconnected his thing.
18   Q.       Fine.
19   A.       That was the only conclusion I could come to.
20   Q.       And -- and, hypothetically, if the deputies
21   were inaccurate, your conclusion would be inaccurate
22   because you relied on them, correct?
23   A.       I would agree with that.
24   Q.       Okay.  And is there any reason why you didn't
25   or could not have asked this question of the nine

Page 63

1    prisoners who are in the van at the same time?
2    A.       No, I -- I mean, I certainly could have, but
3    I wouldn't have expected to be able to get any kind
4    of -- I don't know what kind of answers I would have
5    got from them.  I just didn't think that there was
6    anything to be gleaned by asking them.  I didn't
7    think there was anything to be learned from --
8    Q.       Well --
9    A.       I understand your perspective is different,
10   but I had the seat belt -- I had the incident
11   reports of two experienced, trusted officers that I
12   put my faith in.
13   Q.       And you, without being told by the officers
14   or any -- or interviewing any of the prisoners, came
15   to the conclusion that the prisoner had removed the
16   seat belt himself?
17   A.       Yes.
18   Q.       Okay.  Fair enough.
19                And consistent with that, in the last
20   sentence of that paragraph:
21           "I noted that he had traveled in the
22           vehicle for an excess of one hour and was
23           within minutes of arriving at the Justice
24           Center before taking himself out of the
25           chair."

Page 64

1                    That's also suggesting that he
2    disengaged himself, and that's a conclusion you
3    drew, correct?
4    A.       That is correct.
5    Q.       Okay.  Now, when you were making that
6    conclusion that he took himself out of the seat belt
7    or, you know, do you understand -- did you have a --
8    a thought or do you have a thought as to why he
9    might have done that?
10   A.       Because they were getting close to the CJC,
11   they were getting close.  Wheelchairs are
12   uncomfortable.  He had just taken a long ride in a
13   very -- sitting in a wheelchair is not like sitting
14   in one of these chairs.  They're uncomfortable.  And
15   I figured he was just getting ready to disembark.
16   He was just -- you know, when I -- I take my seat
17   belt off before I pull into the driveway.
18   Q.       So he's getting ready to disembark?
19   A.       Yeah, because they're only --
20   Q.       But he's not trying to escape in any way?
21   A.       No, no.
22   Q.       He's not trying to move around in the van in
23   any way?
24   A.       No, I'm not -- I'm not suggesting that at
25   all.

Page 65

1    Q.       He is just trying to help them get ready to
2    get out?
3    A.       Yeah, we're almost there.  We've almost
4    got -- and that's -- and that --
5    Q.       Is your conclusion?
6    A.       Is my conclusion.
7    Q.       I understand that.  And you've already
8    testified, I believe, that you were unaware or are
9    unaware that Mr. Williams says that two prisoners
10   ended up on top of him?
11   A.       This is the first that I've heard that.
12   Q.       Okay.  Would you agree that if Mr. Williams
13   did not release himself from the seat belt and had
14   been properly seat belted in at the time of the
15   incident, that there -- he should not have been able
16   to fall out of the wheelchair?
17   A.       I would agree with that statement --
18   Q.       Okay.  Now --
19   A.       -- providing, you know, had he been
20   properly -- had he not disengaged, you know, having
21   not --
22   Q.       Well, that's the hypothetical --
23   A.       Yeah.
24   Q.       -- is that --
25   A.       It's part --

Page 66

1   Q.    -- he didn't disengage.  If he hadn't
2   disengaged, there is no other explanation why he
3   went out of the wheelchair --
4   A.    I'm at a loss.
5   Q.    -- if he had been strapped in?
6   A.    I'm at a loss.
7   Q.    Okay.  Now, in making that conclusion, in
8   making that conclusion, you -- you made the
9   conclusion without anybody saying that to you,
10  correct?
11  A.    I'm --
12  Q.    Okay.  You made the conclusion, you said that
13  he had disengaged the strap, the seat belt.
14  A.    That was after I had spoken with the deputies
15  and after I had reviewed their incident reports.
16  Q.    You made that conclusion?
17  A.    Exactly.
18  Q.    But nobody said that to, no prisoner told you
19  that?
20  A.    No, that is correct.
21  Q.    And no deputies told you that?
22  A.    No, no.
23  Q.    Okay.
24  A.    The deputies did tell me that.  When I talked
25  to them, they told me, they said, "Yeah, he must

Page 67

1   have taken his seatbelt off."
2   Q.    Must have?
3   A.    That's what they said.
4   Q.    Okay.
5   A.    Words to that effect.
6   Q.    And I understand.  And you concluded,
7   therefore, whatever, that he did?
8   A.    Yes.
9   Q.    Okay.  Now, did you consider that to be, as
10  part of the investigation, a crucial issue at that
11  point?
12  A.    Yeah, it was important.
13  Q.    Why?
14  A.    Because it showed that they were following
15  instructions.  If they hadn't been following
16  instructions, I'd have been upset with them about
17  it.
18  Q.    Okay.  And they knew that?  They knew you
19  would have been upset?
20  A.    I think they would have.
21  Q.    Okay.  Now, did you think of any other
22  sources where you could have therefore determined or
23  at least used to determine whether or not
24  Mr. Williams unleashed himself or whether he just
25  fell out of the wheelchair?

Page 68

1            In other words, did you -- did you
2   try -- did you think there were any other sources
3   where you could determine possibly whether he
4   released himself or whether he fell out because he
5   had never been put into a strap?
6   A.    I -- I didn't think that it would have been
7   productive to even interview the inmates because I
8   don't think that -- these are all people that are
9   incarcerated together, and I think they would have
10  said whatever they thought would have kept them in
11  good stead with another inmate that they have to
12  serve time with.
13  Q.    That's for the prisoners?
14  A.    Yeah.
15  Q.    That's for the prisoners.  And would you also
16  agree that that would apply to the two deputies
17  knowing your -- your position on seat belting?
18  A.    No.  I -- I -- it's -- they're professionals.
19  And if they wouldn't have done what they were
20  supposed to do, they would have taken their medicine
21  as other -- as one of these two deputies already has
22  in a completely unrelated case.
23  Q.    Okay.  Now, if they didn't do what they were
24  supposed to do, it goes back to how do they know
25  what they're supposed to do.

Page 69

1            Did you ever ask these deputies how
2   they knew they were supposed to seat belt him in?
3   A.    Well, I give them written instructions in the
4   morning.  That's how they know.
5   Q.    Okay.  To take with them to Graterford?
6   A.    To take with them.
7   Q.    So it depends on their reading your written
8   instructions for that day?
9   A.    Yes.
10  Q.    And as part of those written instructions,
11  it's in your handwriting?
12  A.    Yes.
13  Q.    And it tells them how many prisoners they're
14  picking up?
15  A.    What vehicle they're using, the two deputies'
16  names, what they're picking up, and any special
17  instructions.
18  Q.    Okay.  Now, in drawing your conclusions, or,
19  in fact, drawing a conclusion today on behalf of the
20  Sheriff you testified to what you did use.
21            Is there any reason why you could not
22  have consulted the records from Hahnemann Hospital,
23  the emergency room, the EMS records or anything else
24  that would -- that had described what the prisoners
25  said, how the incident happened?

Page 70

1   A.    I -- I wouldn't have access to the Hahnemann
2   records.  Those medical records, I wouldn't have
3   access to those.  And I don't know how long he was
4   in the hospital.  I don't even know when something
5   like that would have been available.  But I wouldn't
6   have --
7   Q.    Do you have any reason to believe that the
8   hospital records -- and I'm happy to have you look
9   at the statements that he made in the hospital
10  records.  Do you have any reason to believe that --
11  that they mentioned anything about a prisoner
12  releasing himself?
13  A.    I -- I don't know what they say, Counsel.
14  Q.    Okay.  I understand.  Okay.  If you just give
15  me a few minutes, I think we're probably close to
16  wrapping up.
17        But I just want to make sure that --
18  Oh, so on Number 4, which is other incidents, okay?
19  You have supplied three incidents -- I'm sorry,
20  "you" meaning the Sheriff, has supplied three
21  incidents, including Mr. Williams --
22  A.    Yes.
23  Q.    -- where people were injured and taken to the
24  hospital from being transported in a wheelchair.
25  A.    Only two of them went to the hospital.

Page 71

1   Q.    Okay.
2   A.    The third one didn't.
3   Q.    Okay.  But those are the injuries that were
4   transported to the hospital.
5         Do you have any way of knowing how
6   many incidents there were where a prisoner fell out
7   of a wheelchair being transported that didn't -- did
8   not result in a trip to the hospital?
9         MR. HUBBARD:  I think you just said
10  that, didn't you?
11        THE WITNESS:  I just -- I don't.
12  BY MR. NIEMTZOW:
13  Q.    Right.
14  A.    I mean, it -- it's not something, but if --
15  Q.    It's not something what?
16  A.    Yeah, if someone would fall out of the
17  wheelchair --
18  Q.    Yes.
19  A.    -- they would report that to prisons and we'd
20  have to take them to the hospital.  So since it
21  doesn't -- since it didn't result in any -- and then
22  that would have generated an incident report.  And
23  that's -- I mean, that's how we came up -- that's
24  where we got these from.  It's was an exhaustive
25  search.  I mean, we would have had to --

Page 72

1   Q.    I understand.  I'm not suggesting you should
2   have gone through each one.  I'm just saying that
3   you -- you have identified those that went to the
4   hospital, but you cannot, at this point, identify
5   those who were transported who fell or otherwise got
6   out of the wheelchairs during the transport?
7   A.    If -- if there were any -- I think I
8   understand what you're saying and is that -- is it
9   possible that there were others and that we have no
10  record of it?
11  Q.    Yes.
12  A.    Am I understanding?
13        Certainly.
14        MR. HUBBARD:  Wait, I'm objecting to
15  the form of the question.
16        MR. NIEMTZOW:  Well --
17        MR. HUBBARD:  And the reason why I am
18  is this:  There is one here that he gave you where
19  the inmate fell out of the wheelchair and he wasn't
20  taken to the hospital.
21        MR. NIEMTZOW:  Well --
22        MR. HUBBARD:  And your question --
23  you're making it sound like all of these -- these
24  three, including this particular one, all went to
25  the hospital.  They didn't.

Page 73

1         MR. NIEMTZOW:  Okay.  Let me rephrase
2   the question.
3         MR. HUBBARD:  There is one that did
4   not.
5         MR. NIEMTZOW:  That's an excellent
6   point, because I -- frankly, I did not pick up on
7   that.
8   BY MR. NIEMTZOW:
9   Q.    So at this point, the Sheriff has no way of
10  identifying how many of the prisoners were on the
11  list of prisoners who were transported between 2014
12  and 2019 who fell out of wheelchairs; is that
13  accurate?
14  A.    If any.
15  Q.    Well, there are --
16  A.    You mean aside from these three?
17  Q.    Aside from these guys.
18  A.    Aside from these three --
19  Q.    You have no way to determine that --
20  A.    -- if there were any others?
21  Q.    Yes.
22  A.    Yes.
23  Q.    You have no way to identify how many or if
24  there were others who fell out of wheelchairs during
25  transport?

Page 74

1  A.    I agree with that.
2         MR. NIEMTZOW:  Okay.  And I'm -- I
3  have no further questions.
4         MR. HUBBARD:  I do have some
5  questions.
6         THE WITNESS:  Sure.
7              EXAMINATION
8              - - -
9  BY MR. HUBBARD:
10 Q.    As part of the response to the subpoena for
11 the -- or the notice of deposition for the designee,
12 one of the -- one of the topics was the history,
13 which we were just talking about.
14         In preparing a response to this
15 notice of deposition, you had provided me with a --
16 a list of -- it looks like a matrix of the history
17 of prisoners transport and wheelchairs from
18 January 1, 2014, through January -- June 28, 2014,
19 and I provided this to counsel.
20         MR. HUBBARD:  I want -- I want to
21 make this Exhibit 5.
22         (Exhibit 5 marked for
23 identification.)
24 BY MR. HUBBARD:
25 Q.    First, I want you to identify this document.

Page 75

1         Okay.  First I want you to identify
2  this exhibit.
3  A.    This -- this is a list prepared that shows
4  everybody that was in a wheelchair that we
5  transported for the time period that was in the
6  request from January of 2014, and I went all the way
7  up until -- I actually finished this up on the 28th
8  of June, so I went all the way up to then to --
9  yeah, and it's a list of all those people over that
10 five and a half years that are in wheelchairs.
11 Q.    Okay.  And how -- where did you obtain the
12 information from to create this -- this document?
13 A.    This was --
14 Q.    Exhibit 5.
15 A.    -- from our sheriff -- from our daily records
16 of all the people that we bring into the CJC or any
17 of the other courthouses.  Being in a wheelchair is
18 a -- it's an alert, okay?  It's something that we
19 keep track of.
20 Q.    And when you went -- when this was prepared,
21 would you -- were you able to determine out of all
22 of these wheelchair-transported individuals --
23 prisoners, which ones involved incidents that --
24 that resulted in an incident report?  Were you able
25 to determine that?

Page 76

1         MR. NIEMTZOW:  I object to the form
2  of the question.  "Incidents."
3         THE WITNESS:  There were three.
4         MR. HUBBARD:  That's what they call
5  these, incident reports.
6         MR. NIEMTZOW:  I understand, but you
7  said "any incidents."
8         MR. HUBBARD:  Oh, okay.
9         MR. NIEMTZOW:  If you want to
10 rephrase it to incident reports, I can stipulate --
11        MR. HUBBARD:  Let me rephrase it.
12 Let me rephrase it.
13 BY MR. HUBBARD:
14 Q.    When you -- when this -- this matrix was
15 created, Exhibit 5, when you -- when these -- when
16 you went through these reports, were you able to
17 determine out of all of these prisoners listed,
18 whether or not an incident report was prepared
19 during the transportation of a prisoner?
20 A.    Only in -- only in the three -- in these --
21 in these three instances, and that was after an
22 exhaustive search day by day of all of our incident
23 reports.
24 Q.    Okay.  When you were -- when this was being
25 prepared, the information that's contained in here,

Page 77

1  this was coming from a daily report, correct?
2  A.    Yes.
3  Q.    Okay.  In that daily report, would one --
4  would one be able to determine whether or not there
5  was an incident report generated involving that
6  prisoner on that day?
7  A.    No, not from -- not from that.  It would come
8  from this (indicating).
9  Q.    Okay.  So -- so in preparing this
10 (indicating), then is it fair to say that two things
11 happened?  One, you went through the daily reports,
12 correct?
13 A.    Yes.
14 Q.    And then you would look in another area for
15 incident reports and to see if there was one
16 generated for that transportation; is that right?
17 A.    Yes.
18 Q.    So you did that for every one of these
19 individuals listed here and -- and as a result of
20 that, you were only able to find three?
21 A.    We -- no, that's not -- that wasn't our
22 work --
23 Q.    Then explain to me what you did.
24 A.    All right.  We prepared this list based on
25 our daily -- on all of your daily transports, we

Page 78

1  prepared this list.  And that's how we generated
2  this entire matrix.  Then independent of this, we
3  went to our incident report file from January of
4  2014 and went through every single report all the
5  way up to June of -- and then reconciled the two.
6  Q.     Of 2019?
7  A.     Yes, and then reconciled the two.
8  Q.     Gotcha.  And that -- and as a result, you
9  were only able to find three incident reports during
10 that period of time involving prisoners who were
11 transported in wheelchairs?
12 A.     That is correct.
13            MR. HUBBARD:  Okay.  That's all I
14 have to ask.
15            FURTHER EXAMINATION
16                 -  -  -
17 BY MR. NIEMTZOW:
18 Q.     Let me just ask one question then.
19 A.     Sure.
20 Q.     An incident report, is that generated
21 initially by the deputies?
22 A.     That is correct.
23 Q.     So it's a self-reporting -- it's a
24 self-reporting incident report, correct?
25 A.     Yes.

Page 79

1  Q.     And the deputies then decide whether or not
2  if an incident happened, that they should file an
3  incident report.  Otherwise, you would have no way
4  of knowing that an incident happened as sheriff?
5  A.     The deputies are required to report any
6  unusual incident to a supervisor, and the supervisor
7  will direct them to whether it was serious enough to
8  warrant an incident report or not.
9  Q.     Would you agree that if the deputies do not
10 report an incident or an unusual event, that there
11 is no way for the Sheriff to know that such an event
12 happened?
13 A.     That's a fair statement.
14 Q.     And would you agree that if a person falls
15 out of a wheelchair during their transportation,
16 that that is an incident that should generate an
17 incident report?
18 A.     Yes, I do.
19 Q.     And would you agree that it is not in the
20 deputies' interest to report if the reason they fell
21 out was the person was not seat belted?
22 A.     No, because it is -- it is far more -- if
23 they fail to report, the penalties when discovered
24 would be far more severe.  See, if a person is
25 injured and we take them to the prisons, the prisons

Page 80

1  will not accept that person off of us.  If, by some
2  chance, they get that prisoner into the jail and --
3  and manage to get away -- off the prison grounds,
4  the prisons will call us --
5  Q.     I understand.
6  A.     -- and say, "He was injured."
7  Q.     If he is injured.  But if he fell and wasn't
8  injured, you have no way to determine that?
9  A.     If there was no injury and he didn't report
10 it to -- yes, I -- I understand what you're saying,
11 and, yes, if this was -- if they don't self-report
12 and no one else reports to us, then we won't know.
13 Q.     Okay.
14 A.     So it could happen --
15 Q.     Yes.
16 A.     -- and we just wouldn't be aware of it.
17 Q.     Exactly.
18            MR. NIEMTZOW:  I have no other
19 questions.  Thanks.
20            MR. HUBBARD:  I actually do have a
21 follow-up, because it was something earlier and I
22 actually was going to go to that next before you
23 asked your questions following my questions.
24 ///
25 ///

Page 81

1            FURTHER EXAMINATION
2                 -  -  -
3  BY MR. HUBBARD:
4  Q.     Chain of command.  Who is the highest ranking
5  official in the Sheriff's Office?
6  A.     Sheriff.
7  Q.     Okay.  Who is the next ranking individual in
8  the Sheriff's Office?
9  A.     The chief deputy.
10 Q.     Okay.  And then who is the next ranking
11 individual?
12 A.     By table of organization, it would be the
13 undersheriff.
14 Q.     Okay.  And then below the undersheriff, who
15 is the next?
16 A.     A whole bunch of captains.  And some of the
17 captains have different titles.  For example, I'm a
18 titular chief inspector, and there's a titular
19 deputy chief, but we are all captains, we are all
20 equals.  We do not fall -- I do not fall below
21 anyone else in the chain of command:  Sheriff, chief
22 deputy, undersheriff.
23 Q.     Okay.  And you testified earlier that you
24 you've been a captain in -- for eight years; is that
25 correct?

Joseph Evans
July 19, 2019                                    82 to 84

Page 82

1    A.    About seven and a half years.

2    Q.    Okay.  Where have you been assigned within

3    the Sheriff's Office during those eight years?

4    A.    Transportation.

5    Q.    So that's why you're here, is because that

6    is -- you are responsible for transportation of

7    prisoners; is that correct?

8              MR. NIEMTZOW:  I object to that

9    question for many reasons, including the assumption

10   and its inaccuracy and the form.  He's here because

11   he was designated by the City to testify on behalf

12   of the City Sheriff's Department.

13   BY MR. HUBBARD:

14   Q.    Well, at any rate, so you are the captain and

15   the chief inspector who is in charge of

16   transportation; is that correct?

17   A.    Yes.

18   Q.    And that -- and that particular unit within

19   the Sheriff's Office is your responsibility; is that

20   correct?

21   A.    Yes, it is.

22             MR. HUBBARD:  Okay.  I think that's

23   all I have.

24             MR. NIEMTZOW:  Okay.

25             THE COURT REPORTER:  Do you need a

Page 83

1    copy?

2              MR. HUBBARD:  I do, and exhibits too.

3              (Deposition ended at 12:23 p.m.)

Page 84

1         C E R T I F I C A T I O N

2         I, Michelle Keys, Court Reporter and Notary

3    Public, certify that the foregoing is a true and accurate

4    transcript of the foregoing deposition, that the witness

5    was first sworn by me at the time, place and on the date

6    herein before set forth.

7         I further certify that I am neither attorney

8    nor counsel for, not related to nor employed by any of the

9    parties to the action in which this deposition was taken;

10   further, that I am not a relative or employee of any

11   attorney or counsel employed in this case, nor am I

12   financially interested in this action.

13

14   *Michelle Keys*

15   _____

16   Michelle Keys

     Court Reporter

17   and Notary Public

**Exhibits**

EX 0001 Joseph Evans 0
71919   4:3,13 6:21,25
   7:4
EX 0002 Joseph Evans 0
71919   4:4 9:14,15,18
   23:22 41:7,19
EX 0003A Joseph Evans
071919   4:5
EX 0003B Joseph Evans
071919   4:6
EX 0003C Joseph Evans
071919   4:7
EX 0003D Joseph Evans
071919   4:8
EX 0003E Joseph Evans
071919   4:9
EX 0003F Joseph Evans
071919   4:10
EX 0003G Joseph Evans
071919   4:11
EX 0004 Joseph Evans 0
71919   4:12 53:2 54:5,
   13,14 56:14
EX 0005 Joseph Evans 0
71919   4:14 74:21,22
   75:14 76:15

**1**

1   6:21,25 7:4 74:18
19-   10:2

**2**

2   9:14,15,18 23:22
   40:12 41:7,19
2014   9:25 10:4 73:11
   74:18 75:6 78:4
2016   52:1
2019   73:12 78:6
28   74:18
28th   75:7

**3**

3   15:21 51:2

**34**   6:19
**3A**   15:23 16:3
**3C**   18:20 19:6
**3G**   15:23

**4**

4   52:8 53:2 54:5,13,
   14 56:14 70:18

**5**

5   74:21,22 75:14
   76:15

**7**

7B   23:24

**8**

88   10:3,4

**A**

ability   35:17
absent   15:5,15 26:2,
   23
Absolutely   43:14
accept   80:1
accepted   62:14
access   70:1,3
accommodate   12:25
   18:21
accurate   27:12 42:5
   73:13
acknowledge   41:6
act   20:18
actively   15:15
addition   41:15
additionally   42:22
agree   7:16 19:13
   22:17 24:12 25:10
   28:12 29:19 36:15
   41:1 45:8,13,19
   46:13,20 48:14 50:9,
   15,20,23 51:12 61:11
   62:23 65:12,17 68:16
   74:1 79:9,14,19

agreed   5:1
ahead   12:22
aisle   36:14 37:4
alert   75:18
alerted   57:25
allegation   24:22
amount   18:24,25
and/or   8:16 29:17
answering   35:12
answers   63:4
appears   54:17
application   24:8
apply   68:16
approving   54:25
area   17:18 30:19
   77:14
arguing   61:13,15
arrival   12:6
arrived   57:21
arriving   63:23
articulable   27:3
assigned   51:19 82:2
assignment   9:5,6
   32:22 33:1
assume   35:5
assuming   34:22 39:6
   43:16 48:9 60:3
assumption   23:2 82:9
attach   32:25
attached   44:6,9,16
attaches   44:23
audience   30:5,6 42:3,
   5
author   55:5 56:17
aware   37:23,24,25
   38:2 46:14 80:16

**B**

back   13:5 16:24 19:8
   34:9 47:13,15 48:2,4
   49:21,22 50:6 68:24
backward   19:7 20:24
   36:8
backwards   43:11
barrier   37:20,22
based   12:1 61:18
   77:24
basically   41:20

Joseph Evans
July 19, 2019

2

bathroom 31:8,9
begin 60:13 61:2
beginning 56:15
behalf 7:3 8:10 12:2
 47:3,7,8 69:19 82:11
bell 42:20
belt 9:8 12:12 13:19,
 20 14:4,5 15:1,7,15
 20:7,12,13 21:7
 22:6,7 23:7,14
 25:16,17 28:7,25
 29:2,3,12,13 31:5
 32:9 33:7 34:15 35:5
 38:10 39:10,13 41:22
 42:13,24 43:24,25
 44:4,12 45:4,7 48:13
 50:18 59:21 60:4,25
 61:6 62:12 63:10,16
 64:6,17 65:13 66:13
 69:2
belted 25:20 28:6,7
 36:5 38:6 41:9,14
 46:15,23 48:10 50:10
 58:17 59:1 60:4,23
 62:13 65:14 79:21
belting 32:19 45:15
 68:17
belts 20:8 21:23
 29:15 30:20,24 34:12
 39:11,16,19 42:12
 43:22 51:23
bench 19:12,24 21:10
benches 19:18 34:9
bit 43:10
blocks 57:18,24
body 13:3 35:8
bottom 33:6
brand 38:21,24
bring 35:15 75:16
bringing 50:19
broader 42:2
bunch 18:8 20:15
 81:16
business 30:4
button 13:11 15:6
 44:16,23

---

C

call 28:5 29:12 76:4
 80:4

canvas 13:3
captain 6:9,11 8:13
 9:18 16:2 81:24
 82:14
captains 81:16,17,19
car 13:24
care 8:23 22:14 23:7
 24:1 53:23
case 5:15 10:19 11:15
 16:5 17:14 18:3,8
 24:22 26:8 27:5,6,10
 31:17 33:4,14 36:21
 37:23 52:6,22,24
 68:22
Center 31:20 63:24
certification 5:3
chain 81:4,21
chair 14:15,17,19,25
 31:5 58:17 59:2,3
 63:25
chairs 64:14
chance 80:2
charge 56:10 82:15
chief 81:9,18,19,21
 82:15
choice 20:7
choose 20:6,9 22:1
circumstance 11:5
circumstances 28:17
city 5:16,19,22 7:3,
 7,14,22 8:4,9 12:3
 14:8 15:9 29:24
 30:14 31:18,19 46:24
 47:3 50:20 82:11,12
City's 18:11 25:16
CJC 57:21 64:10 75:16
clamp 13:1,8
clamping 13:1,22
clear 7:9 42:19 44:3
clever 16:20
client 34:23
close 64:10,11 70:15
closest 36:16,17
combination 13:18
command 81:4,21
common 39:12,17,18,19
communicate 30:23
 42:10
communicates 32:14

completely 26:18
 68:22
complies 16:17 17:10,
 24 44:13
concluded 67:6
conclusion 60:20,21
 61:17 62:6,11,19,21
 63:15 64:2,6 65:5,6
 66:7,8,9,12,16 69:19
conclusions 69:18
condition 22:16 24:6
 43:9
conditions 24:19
confined 22:20 27:4
confirm 54:14
conflated 29:2
confused 29:11
confusing 29:20
connect 13:21 23:6
connected 34:10
connector 13:20
consideration 8:24
 22:15 23:4,5 24:2
considered 11:12
 46:24
consistent 63:19
consulted 69:22
contained 76:25
contribute 46:1
controls 12:17
copies 55:23 56:6
copy 33:17 54:9 56:2
corner 13:6
correct 5:23 8:11
 19:25 20:20 27:6
 31:24 32:6 34:2,3
 39:4 44:1 45:22
 49:14 50:25 62:22
 64:3,4 66:10,20
 77:1,12 78:12,22,24
 81:25 82:7,16,20
counsel 5:2,18 70:13
 74:19
court 47:15 48:4
 82:25
courthouse 57:19,25
 59:22
courthouses 75:17
cover 52:8

covers  10:16
crafted  9:24
crafting  9:23
create  24:9 75:12
created  10:2 76:15
creates  19:12
criminal  31:19 53:6
crucial  67:10
cuffed  35:6
curious  54:21
current  10:6
curriculum  40:23
custom  8:25 9:3 43:1

**D**

D-  55:12
D2  54:18 56:14
D4  55:15
D6  55:17,18
daily  75:15 77:1,3,
   11,25
dangerous  20:14
date  34:19
day  69:8 76:22 77:6
days  31:6
decide  21:6 79:1
decided  34:11
deciding  32:9
decision  20:22
defendant  12:7
degree  32:5
Department  5:22 6:10,
   12,16,18 8:11,15
   14:9 26:11 29:24
   82:12
depend-  28:15
dependent  48:12
depending  28:15 43:9
   48:17
depends  69:7
deposition  5:23
   74:11,15
deputies  9:7 20:14
   21:17 22:10 23:11
   24:13 25:23 26:12,21
   27:18 28:14 30:18,24
   32:5,8 40:17,25 41:3
   42:7,10,12 45:9,15
   50:25 51:19 52:3

56:22 57:25 59:6
   60:9,11 61:22 62:14,
   20 66:14,21,24
   68:16,21 69:1 78:21
   79:1,5,9
deputies'  57:5 58:19
   60:9 69:15 79:20
deputy  24:1 25:7,15
   26:2 38:9,24 39:2,6
   81:9,19,22
deputy's  39:7 54:22
describe  16:13,18
designated  8:10 82:11
designee  74:11
Details  56:14
determination  24:14,
   17
determine  59:14 67:23
   68:3 73:19 75:21,25
   76:17 77:4 80:8
determined  67:22
device  13:22
devices  13:1
dictates  8:20
direct  79:7
direction  38:16
directive  8:20,22,23
   10:12 24:13 29:17
disability  48:18
disclosures  53:13
disconnected  62:17
discourages  22:4
discovered  79:23
discretion  25:15
   27:17,19 28:14,19
   32:4,5 41:21
discussed  11:15
disembark  64:15,18
disengage  60:22 66:1
disengaged  59:25
   60:1,6,18 61:1 64:2
   65:20 66:2,13
dispense  6:1
distinction  28:25
   29:20
DOC  43:21
document  74:25 75:12
documents  40:8
door  36:25

drawing  69:18,19
drew  64:3
driver's  39:15
drives  39:12
driveway  64:17
driving  15:11
duly  5:9
duty  13:2

**E**

earlier  80:21 81:23
easily  20:18
easy  33:22
educate  56:19
effect  13:9 67:5
effectively  24:7
effort  14:23
eliminated  53:15,18
elongated  44:24
emergency  69:23
employees  34:4
EMS  69:23
enabled  40:6
enables  24:13 26:12
end  13:20 45:4,6
   56:16
ended  37:25 65:10
engage  34:15
engaged  15:17
ensure  38:5 51:22
enter  59:9
entered  59:13
entire  12:9 19:10
   78:2
enumerated  24:19
envision  41:8
envisions  41:21
equals  81:20
equipment  9:7 38:14
equipped  9:2
escape  22:19,20,25
   64:20
escaping  24:6,7
essentially  13:25
   17:17 47:11
Evans  5:8 6:7 8:13
   9:18 16:2

Joseph Evans
July 19, 2019

4

event  79:10,11
EXAMINATION  5:12 74:7
  78:15 81:1
examined  5:10
excellent  73:5
exception  53:16
excess  63:22
exhaustive  71:24
  76:22
exhibit  6:21,25 7:4
  9:14,15,18 10:1
  15:23 23:22 41:7,19
  52:25 53:2 54:5,13,
  14 56:14 74:21,22
  75:2,14 76:15
exists  40:16
expect  39:23
expected  63:3
expedite  40:6
experience  12:2 38:12
  39:17,19
experienced  39:1,3,5,
  7 63:11
explain  26:25 28:24
  77:23
explained  61:17
explains  30:17 56:5
explanation  62:15
  66:2
extent  24:5
extra  22:14,15,18
  23:4,7
eyes  57:11

**F**

face  23:6 50:5
facility  31:18
facing  50:4,8
fact  10:1,24 47:7,22
  57:9,21 59:11 69:19
fail  12:13 79:23
fair  21:15 63:18
  77:10 79:13
faith  63:12
fall  15:14 37:8 60:24
  65:16 71:16 81:20
fallen  58:2,5,14
  60:23

falling  37:12 50:12,
  14
falls  37:13 79:14
familiar  16:10 53:10
fast  33:22
fell  58:9,11,12 62:13
  67:25 68:4 71:6
  72:5,19 73:12,24
  79:20 80:7
fellow  39:23
female  13:20 44:21
figure  21:21
figured  64:15
figuring  55:25
file  78:3 79:2
filing  5:3
filled  54:24 56:15
finally  55:25
find  44:3 55:21 77:20
  78:9
fine  7:18,21,22 11:9
  16:9 26:20 34:20
  54:11 56:13 62:18
finish  49:23
finished  75:7
fit  18:25
flipped  14:14
floating  21:9
floor  12:17 13:2,22
  31:4 36:7 37:17
  41:16 57:12,13,14
  59:3,12
focused  31:17,20
folded  49:14
folds  16:21,23 18:19
  19:7,8
follow  40:25 46:12
follow-up  80:21
form  5:5 28:23 33:12
  47:19 72:15 76:1
  82:10
forming  62:11
forward  7:9 19:7,8
  36:9 43:11 48:25
  49:7,14 50:8
frankly  73:6
free  15:13 21:9
freedom  22:18
front  12:12 13:4 25:5
  35:4 36:12 37:3,6,7

48:15,20,22 49:5
  50:2
functions  13:23 15:6

**G**

gave  40:15 72:18
general  8:22 9:19,24
  10:11 16:6 43:21
generally  48:7
generate  79:16
generated  71:22 77:5,
  16 78:1,20
generic  42:16
germane  54:1
give  16:11 22:14
  23:1,4,6 24:1 25:4
  28:19 32:22 33:11
  69:3 70:14
glad  29:10
gleaned  63:6
glib  53:24
good  8:7 49:25 68:11
Gotcha  18:18 24:23
  29:10 78:8
Graterford  31:10,16,
  18,21 32:21 33:4
  50:19 69:5
ground  12:17
grounds  80:3
grouped  19:19
guess  15:21 34:13
guideline  9:19 26:10
  28:13 41:19
guidelines  8:18 23:13
  26:13 30:15,16
  32:12,13 38:4 41:7
guy  25:8 39:9,10
  46:22
guys  21:2 73:17

**H**

habit  8:25 9:4 22:12
  43:1
Hahnemann  69:22 70:1
half  6:13,19 32:25
  44:7,14,15,19,21
  75:10 82:1

hall 31:19
hand 9:23 50:11
handcuffed 20:17,25
  21:3,11,12 34:10,14,
  23,24 35:1,4,19
  48:10
handcuffs 20:17 29:5,
  17,25 30:19 42:17,18
  48:20
handicapped 8:25
  22:24 24:3,25 25:3,
  11,13,24 28:15
hands 35:3,6,17
  48:15,22,25
handwriting 33:9,10
  69:11
hanging 14:15
happen 36:6 43:17,18
  80:14
happened 56:20 69:25
  77:11 79:2,4,12
happy 34:20 70:8
hard 17:11 36:11
harness 14:1 22:6,10
  28:6 36:2
harnessed 27:14
hazard 24:10
he'll 12:9,19 13:5
  37:18
heard 65:11
heavy 13:2 20:17
held 16:25
helpful 40:9,11
Hey 39:9
highest 46:8 81:4
him/her 24:7
history 52:10 74:12,
  16
hit 13:11 37:11
hitting 15:6
holding 50:11
hole 44:24
Honestly 16:21
hook 34:11
hooked 13:3
hooks 13:2
hospital 69:22 70:4,
  8,9,24,25 71:4,8,20
  72:4,20,25

hour 63:22
HUBBARD 7:8,13,18,21,
  24 8:3,7 11:7,11,14
  28:21,23 29:7 35:12
  47:17,21 48:1 49:23
  52:7,10,12,15,18,20,
  23 53:7,12,16,20
  54:10 55:10,15,18
  61:8,12,16,21,25
  62:5,8 71:9 72:14,
  17,22 73:3 74:4,9,
  20,24 76:4,8,11,13
  78:13 80:20 81:3
  82:13,22
hypothetical 65:22
hypothetically 62:20

_____

I

identical 13:23 16:4
identically 13:23
identification 9:16
  15:24 53:3 74:23
identified 6:25 58:15
  72:3
identify 72:4 73:23
  74:25 75:1
identifying 73:10
immediately 37:4
immovable 14:17
important 67:12
inaccuracy 82:10
inaccurate 62:21
incarcerated 68:9
incident 52:6,21
  54:8,15 56:23 58:3,
  20 60:9 61:3,19
  63:10 65:15 66:15
  69:25 71:22 75:24
  76:5,10,18,22 77:5,
  15 78:3,9,20,24
  79:2,3,4,6,8,10,16,
  17
incidents 70:18,19,21
  71:6 75:23 76:2,7
including 30:20 70:21
  72:24 82:9
inconsistent 28:13
independent 78:2
independently 35:18

indicating 17:20
  44:8,17,20,24,25
  49:10 50:6 77:8,10
individual 19:20
  81:7,11
individuals 75:22
  77:19
influence 6:2
inform 21:17
information 56:15
  57:23 58:19 59:6
  60:7,8,11,14 75:12
  76:25
informing 52:2
initial 38:24
initially 78:21
injured 70:23 79:25
  80:6,7,8
injuries 71:3
injury 80:9
inmate 68:11 72:19
inmates 68:7
inside 12:15 20:15
inspector 81:18 82:15
instances 76:21
instruct 40:24
instructed 30:25 31:2
instruction 33:11
  40:1 51:21
instructions 5:25
  38:15 42:23 67:15,16
  69:3,8,10,17
instructs 26:21
intended 30:11 42:2
interest 79:20
interpreted 42:2
interrupt 7:10
interview 68:7
interviewing 63:14
investigation 27:6
  52:6 54:15 56:8,11
  67:10
involved 27:5 34:5
  40:13,17 50:21 51:3
  54:16 56:22 75:23
involving 77:5 78:10
irons 29:17,18 30:1,
  19
irrelevant 53:19

Joseph Evans
July 19, 2019

6

**issue**  11:2,3,8,10,12
  17:14 31:16 40:12
  47:8,22 67:10
**issues**  10:19 43:21

---

### J

**jail**  80:2
**January**  74:18 75:6
  78:3
**Jermaine**  5:16 58:16,
  23 59:14
**Joseph**  5:8 6:7
**June**  74:18 75:8 78:5
**Justice**  31:20 63:23
**justifiable**  24:9

---

### K

**Kevin**  40:5
**kind**  63:3,4
**kindly**  40:5,6 60:10
**knew**  11:5 67:18 69:2
**knowing**  68:17 71:5
  79:4

---

### L

**lap**  13:18 14:4,5
  15:1,7 41:16 44:9
**laps**  20:16
**law**  11:15
**lawsuit**  54:16
**leaning**  20:16
**learned**  63:7
**leave**  14:15 23:9
**leaves**  31:10
**leaving**  31:18
**left**  14:6 31:16 36:13
  53:5
**leg**  25:5 29:17,25
  30:19
**letting**  15:5
**level**  12:15,17,18,19
  56:8
**lieutenant**  6:15
**lift**  12:10,12,13,18
  36:25
**lifts**  9:2

**list**  73:11 74:16
  75:3,9 77:24 78:1
**listed**  57:1 76:17
  77:19
**listening**  12:22
**load**  51:18
**loaded**  12:10
**locate**  17:17
**location**  50:21
**logical**  62:15
**long**  6:11,17 7:24
  44:20 64:12 70:3
**looked**  12:10
**loose**  15:12
**loosen**  13:10,11
**loss**  66:4,6
**lot**  9:11,12 38:12
  39:14

---

### M

**made**  33:13 66:8,12,16
  70:9
**make**  7:9 9:6 11:10
  16:19 20:21 23:1
  24:13,17 33:7,21
  38:16 42:24 53:10
  70:17 74:21
**makes**  14:23
**making**  64:5 66:7,8
  72:23
**male**  44:15,19
**man**  22:10
**manage**  80:3
**mandatory**  22:8 25:19,
  23 26:4 30:24 32:14,
  19,21 45:10,16 46:7
**manual**  39:15
**mark**  15:20,21 16:16
  52:25
**marked**  6:21 9:14,15
  15:23 16:3 45:5 53:2
  74:22
**marker**  16:12
**materials**  45:14,20,
  21,22
**matrix**  74:16 76:14
  78:2
**matter**  55:9

**meaning**  42:1 70:20
**means**  7:14 30:19
  32:11 41:1
**mechanical**  24:8,10,14
  25:25 26:6 27:1,20
  28:20 29:1,3,4,14,
  16,25 30:10,18 42:1,
  11,16,18
**mechanically**  26:13
**mechanism**  37:1 60:6
**medical**  22:13,16 70:2
**medicine**  68:20
**mentioned**  14:12 70:11
**metal**  20:18 44:25
**mind**  16:12
**mine**  55:1,23
**minute**  52:9
**minutes**  63:23 70:15
**mis-**  28:3
**misunderstood**  28:3
**mixture**  51:10
**morning**  9:5 32:23
  33:1 69:4
**move**  12:11 52:5 64:22
**movement**  15:11 35:17
**moving**  43:4

---

### N

**names**  46:6 69:16
**nature**  32:14 48:17
**necessarily**  10:23
  36:8
**NIEMTZOW**  5:14 6:20
  7:1,12,16,19,23 8:1,
  6,8 9:13,17 11:9,13,
  16,18 15:20 16:1
  29:6,9 35:21 47:13,
  20,24 48:2,6,8 49:25
  50:3 52:9,11,13,16,
  19,22,24 53:4,9,14,
  18,23 54:3,4,11,12
  55:12,20 56:2,4
  61:10,14,20,23 62:3,
  7,10 71:12 72:16,21
  73:1,5,8 74:2 76:1,
  6,9 78:17 80:18
  82:8,24
**normal**  15:8
**noted**  63:21

Joseph Evans
July 19, 2019

7

notice  6:21 74:11,15
November  52:1
number  7:4 40:12
  42:10,12 51:2 70:18

O

oath  6:4
object  28:21 47:17,18
  61:8,12 76:1 82:8
objecting  72:14
objection  28:23
objections  5:4
observations  57:8
obtain  75:11
obvious  25:7
Occurrence  56:14
Office  5:17 7:14 8:5
  45:12 81:5,8 82:3,19
officer  12:14,16
officers  63:11,13
official  81:5
offset  37:5
operating  14:8 20:2
  21:17 22:9 23:13
  41:2 45:25 46:7
opinion  20:11 27:13
  28:4 51:25
opportunity  23:1
opposed  30:20 54:22
option  21:18 22:2
  23:19
options  23:18 61:5
  62:12
oral  32:13 51:21
order  52:14
organization  81:12
original  48:3

P

pages  53:19
paper  32:25 33:11,16
paragraph  56:21 57:4
  63:20
parallel  37:4
part  42:22 44:7,9
  65:25 67:10 69:10
  74:10

participated  22:24
parties  5:2
partner  39:24
passenger  13:24
penalties  79:23
people  8:24 9:6 18:21
  22:13,24 34:18
  36:15,16,17 37:3,5,
  6,12 39:15 40:25
  41:3 49:17 50:2 68:8
  70:23 75:9,16
period  14:13 75:5
  78:10
person  14:14,18,20,22
  16:14,15 18:2,4
  20:25 23:5,14,20
  25:3,10,24 26:1
  28:15 29:20 31:2,4
  36:1,2,20 37:11
  38:25 40:4 41:13
  46:9 54:24,25 79:14,
  21,24 80:1
personal  34:2 42:25
personally  38:4
perspective  63:9
Philadelphia  5:16,22
  6:9,12
Philadelphia's  14:9
photographs  16:2
photos  15:21
physical  37:22 40:16,
  20
physically  24:3,24
  34:14
pick  73:6
picking  32:6 50:17,22
  69:14,16
picture  44:3
pictures  16:15 17:5
piece  13:8 14:6 32:25
  33:10,16 35:15 45:1
pins  25:6
pitching  48:24 49:7
pl-  58:23
place  13:15 16:25
  18:2 23:8 35:16
  37:15 45:3 51:12,15
platform  12:15,18,19
plausibility  41:8
play  43:7,10

point  27:22 49:25
  59:21 60:10 67:11
  72:4 73:6,9
pointed  29:10
policies  8:18 23:12
  25:16 26:13 30:15
policy  10:7 15:9
  18:11 22:17 25:17,22
portion  60:17
portrayals  16:5
position  6:8 12:21,
  23,25 32:20 60:23
  68:17
position-wise  46:5
positions  12:24
possibility  41:8
possibly  68:3
practice  9:4 18:12
  22:11 26:7 34:2,4,7
  39:20 42:25 46:24
  47:2,7,11
predecessor  38:20
predecessors  38:19
pregnant  24:4,20
premarked  6:22,23
prepared  9:22 17:1
  75:3,20 76:18,25
  77:24 78:1
preparing  74:14 77:9
present  18:6
presumed  22:12
pretty  21:20
prevent  6:3 24:5,7
  50:12
prison  50:19 59:22
  80:3
prisoner  8:15,16
  10:11 12:3 14:9
  15:13,19 18:4,14
  20:21 22:7 23:18
  24:15,16 25:20 26:14
  27:13 28:5,8,11
  31:22 32:4,10 34:14
  41:9 42:14 45:16
  46:15 48:9 50:9,13,
  18 58:2,15 63:15
  66:18 70:11 71:6
  76:19 77:6 80:2
prisoner's  24:6
prisoners  10:10,16,
  22,23 11:23 15:10

Joseph Evans
July 19, 2019

8

18:5,12  19:2,15,18
20:3,15  21:18,20
24:2  34:9,22  36:3
37:25  40:14,18  49:13
51:5,9,14,20,23
56:25  58:1,21  63:1,
14  65:9  68:13,15
69:13,24  73:10,11
74:17  75:23  76:17
78:10  82:7

**prisons**  71:19  79:25
80:4

**problem**  33:21

**problems**  22:14

**procedure**  11:19  18:11
20:2  21:17  22:9
23:12  41:2  46:7

**procedures**  8:18  10:9
11:21  14:8  23:13
31:21  36:2  45:25

**productive**  68:7

**professionals**  68:18

**program**  40:22,23

**programs**  38:8

**proper**  12:3  36:1

**properly**  14:21  43:18
65:14,20

**protect**  37:9,10

**provide**  38:15  50:24
51:21

**provided**  15:16  53:13
74:15,19

**providing**  65:19

**public**  42:6

**pull**  64:17

**put**  12:20,23  19:2
23:16  44:11  48:22,25
61:2,6  63:12  68:5

---

## Q

**question**  5:5  26:10,17
30:23  31:15  33:25
34:8,13,21  35:13,24
37:19  42:9,23  47:14,
18,19,25  48:3,7
62:1,25  72:15,22
73:2  76:2  78:18  82:9

**questions**  6:4  34:17
74:3,5  80:19,23

---

## R

**raises**  12:18

**ranking**  46:8  81:4,7,
10

**ratchet**  13:9

**rate**  82:14

**reach**  35:5,15

**read**  27:17  47:13,15
48:4  56:23  60:17
61:18

**reading**  29:20  30:3
69:7

**ready**  64:15,18  65:1

**real**  17:11  33:21,22

**realize**  17:9

**rear**  13:21

**reason**  26:3,24  27:3
29:23  33:12  56:5
62:24  69:21  70:7,10
72:17  79:20

**reasonable**  28:16

**reasons**  82:9

**rec-**  58:6

**receive**  17:1

**receptacle**  45:2

**recollection**  58:8

**reconciled**  78:5,7

**record**  7:25  11:8
40:16  47:16  48:5
53:6  72:10

**records**  40:20  69:22,
23  70:2,8,10  75:15

**red**  16:12

**refer**  5:18  8:3  30:13

**referred**  42:18

**referring**  8:4  34:18

**refers**  7:13

**refresh**  58:8

**regard**  22:6

**regular**  13:24

**regulation**  26:21

**relation**  18:17

**release**  65:13

**released**  68:4

**releasing**  70:12

**relevant**  52:17,18

**relied**  62:22

---

**remain**  12:9

**remains**  15:17

**removed**  57:10  59:17,
21  62:11  63:15

**removing**  15:15

**rephrase**  47:20  61:23
73:1  76:10,11,12

**report**  52:21  54:8,15
61:3  71:19,22  75:24
76:18  77:1,3,5  78:3,
4,20,24  79:3,5,8,10,
17,20,23  80:9

**reporter**  47:15  48:4
82:25

**reports**  56:23  57:5
58:3,20  60:9  61:19
63:11  66:15  76:5,10,
16,23  77:11,15  78:9
80:12

**request**  75:6

**requested**  47:16  48:5

**requests**  40:7

**required**  46:12  79:5

**reserved**  5:5

**respective**  5:2

**responding**  40:7

**response**  7:3  40:14
74:10,14

**responsibility**  20:12
34:6  39:7  82:19

**responsible**  40:4  46:6
52:2  82:6

**rest**  37:17

**restrain**  48:12

**restrained**  23:10  24:4
41:16

**restraint**  29:1,3,16

**restraints**  23:9  24:8,
11,15  25:25  26:6
27:1,20,22  28:20
29:5,14,25  30:18
42:11,16,18  51:22

**result**  71:8,21  77:19
78:8

**resulted**  75:24

**reviewed**  66:15

**revised**  9:25  10:4

**ride**  64:12

**rides**  51:8

**risk**  25:9

Joseph Evans
July 19, 2019

9

rods  25:6
rolling  43:8,11
roof  13:14
room  69:23
routine  33:15

**S**

safely  20:3
sealing  5:3
search  71:25 76:22
seat  9:8 13:20 19:7,
  16 20:5,7,8,12,13
  21:7,23 22:7 23:7,
  14,16 25:16,17,20
  28:5,7,25 29:2,3,12,
  13,15 30:20,24 31:4
  32:9,19 33:7 34:12,
  15 35:5 36:5,12,16,
  17 38:6,9 39:10,11,
  13,16,19 41:9,14,22
  42:11,13,24 43:22,
  24,25 44:4,12 45:15
  46:15,22 48:9,13
  49:3,4,8,13,14,15,
  18,20,22 50:1,4,6,
  10,13,17 51:22 58:17
  59:1,21 60:4,23,25
  61:6 62:12,13 63:10,
  16 64:6,16 65:13,14
  66:13 68:17 69:2
  79:21
seatbelt  67:1
seatbelts  20:6,9
seated  36:22 41:14
seats  16:21 18:18
  19:4 37:12
section  8:22 44:15
  55:3
secure  10:9 26:12
  31:3,4,22 41:3
secured  8:17 14:16
  18:15 21:5 25:24
  43:3 59:3
securely  58:16 59:1
securing  9:3
security  20:19
seemingly  26:11
sees  26:2
self-report  80:11

self-reporting  78:23,
  24
semantics  41:25
senior  39:24
sense  39:17,18
sentence  57:17 59:20
  63:20
serve  68:12
set  10:9
severe  79:24
sheet  9:5
sheriff  5:17,18,21
  12:2 20:3 30:23
  31:21 34:5 40:15,19
  41:6,20 42:9 45:9,
  11,25 47:7,9 69:20
  70:20 73:9 75:15
  79:4,11 81:6,21
sheriff's  5:21 6:9,
  12,15,18 7:14 8:4,
  11,14,18 14:9 15:9
  20:12 21:17 26:11
  27:18 29:24 30:15,17
  36:1 42:7,12 45:11
  47:11 81:5,8 82:3,
  12,19
sheriffs  38:9
short  33:16
shoulder  13:18,25
  14:6,25 15:7 44:8
show  17:6
showed  67:14
showing  33:21
shows  75:3
side  13:4 18:22
  19:22,23 25:6 35:20
  43:11,12 44:10
sight  51:15
sign  56:8
signature  54:19,22,23
signed  27:8,9 55:2,6,
  13 56:6
significant  35:16
signing  54:25
single  78:4
sir  10:17 11:25 29:4
  34:7 58:25
sit  18:22 19:15,22,23
  20:5 21:10 35:1
sitting  18:17 36:13,
  15,16,17 49:15,17

50:2 64:13
situation  8:14 42:13
  49:19 50:16
situations  22:24
slash  41:17
sliding  36:19 37:20
slow  9:10
snap  13:23 35:16
snaps  45:3
sorts  19:12
sound  72:23
source  59:5
sources  67:22 68:2
space  18:24 19:1
spanking  38:22,24
speak  47:8 56:25
speaking  38:23 47:3,6
special  8:23 24:1
  69:16
specific  8:20
specifically  34:17
  40:23
spend  39:14
spoke  56:22 58:20
spoken  66:14
spot  17:3,4
standard  14:8 20:2
  21:16 22:9 23:13
  41:2 45:24 46:6
start  12:6 48:3
state  6:6,8 43:20
  45:15 50:24
statement  65:17 79:13
statements  58:7 60:14
  70:9
stay  13:14 15:1 23:9
  24:21 34:21
stays  37:14
stead  68:11
sticks  44:17
stipulate  7:2 76:10
stipulated  5:1
stop  36:19 48:25
  49:7,9
straightforward  50:11
strap  9:7 13:18 26:13
  33:7 66:13 68:5
strapped  14:10 41:15
  43:19 57:12,13,14
  59:12,15 66:5

straps   9:3 13:1,3,6
  59:3,4
strike   27:11 37:9
  51:25
structurally   21:6
Stuart   29:8
stuff   53:6
subject   9:8 13:19
subor-   46:11
subordinate   46:12,14
subordinates   46:21
subpoena   74:10
suggesting   41:18
  45:24 64:1,24 72:1
summary   56:20
supervise   39:8
supervising   51:4
supervision   32:15
  50:16 51:3,8
supervisor   32:1 46:11
  50:21,24 54:23 55:3,
  13 79:6
supervisors   38:20
  51:16
supplied   70:19,20
supposed   8:17 18:16
  30:10 68:20,24,25
  69:2
sworn   5:9

_____

T

table   81:12
takes   51:12,14
taking   63:24
talk   48:19 58:21
talked   35:25 38:3,4
  66:24
talking   9:19 18:20
  24:24 27:21,22,23
  42:11 43:25 44:4
  45:10,11 49:9,24
  51:7 55:19,22 58:4
  60:8,11,12 61:21
  74:13
telling   39:15 42:15
  43:16 62:5
tells   21:24 25:23
  39:9 69:13

ten   19:2
term   42:16 47:22
testified   5:10 49:12
  65:8 69:20 81:23
testifies   43:15
testify   7:3 8:10
  82:11
that'll   13:7 14:5
thing   48:11 50:13
  62:17
things   9:11 14:21
  15:8 17:6 40:6 77:10
thinking   30:3
thought   16:20 54:8
  64:8 68:10
throwing   47:21
tighten   13:9,10
tightened   13:7
time   5:6 12:9 14:13
  31:7 34:1 39:14
  60:15 63:1 65:14
  68:12 75:5 78:10
tips   36:4
titles   81:17
titular   81:18
today   5:15 6:1,4 7:2
  69:19
told   15:18 30:25
  60:17 63:13 66:18,
  21,25
top   13:21 16:21 37:25
  65:10
Topic   51:2 52:8
topics   8:11 74:12
totally   55:8
touches   10:14
touching   50:12
track   75:19
train   39:8
trained   32:12
training   8:19 23:12
  30:15,16 38:8,9,11
  39:8 40:12,16,17
  42:17 45:9,14,21
trains   41:3
transport   10:12 11:23
  12:3 18:12 51:20
  56:23 72:6 73:25
  74:17

transportation   10:16,
  20,21 30:19 40:18
  51:14 76:19 77:16
  79:15 82:4,6,16
transported   15:19
  18:5 46:16 70:24
  71:4,7 72:5 73:11
  75:5 78:11
transporting   8:15
  15:9 20:3 38:25
  40:13 41:4 51:4
transports   51:5 77:25
traveled   63:21
trial   5:6
trip   38:25 43:5 71:8
truck   13:13 44:10
trusted   63:11
truth   43:16
turn   13:7
turns   13:8 37:8
twos   19:19
type   26:24 38:13
typed   56:17
types   9:1 24:19
  38:14,21

_____

U

Uh-huh   17:19 44:18
  49:6
un-   14:23 62:16
unable   14:22
unaware   65:8,9
uncomfortable   64:12,
  14
undersheriff   81:13,
  14,22
understand   5:20 6:1
  7:5,25 8:9 10:25
  11:2,16 17:13 19:6
  20:19 26:16,17 29:7,
  22 30:6 31:13,15
  35:10,22 37:16,19
  39:3 40:5 42:4 45:19
  46:4 47:23 49:12,24
  55:7 57:22 61:5 63:9
  64:7 65:7 67:6 70:14
  72:1,8 76:6 80:5,10
understanding   6:3,4
  47:12 72:12

Joseph Evans
July 19, 2019

11

understood  28:1 44:22
unfair  30:22
unit  82:18
unleash  14:23
unleashed  67:24
unlocked  60:5
unnecessary  24:9
unrelated  68:22
unsecure  12:19
unusual  79:6,10
upset  67:16,19
usual  18:3

---

### V

van  10:21,22 11:24
  12:3 14:13 15:11
  16:5,16 17:17 18:5,
  13,15 19:2,3 20:4,8,
  15 21:6 27:13 31:10,
  16,17 36:4,9 37:8
  43:5,25 44:6 51:8
  59:9,13 63:1 64:22
vehicle  12:8,16,20,24
  16:7 34:19 39:12
  48:12 57:11,16,18,24
  58:1 59:17,18 63:22
  69:15
vehicles  9:1 38:14,21
verbal  38:15
verbally  9:4
versus  5:16
video  38:11
view  46:15
violation  46:23
visible  26:3
visibly  24:4,20
visual  26:24 39:25
visually  25:2

---

### W

Wait  52:9 72:14
waiting  12:15
waived  5:4
wall  13:17 19:11
warrant  79:8
watching  39:23
ways  40:7

wheel  12:20
wheel-  16:13
wheelchair  8:16,17
  9:2,8,9 10:10,16,20
  11:24 12:4,7,8,9,10,
  11,25 13:4,13,14,15
  14:10 15:2,9,12,13,
  19 16:14,15 17:1,6
  18:1,5,13,14,25
  19:3,5 20:25 22:7,20
  23:2,3,5,14,15,20
  24:16 25:5,11,20,24
  26:4,14 27:4,13,14,
  23 28:5,8,10,11 31:3
  32:10 33:6,8,14
  35:25 36:1,17,18,19,
  20 37:11,18 38:6,25
  41:9,10,13,15,22
  42:14 43:2,4,9 45:16
  46:16 48:9 49:13
  50:10,18 51:10,22,23
  57:12,13,14 58:2,6,
  10,12,14 59:10,11
  60:19,24,25 62:16
  64:13 65:16 66:3
  67:25 70:24 71:7,17
  72:19 75:4,17 79:15
wheelchair-transported
  75:22
wheelchairs  9:3
  10:14,24 18:6 19:2
  21:2 22:13 36:3
  40:14,18 41:4 43:20
  51:5,9,20 64:11 72:6
  73:12,24 74:17 75:10
  78:11
wheeled  12:8
wheels  12:10,19
Williams  5:16 10:20,
  22 11:6 37:24 58:16,
  23 59:14 65:9,12
  67:24 70:21
wind  36:6
window  36:14
withdraw  47:24 48:6,7
woman  24:20
word  41:25
words  18:14 51:7
  58:10 60:3 67:5 68:1
work  7:15 77:22
wrapping  70:16

write  9:4 29:24 33:9,
  10,13 56:20
writing  10:15
written  10:6 11:22
  26:10 28:13 30:4,16
  32:12 33:11 38:3,11
  41:7,19 42:3,6 45:8,
  14,20,21 51:21 69:3,
  7,10
wrote  40:10,11 51:13
  58:5,13 59:23 62:14

---

### Y

years  6:13,19 9:24
  12:1 38:15 75:10
  81:24 82:1,3



PHILADELPHIA SHERIFF'S OFFICE

DATE:         May 12, 1988, Revised August 1, 2014
DIRECTIVE:    #8
SUBJECT:      PRISONER TRANSPORT

I.  PURPOSE

The purpose of this Directive is to establish a policy on Prisoner Transport when
performed by members of the Philadelphia Sheriff's Office.

II. POLICY

A.  A Deputy Sheriff with the Philadelphia Sheriff's Office shall conform to
the following policy.

1.  The Unit Commander, or designee, shall be responsible for the
transportation of prisoners.

2.  The Unit Commander, or designee, shall implement transport
procedures that ensure the safety of the public, transporting
deputies and prisoners and that the rights of the prisoners are
safeguarded.

3.  A deputy conducting a prisoner transport shall dress in the
uniform of the day, complete with issued equipment.

4.  A deputy shall read and understand all court orders and special
instructions and shall ensure that all required paperwork,
including writs and commitments are in order, before
transporting a prisoner.

5.  A deputy shall remove all personal property including bags and
medication from a prisoner before transporting him/her. These
items will be turned over to staff at the destination facility.

6.  A deputy shall thoroughly search a prisoner prior to a transport.

7.  A deputy shall secure each prisoner with restraints prior to
transport.

a)  Juvenile prisoners shall be restrained the same as adults.

b)  Deputies shall give special care and consideration to
prisoners who are physically handicapped. Handicapped or
visibly pregnant prisoners shall be restrained only to the

extent necessary to prevent them from escaping. If a prisoner's condition will effectively prevent him/her from escaping and the application of mechanical restraints would create an unnecessary and unjustifiable hazard to him/her, then mechanical restraints should not be used. Deputies shall consider the age, condition, background, and the extent of the disability of a handicapped prisoner when determining the level of restraint necessary for the prisoner.

8. A deputy shall ensure that the transport vehicle has been searched, inspected and is in operable condition prior to transport.

9. A deputy shall transport no more than available seats in the transport vehicle.

10. No less than three (3) deputies shall be assigned to a bus transporting prisoners; one (1) shall sit in the rear compartment of the bus during the transport. No less than two (2) deputies shall be assigned to a van transporting prisoners.

11. The driver shall be responsible for the operation of the transport vehicle. The assistant driver shall be responsible for recording, radio and cell phone communications.

12. A deputy sheriff shall be responsible for providing a meal to a prisoner when a transport covers a considerable distance or an extended time period.

    a) A deputy sheriff shall procure meals from a randomly selected fast-food restaurant by utilizing the restaurants drive-thru window.

    b) The prisoner(s) shall remain in the vehicle while consuming the food.

13. A deputy sheriff shall instruct a prisoner to use the toilet prior to transport. If the need to use the toilet occurs during a transport, the deputy sheriff shall be responsible for providing toilet facilities for the prisoner. A deputy shall consider the custody status of the prisoner and the availability of a suitable facility determining whether to grant the request. Preferred facilities are police or fire stations, highway maintenance facilities, local jails or gas stations with side door restrooms.

a) Selection of the location shall be at random. Do not let the prisoner suggest the location.

b) Park as near to the rest room as possible.

c) Search the restroom for anything that can be used as a weapon or an instrument of escape.

d) Do not remove restraints from the prisoners.

e) Maintain hands on control of the prisoners while he/she is out of vehicle.

f) If the restroom is too small to accommodate the prisoner and the deputy at the same time, the deputy shall position himself/herself in the door way in such a fashion to afford the prisoner enough privacy to attend to his/her needs, but so that the door cannot be closed by the prisoner.

14. A deputy shall not stop to render emergency aid during a prisoner transport but a deputy shall utilize his/her radio or cell phone to report emergency and to summon aid.

15. A deputy shall stop to render any necessary aid, consistent with his/her training, whenever prisoners are not being transported.

16. A deputy shall take the following actions in the event a prisoner escapes.

a) Pursue the prisoner and re-capture him/her.

b) Establish contact with the state, sheriff, or local police and request assistance.

c) Contact your supervisor.

d) Make no statement to the press. Refer any inquiry from the media concerning the event to the Sheriff's Communications Officer.

e) Prepare and submit a written report concerning the event to your supervisor prior to end of tour.

17. A deputy shall take the following action if a hostage situation develops during the transportation of a prisoner.

a) Implement a plan which is least likely to cause death or serious bodily injury.

b) Attempt to develop a dialog with the prisoner.

c) Attempt to summon police assistance.

18. If during a transport, a prisoner becomes injured, the transporting deputies shall seek medical treatment for the prisoner. If a prisoner becomes ill during a transport, the transporting deputies shall evaluate the prisoners' complaint and if necessary, shall seek medical treatment for the prisoner. (Security protocol shall be used)

19. If in the course of transport, deputies become aware that they are being followed, the non-driving deputy shall contact state/local police for assistance. If for any reason contact cannot be made and help summoned, continue to travel on the main roadway until you reach a police/fire station or other government building, hospital, or industrial site where help may be summoned.

20. If the transport vehicle develops mechanical trouble during the transport, a deputy shall:

a) Notify Sheriff's radio or if out of range, contact the local state/local police or sheriffs office for assistance. If the breakdown occurs within the metropolitan area, your supervisor will provide the means to continue the transports. If the breakdown occurs outside of the metropolitan area, request the state/local police or sheriff office to contact the local road service/towing company for assistance. If it is necessary to tow the vehicle or to jack the vehicle up to change a tire, the prisoners must be removed from the vehicle prior to towing or jacking up the vehicle.

b) If repairs cannot be made right away, request the local state/local police or sheriff office to transport your prisoners to the nearest state prison/county jail. Your primary concern is the security of the prisoners.

c) A deputy shall promptly notify his/her supervisor of the situation.

21. If a deputy performing a transport is unable to arrive as scheduled with a prisoner, he/she shall notify his/her immediate supervisor by telephone/cell phone and provide new estimated time of arrival. If the deputy's immediate supervisor is unavailable or after normal working hours, then notify the on duty supervisor at the lobby desk of the Criminal Justice Center.

22. When deputies of the same sex transport prisoners of the opposite sex, they shall:

    a) Notify radio.

    b) Record the time of departure and the vehicles odometer reading.

    c) Record the time of arrival and the vehicles odometer reading.

23. The use of multi-media personal entertainment devices, including but not limited to iPods, computers and CD/DVD players are prohibited at all times by deputies while they are on duty. The use of a cell phone is prohibited by deputy while that deputy is actually operating a vehicle. All necessary cell phone communication, while the vehicle is in motion shall be conducted by the non-driving deputy.

III. This Directive supersedes all other Prisoner Transport Policies.

IV. This Directive is effective immediately.


BY ORDER OF:

_____
SHERIFF



EXHIBIT

4

MF 7/19/19



OFFICE OF THE SHERIFF
City and County of Philadelphia
100 South Broad Street, 5th Floor
Philadelphia, PA 19110
Phone: 215-686-3530 / Fax: 215-686-3579

# INCIDENT REPORT
Criminal / Civil Divisions

| Date: 14 NOV 2016 | Incident No. 161114-529 |
|---|---|
| Officer: JOSEPH EVANS | Badge No. |
| Approximate Time: 10:00  [X] AM  [ ] PM | |

INCIDENT CLASSIFICATION:

| | | |
|---|---|---|
| [X] Prison Trip: Driving/Flying | [ ] High Risk Security | [ ] Vagrancy |
| [ ] Escape Attempt | [ ] Contraband | [ ] Hospital Visits |
| [ ] Judicial Security | [ ] Hostage | [ ] Writ Service |
| [ ] Vehicle Accident | [ ] Funeral Detail | [ ] Injunction |
| [ ] Protective Custody | [ ] Assaults | [ ] Eviction |
| [ ] Weapon Confiscations | [ ] Criminal Trespassing | [ ] Extradition |
| [ ] Sheriff Sales: Real/Personal Property | | |
| [ ] Other *(Please specify)* | | |

| PLACE OF OCCURRENCE: INSIDE S-918 VAN AROUND CITY HALL | PA County:          Other State: BROAD AND MARKET STREET, PHILADELPHIA |
|---|---|

| Complainant: | D.O.B. |
|---|---|
| Address: | Home Phone: |
| City, State & Zip: | Work Number: |
| Employer: | Driver's License: |
| Address: | City, State & Zip: |

Suspect/Defendant

(If defendant give case #)  JERMAINE WILLIAMS      D.O.B.  28 JUL 1973

Address:  2317 S. MADISON ST. PHILADELPHIA      Phone:  NONE

Police Photo No.  715138      Prison No.  LH5836 (SCIG)

Others involved:  DEPUTY VICTOR LOPEZ #160 AND DEPUTY JAVIER VALASCO #494

D-1

DETAILS OF OCCURRENCE:  *(State all known facts; Who, What, Where, When, Why and How.)*

ON MONDAY, NOVEMBER 14, 2016 DEPUTIES LOPEZ AND VALASCO WERE TRANSPORTING NINE (9) PRISONERS FROM THE STATE CORRECTIONAL INSTITUTION AT GRATERFORD TO THE JUANITA KIDD STOUT CENTER FOR CRIMINAL JUSTICE, 1301 FILBERT STREET, PHILADELPHIA PA. DEPUTY VALASCO WAS OPERATING THE VEHICLE.  WHEN THE VEHICLE WAS TWO BLOCKS FROM THE COURT HOUSE, THE DEPUTIES WERE ALERTED BY OTHER PRISONERS IN THE VEHICLE THAT A PRISONER HAD FALLEN OUT OF HIS WHEELCHAIR.  THIS PRISONER WAS IDENTIFIED AS JERMAINE WILLIAMS 715138 LH5836.  WILLIAMS WAS SECURELY SEAT-BELTED TO HIS CHAIR AND HIS CHAIR SECURED TO THE FLOOR WITH STRAPS.  HE REMOVED HIS SEATBELT AT SOME POINT BETWEEN THE PRISON AND THE COURTHOUSE.  I NOTED THAT HE HAD TRAVELED IN THE VEHICLE FOR IN EXCESS OF ONE HOUR AND WAS WITHIN MINUTES OF ARRIVING AT THE JUSTICE CENTER BEFORE TAKING HIMSELF OUT OF THE CHAIR.

LIST OF ALL PRISONERS ON VAN:

BRIAN GRAVES 951545 ME0264
EDWARD FORD 878372 FX1076
ELOISE COLON 844603 HY1457
GREGORY CORDON 821345 LE9655
EARL HOWARD 856537 MQ7652
TERRENCE MITCHELL 962991 LZ0556
LUIS MORALES 948541 JD3650
VELOUR LANE 927218 HM9592
JERMAINE WILLIAMS 715138 LH5836

EMS WAS SUMMONED.  MEDIC 40 RESPONDED AND TRANSPORTED WILLIAMS TO HAHNEMANN HOSPITAL AT 1050.  DEPUTIES HECTOR COLON #329 AND GRADY CUNNINGHAM ESCORTED.

I APPRAISED CAPTAIN STRICKLAND AT SCI GRATERFORD THAT WILLIAMS HAD BEEN TRANSPORTED TO HAHNEMANN HOSPITAL. HE TOLD ME THAT IN THE EVENT WILLIAMS IS ADMITTED TO THE HOSPITAL, HE WOULD SEND RELIEF OFFICERS TO TAKE OVER THE DETAIL. LATER THAT AFTERNOON, SHERIFF'S LIEUTENANT FALLEN ADVISED HIM THAT WILLIAMS WAS ADMITTED AND OFFICERS FROM GRATERFORD ARRIVED AND ASSUMED CUSTODY OF WILLIAMS AT AROUND 2100 HOURS.

Deputy's Signature: _____   Date: _11-14-16_
Supervisor's Signature: _____   Date: _____

*Revised December 2000*

D-2



OFFICE OF THE SHERIFF
City and County of Philadelphia
100 South Broad Street, 5th Floor
Philadelphia, PA 19110
Phone: 215-686-3530 / Fax: 215-686-3579

# INCIDENT REPORT
Criminal / Civil Divisions

| Date: Nov 14th 2016 | Incident No. 161114529 |
|---|---|
| Officer: DSD V. Lopez | Badge No. #160 |
| Approximate Time:  [ ] AM   [ ] PM | |

**INCIDENT CLASSIFICATION:**

- [ ] Prison Trip: Driving/Flying
- [ ] Escape Attempt
- [ ] Judicial Security
- [ ] Vehicle Accident
- [ ] Protective Custody
- [ ] Weapon Confiscations
- [ ] Sheriff Sales: Real/Personal Property
- [X] Other *(Please specify)* _____

- [ ] High Risk Security
- [ ] Contraband
- [ ] Hostage
- [ ] Funeral Detail
- [ ] Assaults
- [ ] Criminal Trespassing

- [ ] Vagrancy
- [ ] Hospital Visits
- [ ] Writ Service
- [ ] Injunction
- [ ] Eviction
- [ ] Extradition

| PLACE OF OCCURRENCE: City Hall — Juniper St. | PA County: | Other State: |
|---|---|---|

| Complainant: _____ | D.O.B. _____ |
|---|---|
| Address: _____ | Home Phone: _____ |
| City, State & Zip: _____ | Work Number: _____ |
| Employer: _____ | Driver's License: _____ |
| Address: _____ | City, State & Zip: _____ |

Suspect/Defendant

(If defendant give case #) Jermane William D.O.B. _____

Address: _____    Phone: _____

Police Photo No. 715138 / LH5836    Prison No. _____

Others involved: _____

D-3

DETAILS OF OCCURRENCE: *(State all known facts; Who, What, Where, When, Why and How.)*

On Nov 14, 2016 At Approximately 10:00am, while returning from SCIG Garterford with a total of 9 inmates in a wheelchair van #918, to CJC one inmate made us aware the Jermane Williams LH5836 who was sitting on a wheelchair totaly Strap with sit belt, had fell off the chair on front of City hall.

Sgt Korpalski was inform.

5918 Van wheelchair: Dso V. Lopez — Dso Velasco

Deputy's Signature: _____   Date: 11/14/16.

Supervisor's Signature: _____   Date: 11/14/16

*Revised December 2000*

D-4



OFFICE OF THE SHERIFF
City and County of Philadelphia
100 South Broad Street, 5th Floor
Philadelphia, PA 19110
Phone: 215-686-3530 / Fax: 215-686-3579

# INCIDENT REPORT
Criminal / Civil Divisions

| Date: 11/14/16 | Incident No. 16 11 1452 S |
|---|---|
| Officer: DSO. J. Velasco | Badge No. 494 |
| Approximate Time: 10:00 [×] AM   [ ] PM | |

## INCIDENT CLASSIFICATION:

| | | |
|---|---|---|
| [ ] Prison Trip: Driving/Flying | [ ] High Risk Security | [ ] Vagrancy |
| [ ] Escape Attempt | [ ] Contraband | [ ] Hospital Visits |
| [ ] Judicial Security | [ ] Hostage | [ ] Writ Service |
| [ ] Vehicle Accident | [ ] Funeral Detail | [ ] Injunction |
| [ ] Protective Custody | [ ] Assaults | [ ] Eviction |
| [ ] Weapon Confiscations | [ ] Criminal Trespassing | [ ] Extradition |
| [ ] Sheriff Sales: Real/Personal Property | | |
| [×] Other *(Please specify)*   Inmate fell from wheelchair | | |

| PLACE OF OCCURRENCE: Juniper st. | PA County: Philadelphia | Other State: PA |
|---|---|---|

Complainant: _____   D.O.B. _____

Address: _____   Home Phone: _____

City, State & Zip: _____   Work Number: _____

Employer: _____   Driver's License: _____

Address: _____   City, State & Zip: _____

Suspect/Defendant

(If defendant give case #)   Jermaine Williams   D.O.B. _____

Address: _____   Phone: _____

Police Photo No. 715138 / 245836   Prison No. _____

Others involved: _____
_____

D-5

DETAILS OF OCCURRENCE: *(State all known facts; Who, What, Where, When, Why and How.)*

On Nov. 14, 2016. At Approximately 10:00Am; I DSO J. Velasco badge #494 and DSO V. Lopez was assigned to van ~~5424~~ Jv. to go and Pick up 9 Prisoners from sgraterford Institution, While I was driving around the city hall of Philadelphia. Inmates make us aware of Inmate J. Williams #L45836 had feit from his wheelchair. Inmate J. Williams was Properly secure an Van ~~5424~~Jv. with his seatbelt also; wheelchair was Properly secure to the floor with the assigne equipment. As soonest we were made aware by the others Inmates, DSO V. Lopez Notified sgt S. KorPalski and Insp. J. Evans. when we arrived to cjc sgt. S. KorPalski called fire rescued.

Deputy's Signature: _____   Date: 11/14/16

Supervisor's Signature: _____   Date: 11/14/16

Revised December 2000

D-6



OFFICE OF THE SHERIFF
City and County of Philadelphia
100 South Broad Street, 5th Floor
Philadelphia, PA 19110
Phone: 215-686-3530 / Fax: 215-686-3579

# INCIDENT REPORT
Criminal / Civil Divisions

| Date: 14 NOV 2016 | Incident No. 161114-529 |
|---|---|
| Officer: JOSEPH EVANS | Badge No. |
| Approximate Time: 10:00 [X] AM [ ] PM | |

INCIDENT CLASSIFICATION:

| | | |
|---|---|---|
| [X] Prison Trip: Driving/Flying | [ ] High Risk Security | [ ] Vagrancy |
| [ ] Escape Attempt | [ ] Contraband | [ ] Hospital Visits |
| [ ] Judicial Security | [ ] Hostage | [ ] Writ Service |
| [ ] Vehicle Accident | [ ] Funeral Detail | [ ] Injunction |
| [ ] Protective Custody | [ ] Assaults | [ ] Eviction |
| [ ] Weapon Confiscations | [ ] Criminal Trespassing | [ ] Extradition |
| [ ] Sheriff Sales: Real/Personal Property | | |
| [ ] Other *(Please specify)* | | |

| PLACE OF OCCURRENCE: INSIDE S-918 VAN AROUND CITY HALL | PA County: Other State: BROAD AND MARKET STREET, PHILADELPHIA |
|---|---|

Complainant: _____  D.O.B. _____

Address: _____  Home Phone: _____

City, State & Zip: _____  Work Number: _____

Employer: _____  Driver's License: _____

Address: _____  City, State & Zip: _____

Suspect/Defendant

(If defendant give case #)  JERMAINE WILLIAMS   D.O.B.  28 JUL 1973

Address:  2317 S. MADISON ST. PHILADELPHIA   Phone:  NONE

Police Photo No.  715138   Prison No.  LH5836 (SCIG)

Others involved:  DEPUTY VICTOR LOPEZ #160 AND DEPUTY JAVIER VALASCO #494

_____

**DETAILS OF OCCURRENCE:** *(State all known facts; Who, What, Where, When, Why and How.)*

ON MONDAY, NOVEMBER 14, 2016 DEPUTIES LOPEZ AND VALASCO WERE TRANSPORTING NINE (9) PRISONERS FROM THE STATE CORRECTIONAL INSTITUTION AT GRATERFORD TO THE JUANITA KIDD STOUT CENTER FOR CRIMINAL JUSTICE, 1301 FILBERT STREET, PHILADELPHIA PA. DEPUTY VALASCO WAS OPERATING THE VEHICLE. WHEN THE VEHICLE WAS TWO BLOCKS FROM THE COURT HOUSE, THE DEPUTIES WERE ALERTED BY OTHER PRISONERS IN THE VEHICLE THAT A PRISONER HAD FALLEN OUT OF HIS WHEELCHAIR. THIS PRISONER WAS IDENTIFIED AS JERMAINE WILLIAMS 715138 LH5836. WILLIAMS WAS SECURELY SEAT-BELTED TO HIS CHAIR AND HIS CHAIR SECURED TO THE FLOOR WITH STRAPS. HE REMOVED HIS SEATBELT AT SOME POINT BETWEEN THE PRISON AND THE COURTHOUSE. I NOTED THAT HE HAD TRAVELED IN THE VEHICLE FOR IN EXCESS OF ONE HOUR AND WAS WITHIN MINUTES OF ARRIVING AT THE JUSTICE CENTER BEFORE TAKING HIMSELF OUT OF THE CHAIR.

LIST OF ALL PRISONERS ON VAN:

BRIAN GRAVES 951545 ME0264
EDWARD FORD 878372 FX1076
ELOISE COLON 844603 HY1457
GREGORY CORDON 821345 LE9655
EARL HOWARD 856537 MQ7652
TERRENCE MITCHELL 962991 LZ0556
LUIS MORALES 948541 JD3650
VELOUR LANE 927218 HM9592
JERMAINE WILLIAMS 715138 LH5836

EMS WAS SUMMONED. MEDIC 40 RESPONDED AND TRANSPORTED WILLIAMS TO HAHNEMANN HOSPITAL AT 1050. DEPUTIES HECTOR COLON #329 AND GRADY CUNNINGHAM ESCORTED.

I APPRAISED CAPTAIN STRICKLAND AT SCI GRATERFORD THAT WILLIAMS HAD BEEN TRANSPORTED TO HAHNEMANN HOSPITAL. HE TOLD ME THAT IN THE EVENT WILLIAMS IS ADMITTED TO THE HOSPITAL, HE WOULD SEND RELIEF OFFICERS TO TAKE OVER THE DETAIL. LATER THAT AFTERNOON, SHERIFF'S LIEUTENANT FALLEN ADVISED HIM THAT WILLIAMS WAS ADMITTED AND OFFICERS FROM GRATERFORD ARRIVED AND ASSUMED CUSTODY OF WILLIAMS AT AROUND 2100 HOURS.

Deputy's Signature: _____   Date: _____

Supervisor's Signature: _____   Date: _____

*Revised December 2000*



OFFICE OF THE SHERIFF
City and County of Philadelphia
100 South Broad Street, 5th Floor
Philadelphia, PA 19110
Phone: 215-686-3530 / Fax: 215-686-3579

# INCIDENT REPORT
Criminal / Civil Divisions

| Date: Nov 14th 2016 | Incident No. 161114529 |
|---|---|
| Officer: DSO V. Lopez | Badge No. #160 |
| Approximate Time: [ ] AM   [ ] PM | |

INCIDENT CLASSIFICATION:

| | | |
|---|---|---|
| ☐ Prison Trip: Driving/Flying | ☐ High Risk Security | ☐ Vagrancy |
| ☐ Escape Attempt | ☐ Contraband | ☐ Hospital Visits |
| ☐ Judicial Security | ☐ Hostage | ☐ Writ Service |
| ☐ Vehicle Accident | ☐ Funeral Detail | ☐ Injunction |
| ☐ Protective Custody | ☐ Assaults | ☐ Eviction |
| ☐ Weapon Confiscations | ☐ Criminal Trespassing | ☐ Extradition |
| ☐ Sheriff Sales: Real/Personal Property | | |
| ☒ Other *(Please specify)* _____ | | |

| PLACE OF OCCURRENCE: City Hall – Juniper St. | PA County: | Other State: |
|---|---|---|

Complainant: _____     D.O.B. _____

Address: _____     Home Phone: _____

City, State & Zip: _____     Work Number: _____

Employer: _____     Driver's License: _____

Address: _____     City, State & Zip: _____

Suspect/Defendant

(If defendant give case #) Jermane Williams D.O.B. _____

Address: _____     Phone: _____

Police Photo No. 715138 / LH5836     Prison No. _____

Others involved: _____

D-3

**DETAILS OF OCCURRENCE:** *(State all known facts; Who, What, Where, When, Why and How.)*

On Nov 14, 2016 At Approximately 10:00AM, while Returning from SCIG Graterford with a total of 9 inmates in a Wheelchair Van #918, to CJC one inmate made us aware the Jermane Williams LH5836 who was sitting on a wheelchair totally strap with sit belt, had fell off the Chair on front of City hall.

Sgt Korpalski was inform.

5518 Van wheelChair: DSO V.Lopez — DSO Velasco

Deputy's Signature: _____   Date: 11/14/16.

Supervisor's Signature: _____   Date: 11/14/16

*Revised December 2000*

D-4



OFFICE OF THE SHERIFF
City and County of Philadelphia
100 South Broad Street, 5th Floor
Philadelphia, PA 19110
Phone: 215-686-3530 / Fax: 215-686-3579

# INCIDENT REPORT
Criminal / Civil Divisions

| Date: 11/14/16 | Incident No. 16 11 1452 9 |
|---|---|
| Officer: OSO. J. Velasco | Badge No. 494 |
| Approximate Time: 10:00 [X] AM [ ] PM | |

INCIDENT CLASSIFICATION:

| | | |
|---|---|---|
| [ ] Prison Trip: Driving/Flying | [ ] High Risk Security | [ ] Vagrancy |
| [ ] Escape Attempt | [ ] Contraband | [ ] Hospital Visits |
| [ ] Judicial Security | [ ] Hostage | [ ] Writ Service |
| [ ] Vehicle Accident | [ ] Funeral Detail | [ ] Injunction |
| [ ] Protective Custody | [ ] Assaults | [ ] Eviction |
| [ ] Weapon Confiscations | [ ] Criminal Trespassing | [ ] Extradition |
| [ ] Sheriff Sales: Real/Personal Property | | |
| [X] Other *(Please specify)* Inmate fell from wheelchair | | |

| PLACE OF OCCURRENCE: Juniper St. | PA County: Philadelphia | Other State: PA |
|---|---|---|

Complainant: _____    D.O.B. _____

Address: _____    Home Phone: _____

City, State & Zip: _____    Work Number: _____

Employer: _____    Driver's License: _____

Address: _____    City, State & Zip: _____

Suspect/Defendant

(If defendant give case #) Jermaine Williams D.O.B. _____

Address: _____    Phone: _____

Police Photo No. 715138 / 245836    Prison No. _____

Others involved: _____
_____

D-5

**DETAILS OF OCCURRENCE:** *(State all known facts; Who, What, Where, When, Why and How.)*

On Nov. 14, 2016. At Approximately 10:00Am; I DSO S. Velasco badge #494 and DSO V. Lopez was assigned to van 5918 Jv. to go and Pick up 9 Prisoners from Sgraterford Institution. While I was driving around the city hall of Philadelphia. Inmates make us aware of inmate J. Williams #L45836 had feit from his wheelchair. Inmate J. Williams was Properly secure an Van 5918 with his seatbelt also; wheelchair was Properly secure to the floor with the assigna equipment. As soonest we were made aware by the others Inmates, DSO V. Lopez Notifred sgt S. Korpalski and Insp. J. Evans. when we arrived to cjc sgt. S. Korpalski called fire rescued.

Deputy's Signature: _____   Date: 11/14/16

Supervisor's Signature: _____   Date: 11/14/16

*Revised December 2000*

D-6

History of prisoners transported in wheelchairs from Jan 1, 2014 through June 28, 2019.  There were three reported incidents involving wheelchair-bound prisoners and two of those resulted in hospital treatment.  All three are included under request number 5.  There were no reported injury to any third party in any of the three reported incidents involving wheelchair-bound prisoners who came out of their wheelchair.

| Date | Facility | Name | PID | Alerts/ Separations | Room |
|------|----------|------|-----|---------------------|------|
| 1/6/2014 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 1/6/2014 | CFCF | EDWARDS, SHAHEED | 1050331 | WHEELCHAIR | |
| 2/10/2014 | CFCF | SMITH, DARRELL | 537440 | WHEELCHAIR | |
| 2/10/2014 | CFCF | DAVIS, MALCOLM | 406889 | WHEELCHAIR | |
| 2/10/2014 | PHSW | PERRY, REGINALD | 449276 | WHEELCHAIR | |
| 2/18/2014 | PHSW | TERRY, JOHNSON | 612275 | WHEELCHAIR | |
| 2/20/2014 | PHSW | ROSE, MICHAEL | 473436 | WHEELCHAIR | |
| 2/27/2014 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 3/4/2014 | CFCF | TORRES, RAYMOND | 916412 | WHEELCHAIR | |
| 3/5/2014 | CFCF | TOWNES, BAYOCK | 697677 | WHEELCHAIR | |
| 3/5/2014 | CFCF | BELLMON, RASHE | 907992 | WHEELCHAIR | |
| 3/6/2014 | PHS | ESTOREL, PERFECTO | 584972 | WHEELCHAIR | |
| 3/10/2014 | PHS | RIVERA, ANTHONY | 1040081 | WHEELCHAIR | |
| 3/11/2014 | CFCF | BULLS, FRANK | 945341 | WHEELCHAIR | |
| 3/12/2014 | SCIG | STRAUSS, JAY | 643358 | WHEELCHAIR | |
| 3/13/2014 | CFCF | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 3/13/2014 | PHSW | ESTOREL, PERFECTO | 584972 | WHEELCHAIR | |
| 3/13/2014 | PHSW | PERRY, RIGINALD | 449276 | WHEELCHAIR | |
| 3/18/2014 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 3/24/2014 | CFCF | BULLS, FRANK | 945341 | WHEELCHAIR | |

EXHIBIT 5

| 3/24/2014 | CFCF | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 3/24/2014 | CFCF | DEAN, KENCIL | 1017359 | WHEELCHAIR | |
| 3/24/2014 | CFCF | DURHAM, RAKYN | 1014840 | WHEELCHAIR | |
| 3/25/2014 | CFCF | ORTIZ, RAYMOND | 1146350 | WHEELCHAIR | |
| 3/26/2014 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 3/27/2014 | CFCF | DEAN, KENCIL | 1017359 | WHEELCHAIR | |
| 3/31/2014 | CFCF | TOREES, RAYMOND | 916412 | WHEELCHAIR | |
| 4/2/2014 | PHSW | JOHNSON, TERRY | 612275 | WHEELCHAIR | |
| 4/3/2014 | CFCF | DEAN, KENCIL | 1017359 | WHEELCHAIR | |
| 4/3/2014 | CFCF | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 4/4/2014 | CFCF | CARLYLE, TYREES | 958088 | WHEELCHAIR | |
| 4/7/2014 | CFCF | MASSENBURG, ANDRE | 719414 | WHEELCHAIR | |
| 4/7/2014 | CFCF | GIAMBALVO, MICHAEL | 1140971 | WHEELCHAIR | |
| 4/10/2014 | CFCF | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 4/15/2014 | CFCF | DEAN, KENCIL | 1017359 | WHEELCHAIR | |
| 4/17/2014 | CFCF | DURHAM, RAKYN | 1014840 | WHEELCHAIR | |
| 4/21/2014 | PHS | ALAMIA, FRANK | 605196 | WHEELCHAIR | |
| 4/22/2014 | CFCF | PASKELL, SYLVESTER | 705585 | WHEELCHAIR | |
| 4/23/2014 | PHS | THOMAS, TEVIN | 1126388 | WHEELCHAIR | |
| 4/23/2014 | CFCF | LEWIS, MARK | 680876 | WHEELCHAIR | |
| 4/24/2014 | PHS | HARLGEGEN, LOUIS | 447158 | WHEELCHAIR | |
| 4/24/2014 | CFCF | MORENO, JAVIER | 739882 | WHEELCHAIR | |
| 4/30/2014 | CFCF | ROSE, MICHAEL | 473436 | WHEELCHAIR | |
| 5/2/2014 | CFCF | ORTIZ, RAYMOND | 1146350 | WHEELCHAIR | |
| 5/5/2014 | SCIG | JOHNSON, JEROME | 845246 | WHEELCHAIR | |
| 5/5/2014 | CFCF | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 5/6/2014 | CFCF | DURHAM, RAKYON | 1014840 | WHEELCHAIR | |
| 5/8/2014 | PHSW | CHAE, BOHDEN | 1123332 | WHEELCHAIR | |
| 5/12/2014 | PHSW | CHAE, BOHDON | 1123332 | WHEELCHAIR | |
| 5/13/2014 | PHSW | CHAE, BOHDAN | 1123332 | WHEELCHAIR | |
| 5/14/2014 | RCF | WASNICK, JENNIFER | 831037 | WHEELCHAIR | |
| 5/14/2014 | PHSW | CHAE, BOHDEN | 1123332 | WHEELCHAIR | |
| 5/14/2014 | CFCF | EDWARDS, SHAHEED | 1050331 | WHEELCHAIR | |
| 5/15/2014 | CFCF | FRANCIS, JAGGER | 899502 | WHEELCHAIR | |

| 5/15/2014 | PHSW | CHAE, BOHDEN | 1123332 | WHEELCHAIR | |
|-----------|------|--------------|---------|------------|--|
| 5/16/2014 | PHSW | CHAE, BOHDEN | 1123332 | WHEELCHAIR | |
| 5/19/2014 | PHSW | CHAE, BOHDEN | 1123332 | WHEELCHAIR | |
| 5/21/2014 | CFCF | LABELLE, VINCENT | 970447 | WHEELCHAIR | |
| 5/23/2014 | CFCF | ALICEA, HECTOR | 862085 | WHEELCHAIR | |
| 5/30/2014 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 6/11/2014 | RCF | WASNICK, JENNIFER | 831037 | WHEELCHAIR | |
| 6/12/2014 | CFCF | LYNN, EDWARD | 986152 | WHEELCHAIR | |
| 6/18/2014 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 6/19/2014 | CFCF | DURHAM, RAKYN | 1014840 | WHEELCHAIR | |
| 6/19/2014 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 6/24/2014 | SCIG | PASKEL, SYLVESTER | 705585 | WHEELCHAIR | |
| 6/25/2014 | PHSW | JOHNSON, RICARDO | 477127 | WHEELCHAIR | |
| 6/27/2014 | PHSW | BROWN, TERRENCE | 717311 | WHEELCHAIR | |
| 7/7/2014 | PHSW | BROWN, DEMETRIOUS | 1120441 | WHEELCHAIR | |
| 7/8/2014 | CFCF | MARTINEZ, CARLOS | 740577 | WHEELCHAIR | |
| 7/10/2014 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 7/10/2014 | PHSW | THOMPSON, KAREEM | 969112 | WHEELCHAIR | |
| 7/11/2014 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 7/14/2014 | CFCF | MARTINEZ, CARLOS | 740577 | WHEELCHAIR | |
| 7/15/2014 | CFCF | MARTINEZ, CARLOS | 740577 | WHEELCHAIR | |
| 7/16/2014 | RCF | WASNICK, JENNIFER | 831037 | WHEELCHAIR | |
| 7/17/2014 | CFCF | JOHNSON, JEROME | 845246 | WHEELCHAIR | |
| 7/17/2014 | CFCF | ARMISTEAD, TAFIQ | 1068559 | WHEELCHAIR | |
| 7/21/2014 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 7/22/2014 | CFCF | ARMSTEAD, TAFIQ | 1068559 | WHEELCHAIR | |
| 7/25/2014 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 7/28/2014 | CFCF | ARROYO, RICHARDO | 1133050 | WHEELCHAIR | |
| 7/29/2014 | PHSW | BROWN, DEMETIOUS | 1120441 | WHEELCHAIR | |
| 7/31/2014 | PHSW | JOHSNON, JEROME | 845246 | WHEELCHAIR | |
| 7/31/2014 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 7/31/2014 | CFCF | ARMSTEAD, TAFIQ | 1068559 | WHEELCHAIR | |
| 7/31/2014 | PHSW | DURHAM, REKYM | 1014840 | WHEELCHAIR | |
| 7/31/2014 | CFCF | BROWN, JAMES | 307377 | WHEELCHAIR | |

| 8/7/2014 | PHSW | PORTERFIELD, GREGORY | 574475 | WHEELCHAIR | |
|---|---|---|---|---|---|
| 8/7/2014 | PHSW | THOMPSON, KAREEM | 969112 | WHEELCHAIR | |
| 8/11/2014 | CFCF | ARMSTEAD, TAFIQ | 1068559 | WHEELCHAIR | |
| 8/18/2014 | CFCF | ARMSTEAD, TAFIQ | 14068559 | WHEELCHAIR | |
| 8/19/2014 | PHSW | JOHNSON, JEROME | 845246 | WHEELCHAIR | |
| 9/2/2014 | SCIG | WILLIAMS, JERMAIN | 715138 | WHEELCHAIR | |
| 9/11/2014 | PHSW | BEY, MAIR | 1125221 | WHEELCHAIR | |
| 9/11/2014 | CFCF | MEITR, ALI | 1093213 | WHEELCHAIR | |
| 9/12/2014 | CFCF | EDWARDS, SHAHEED | 1050331 | WHEELCHAIR | |
| 9/12/2014 | CFCF | JOHNSON, TERRY | 612275 | WHEELCHAIR | |
| 9/15/2014 | CFCF | SCRUGGS, NAIAM | 974145 | WHEELCHAIR | |
| 9/15/2014 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 9/24/2014 | PHSW | PORTERFIELD, GREGORY | 574475 | WHEELCHAIR | |
| 9/25/2014 | PHSW | PORTERFIELD, GREGORY | 574475 | WHEELCHAIR | |
| 9/25/2014 | CFCF | ARMSTEAD, TARIQ | 1068559 | WHEELCHAIR | |
| 9/25/2014 | CFCF | BELL, ANTHONY | 832352 | WHEELCHAIR | |
| 9/26/2014 | PHSW | CHRISTIAN, ALBERT | 1026777 | WHEELCHAIR | |
| 9/26/2014 | CFCF | MEITE, ALI | 1093213 | WHEELCHAIR | |
| 9/30/2014 | PHSW | PORTERFIELD, GREGORY | 574475 | WHEELCHAIR | |
| 9/30/2014 | CFCF | PATTERSON, RASHEED | 918761 | WHEELCHAIR | |
| 10/7/2014 | PHSW | HARPER, DESMOND | 828139 | WHEELCHAIR | |
| 10/10/2014 | CFCF | SCRUGGS, AMIEM | 974145 | WHEELCHAIR | |
| 10/14/2014 | PHSW | PORTERFIELD, GREGORY | 574475 | WHEELCHAIR | |
| 10/15/2014 | PHSE | ROZIER, KORD | 986709 | WHEELCHAIR | |
| 10/15/2014 | CFCF | SCRUGGS, NAIAM | 974145 | WHEELCHAIR | |
| 10/15/2014 | CFCF | PATTERSON, RASHEED | 918761 | WHEELCHAIR | |
| 10/15/2014 | RCF | WASNICK, JENNIFER | 831037 | WHEELCHAIR | |
| 10/16/2014 | PHSW | ARMSTEAD, TAFIQ | 1068559 | WHEELCHAIR | |
| 10/16/2014 | PHSW | THOMAS, KHALIF | 1006364 | WHEELCHAIR | |
| 10/20/2014 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 10/20/2014 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 10/24/2014 | CFCF | KHALIF, THOMAS | 1006364 | WHEELCHAIR | |
| 10/24/2014 | CFCF | MEILE, ALI | 1409213 | WHEELCHAIR | |
| 10/27/2014 | CFCF | SCRUGGS, NAIEM | 974145 | WHEELCHAIR | |

| 10/27/2014 | PHSW | HARPER, DESMOND | 828139 | WHEELCHAIR | |
| 10/27/2014 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 10/27/2014 | PHSW | DURHAM, RAKYM | 1014840 | WHEELCHAIR | |
| 10/28/2014 | PHSW | WOLF, PHILLIP | 814664 | WHEELCHAIR | |
| 10/31/2014 | CFCF | LEWIS, MICHAEL | 940026 | WHEELCHAIR | |
| 11/7/2014 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 11/12/2014 | SCIG | LEWIS, JOHN | 798705 | WHEELCHAIR | |
| 11/13/2014 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 11/13/2014 | PHSW | BEBEE, ISAIAH | 1064846 | WHEELCHAIR | |
| 11/13/2014 | SCIG | PARKER, STEVEN | 1006373 | WHEELCHAIR | |
| 11/17/2014 | CFCF | FLOOD, PATRICK | 803016 | WHEELCHAIR | |
| 11/17/2014 | CFCF | HUDSON, KIRK | 1153252 | WHEELCHAIR | |
| 11/17/2014 | PHSW | ARMSTEAD, TAFIQ | 1068559 | WHEELCHAIR | |
| 11/19/2014 | CFCF | FLOOD, PATRICK | 903016 | WHEELCHAIR | |
| 11/19/2014 | CFCF | PATTERSON, RASHEED | 918761 | WHEELCHAIR | |
| 11/20/2014 | CFCF | BELL, ANTHONY | 832352 | WHEELCHAIR | |
| 11/24/2014 | CFCF | HANCOCK, DEREK | 436666 | WHEELCHAIR | |
| 11/24/2014 | CFCF | HUDSON, KIRK | 1153525 | WHEELCHAIR | |
| 12/1/2014 | PHSW | MINIO, MICHAEL | 484108 | WHEELCHAIR | |
| 12/1/2014 | CFCF | HARRIS, JEWELL | 794177 | WHEELCHAIR | |
| 12/1/2014 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 12/1/2014 | CFCF | FLOOD, PATRICK | 903016 | WHEELCHAIR | |
| 12/3/2014 | CFCF | PORTERFIELD, GREGORY | 574475 | WHEELCHAIR | |
| 12/9/2014 | PHSW | WOLF, PHILLIP | 814664 | WHEELCHAIR | |
| 12/11/2014 | CFCF | SMITH, HENRY | 441584 | WHEELCHAIR | |
| 12/12/2014 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 12/16/2014 | CFCF | LEWIS, MICHAEL | 940026 | WHEELCHAIR | |
| 12/16/2014 | CFCF | PORTERFIELD, GREGORY | 574475 | WHEELCHAIR | |
| 12/19/2014 | PHSW | MAYFIELD, LAWRENCE | 1014676 | WHEELCHAIR | |
| 12/19/2014 | CFCF | COLLINS, KENNETH | 678820 | WHEELCHAIR | |
| 12/19/2014 | CFCF | KING, DONALD | 430094 | WHEELCHAIR | |
| 12/31/2014 | CFCF | TOWNES, BAYOCK | 697677 | WHEELCHAIR | |
| 1/5/2015 | CFCF | COLLINS, KENNETH | 678820 | WHEELCHAIR | |
| 1/7/2015 | PHSW | PARKER, FLOYD | 799658 | WHEELCHAIR | |

| 1/7/2015 | RCF | WILLIAMS, ASIA | 884010 | WHEELCHAIR | |
|----------|------|----------------|--------|------------|---|
| 1/8/2015 | CFCF | FAVACCHIO, MICHAEL | 951296 | WHEELCHAIR | |
| 1/8/2015 | CFCF | MEILE, ALI | 1093213 | WHEELCHAIR | |
| 1/12/2015 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 1/13/2015 | PHSW | SMITH, JAMES | 687771 | WHEELCHAIR | |
| 1/15/2015 | CFCF | WHITE, BRUCE | 860151 | WHEELCHAIR | |
| 1/15/2015 | CFCF | KONCE, STEPHEN | 887194 | WHEELCHAIR | |
| 1/20/2015 | SCIG | WILLIAMS, JERMAINE | 715138 | WHEELCHAIR | |
| 1/22/2015 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 1/22/2015 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 1/23/2015 | CFCF | BROWER, PHILLIP | 682126 | WHEELCHAIR | |
| 1/26/2015 | SCIG | PARKER, STEVEN | 1006373 | WHEELCHAIR | |
| 1/26/2015 | PHSW | ARMSTEAD, TAFIQ | 1068559 | WHEELCHAIR | |
| 1/30/2015 | SCIG | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 1/30/2015 | CFCF | WILLIAMS, ALEX | 706735 | WHEELCHAIR | |
| 2/2/2015 | PHSW | SMITH, JAMES | 687771 | WHEELCHAIR | |
| 2/2/2015 | CFCF | ORTIZ, RAYMOND | 1146350 | WHEELCHAIR | |
| 2/3/2015 | SCIG | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 2/3/2015 | PHSW | DURHAM, RAKYM | 1014840 | WHEELCHAIR | |
| 2/11/2015 | PHSW | JOHNSON, JEROME | 845246 | WHEELCHAIR | |
| 2/13/2015 | PHSW | VALDEZ, ALAJANDRO | 852019 | WHEELCHAIR | |
| 2/13/2015 | PHSW | STEWART, PAUL | 421171 | WHEELCHAIR | |
| 2/20/2015 | CFCF | FAVACCHIO, MICHAEL | 620063 | WHEELCHAIR | |
| 2/20/2015 | CFCF | HODGES, WESLEY | 392518 | WHEELCHAIR | |
| 2/27/2015 | PHSW | SMITH, JAMES | 687771 | WHEELCHAIR | |
| 3/2/2015 | CFCF | WILLIAMS, ALEX | 706735 | WHEELCHAIR | |
| 3/9/2015 | SCIG | LEWIS, JOHN | 798705 | WHEELCHAIR | |
| 3/9/2015 | CFCF | THINNA, JEROME | 579898 | WHEELCHAIR | |
| 3/10/2015 | CFCF | KONCE, STEPHAN | 887194 | WHEELCHAIR | |
| 3/10/2015 | CFCF | SMITH, HENRY | 441584 | WHEELCHAIR | |
| 3/11/2015 | CFCF | SMITH, HENRY | 441584 | WHEELCHAIR | |
| 3/12/2015 | CFCF | SMITH, HENRY | 441584 | WHEELCHAIR | |
| 3/12/2015 | CFCF | RAMOS, LEWIS | 609323 | WHEELCHAIR | |
| 3/12/2015 | PHSW | DAVIS, TALIYA | 1134320 | WHEELCHAIR | |

| 3/12/2015 | PHSW | SMITH, JMES | 687771 | WHEELCHAIR | |
|-----------|------|-------------|--------|------------|---|
| 3/12/2015 | CFCF | BROWER, PHILLIP | 682126 | WHEELCHAIR | |
| 3/13/2015 | CFCF | FREEMAN, TAI | 931176 | WHEELCHAIR | |
| 3/16/2015 | SCIG | HUDSON, KIRK | 1153525 | WHEELCHAIR | |
| 3/16/2015 | PHSW | DAVIS, TALIYA | 1134320 | WHEELCHAIR | |
| 3/16/2015 | CFCF | VAZQUEZ, JOEZIEL | 1128653 | WHEELCHAIR | |
| 3/17/2015 | PHSW | IGESS, ANTHONY | 1028062 | WHEELCHAIR | |
| 3/17/2015 | CFCF | MOONEY, MICHAEL | 784851 | WHEELCHAIR | |
| 3/17/2015 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 3/18/2015 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 3/18/2015 | CFCF | JOHNSON, LEON | 642451 | WHEELCHAIR | |
| 3/19/2015 | CFCF | LABOY, RAFAEL | 1138771 | WHEELCHAIR | |
| 3/19/2015 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 3/19/2015 | CFCF | BELL, ANTHONY | 832352 | WHEELCHAIR | |
| 3/20/2015 | CFCF | ARROYO, LEONARDO | 100077 | WHEELCHAIR | |
| 3/20/2015 | CFCF | FREEMAN, TAI | 931176 | WHEELCHAIR | |
| 3/23/2015 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 3/23/2015 | PHSW | HAMPTON, JEMIL | 745488 | WHEELCHAIR | |
| 3/24/2015 | SCIG | LEWIS, JOHN | 798705 | WHEELCHAIR | |
| 3/26/2015 | CFCF | SWAIN, GEORGE | 1121673 | WHEELCHAIR | |
| 3/30/2015 | CFCF | JOHNSON, KARIEM | 835869 | WHEELCHAIR | |
| 4/2/2015 | PHSW | MOOD, DARRYL | 572606 | WHEELCHAIR | |
| 4/2/2015 | PHSW | MINIO, MICHAEL | 484108 | WHEELCHAIR | |
| 4/6/2015 | PHSW | WHITE, BRUCE | 660151 | WHEELCHAIR | |
| 4/7/2015 | PHSW | MINIO, MICHAEL | 484108 | WHEELCHAIR | |
| 4/7/2015 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 4/7/2015 | CFCF | JOHNSON, KAREEM | 835869 | WHEELCHAIR | |
| 4/8/2015 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 4/8/2015 | CFCF | FAVACCHIO, MICHAEL | 951296 | WHEELCHAIR | |
| 4/10/2015 | SCIG | MEDINA, PEDRO | 577570 | WHEELCHAIR | |
| 4/13/2015 | SCIG | HUNT, TIMOTHY | 966544 | WHEELCHAIR | |
| 4/13/2015 | CFCF | JOHNSON, TERRY | 612275 | WHEELCHAIR | |
| 4/14/2015 | CFCF | FAVACCHIO, MICHAEL | 951296 | WHEELCHAIR | |
| 4/14/2015 | CFCF | CORRY, ROBGERT | 944060 | WHEELCHAIR | |

| 4/17/2015 | SCIG | HUNT, TIMOTHY | 966544 | WHEELCHAIR | |
| 4/17/2015 | CFCF | HIPPS, CARLTON | 912348 | WHEELCHAIR | |
| 4/22/2015 | CFCF | JOHNSON, LEON | 642451 | WHEELCHAIR | |
| 4/23/2015 | CFCF | JOHNSON, RYAN | 1095411 | WHEELCHAIR | |
| 4/28/2015 | PHSW | PEDEN, ANDREW | 825584 | WHEELCHAIR | |
| 4/29/2015 | PHSW | SMITH, JAMES | 887771 | WHEELCHAIR | |
| 5/1/2015 | CFCF | RAMOS, LOUIS | 609323 | WHEELCHAIR | |
| 5/6/2015 | PHSW | SCOTT, BRUCE | 422437 | WHEELCHAIR | |
| 5/7/2015 | CFCF | BROWER, PHILLIP | 672126 | WHEELCHAIR | |
| 5/7/2015 | PHSW | WHITE, BRUCE | 660151 | WHEELCHAIR | |
| 5/15/2015 | PHSW | PAGAG, JORGE | 632173 | WHEELCHAIR | |
| 5/18/2015 | PHSW | MATTHEWS, JAMAR | 929041 | WHEELCHAIR | |
| 5/26/2015 | PHSW | ROBERS, EDNICK | 627351 | WHEELCHAIR | |
| 5/26/2015 | PHSW | MATTHEWS, JAMAR | 929041 | WHEELCHAIR | |
| 5/27/2015 | CFCF | ARROYO, LEONARDO | 600077 | WHEELCHAIR | |
| 5/27/2015 | CFCF | SMITH, HENRY | 441584 | WHEELCHAIR | |
| 5/28/2015 | CFCF | VILLAFANDO, MICHAEL | 1156855 | WHEELCHAIR | |
| 6/2/2015 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 6/4/2015 | CFCF | PAGAN, JORGE | 632173 | WHEELCHAIR | |
| 6/5/2015 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 6/11/2015 | CFCF | HUDSON, KIRK | 1153525 | WHEELCHAIR | |
| 6/11/2015 | CFCF | MARTINEZ, MILTON | 1083352 | WHEELCHAIR | |
| 6/16/2015 | CFCF | BROWER, HARVEY | 382126 | WHEELCHAIR | |
| 6/17/2015 | CFCF | JOHNSON, JEROME | 874526 | WHEELCHAIR | |
| 6/18/2015 | PHSW | MATTHEWS, JAMAR | 929041 | WHEELCHAIR | |
| 6/18/2015 | PHSW | CARDAMONE, GARY | 1005854 | WHEELCHAIR | |
| 6/19/2015 | PHSW | CARDAMONE, GARY | 1005854 | WHEELCHAIR | |
| 6/22/2015 | CFCF | JOHNSON, LEON | 542451 | WHEELCHAIR | |
| 6/23/2015 | PHSW | LOPEZ, JOEL | 1057640 | WHEELCHAIR | |
| 6/23/2015 | CFCF | MARTINEZ, MILTON | 1083352 | WHEELCHAIR | |
| 6/24/2015 | CFCF | MASON, BERNARD | 515010 | WHEELCHAIR | |
| 6/24/2015 | PHSW | SMITH, JAMES | 687771 | WHEELCHAIR | |
| 6/25/2015 | CFCF | EDWARDS, SHAHEED | 1050331 | WHEELCHAIR | |
| 6/26/2015 | PHSW | MATTHEWS, LUIS | 929041 | WHEELCHAIR | |

| 6/26/2015 | CFCF | MASON, BERNARD | 515010 | WHEELCHAIR | |
| 6/29/2015 | CFCF | BROWN, JAMES | 307377 | WHEELCHAIR | |
| 6/30/2015 | CFCF | BROWN, JAMES | 307377 | WHEELCHAIR | |
| 7/1/2015 | CFCF | BROWN, JAMES | 307377 | WHEELCHAIR | |
| 7/1/2015 | CFCF | LABOY, RAFAEL | 1138771 | WHEELCHAIR | |
| 7/2/2015 | CFCF | BROWN, JAMES | 307377 | WHEELCHAIR | |
| 7/2/2015 | PHSW | CARRASQUILLO, MANUEL | 881187 | WHEELCHAIR | |
| 7/6/2015 | CFCF | BROWN, JAMES | 307377 | WHEELCHAIR | |
| 7/6/2015 | PHSW | HOOD, DARRYL | 572606 | WHEELCHAIR | |
| 7/14/2015 | CFCF | SCOTT, BRUCE | 422437 | WHEELCHAIR | |
| 7/20/2015 | PHSW | THRONES, NEISER | 1030496 | WHEELCHAIR | |
| 7/20/2015 | PHSW | ZENUBI, ALEXANDER | 712290 | WHEELCHAIR | |
| 7/22/2015 | CFCF | JOHNSON, JEROME | 845246 | WHEELCHAIR | |
| 7/23/2015 | CFCF | DORSEY, DAVID | 648379 | WHEELCHAIR | |
| 7/27/2015 | PHSW | BEY, AMIR | 1125221 | WHEELCHAIR | |
| 7/27/2015 | CFCF | BROWER, PHILLIP | 682126 | WHEELCHAIR | |
| 7/28/2015 | SCIG | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 7/30/2015 | SCIG | HUNT, TIMOTHY | 966544 | WHEELCHAIR | |
| 7/30/2015 | CFCF | SCOTT, CRUCE | 422437 | WHEELCHAIR | |
| 7/30/2015 | CFCF | RAMOS, LOUIS | 609323 | WHEELCHAIR | |
| 7/31/2015 | CFCF | CRUMP, TERELL | 985842 | WHEELCHAIR | |
| 8/3/2015 | CFCF | MARTIN, LILTON | 966043 | WHEELCHAIR | |
| 8/6/2015 | PHSW | WOODS, THEOTIS | 464934 | WHEELCHAIR | |
| 8/7/2015 | SCIG | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 8/12/2015 | PHSW | THRONES, NEISER | 1030496 | WHEELCHAIR | |
| 8/17/2015 | PHSW | LEWIS, QUNCY | 846146 | WHEELCHAIR | |
| 8/18/2015 | CFCF | FREEMAN, JACOB | 782324 | WHEELCHAIR | |
| 8/18/2015 | CFCF | SCOTT, BRUCE | 422437 | WHEELCHAIR | |
| 8/20/2015 | CFCF | HARRIS, JAMES | 835125 | WHEELCHAIR | |
| 8/20/2015 | CFCF | JOHNSON, LEON | 642451 | WHEELCHAIR | |
| 8/21/2015 | CFCF | EDWARDS, SHAHEED | 1050331 | WHEELCHAIR | |
| 8/21/2015 | CFCF | POWELL, GREGORY | 543507 | WHEELCHAIR | |
| 8/24/2015 | CFCF | HUGHES, EARL | 9984266 | WHEELCHAIR | |
| 8/25/2015 | PHSW | VOGEL, THOMAS | 949935 | WHEELCHAIR | |

| 8/25/2015 | CFCF | HUGHES, EARL | 9984266 | WHEELCHAIR | |
|---|---|---|---|---|---|
| 8/25/2015 | CFCF | JOHNSON, JEROME | 845246 | WHEELCHAIR | |
| 8/25/2015 | CFCF | DORSEY, DAVID | 648279 | WHEELCHAIR | |
| 8/26/2015 | CFCF | MARTIN, LILTON | 966043 | WHEELCHAIR | |
| 8/28/2015 | CFCF | CRUMP, TERRELL | 985842 | WHEELCHAIR | |
| 9/2/2015 | CFCF | MARTIN, LILTON | 966043 | WHEELCHAIR | |
| 9/3/2015 | CFCF | MARTINEZ, MILTON | 1083352 | WHEELCHAIR | |
| 9/4/2015 | CFCF | HODGES, WESLEY | 392518 | WHEELCHAIR | |
| 9/8/2015 | CFCF | BROWER, PHILLIP | 682126 | WHEELCHAIR | |
| 9/15/2015 | CFCF | SEABURY, EARL | 905034 | WHEELCHAIR | |
| 9/16/2015 | PHSW | ROS, JOHN | 710537 | WHEELCHAIR | |
| 9/16/2015 | CFCF | LOZADA, ANGEL | 1166763 | WHEELCHAIR | |
| 9/21/2015 | PHSW | DARRISAW, KARK | 779324 | WHEELCHAIR | |
| 9/21/2015 | PHSW | ROSS, JOHN | 710537 | WHEELCHAIR | |
| 9/29/2015 | SCIG | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 9/29/2015 | CFCF | LOZADA, ANGEL | 1166763 | WHEELCHAIR | |
| 9/29/2015 | SCIG | HUDSON, KIRK | 1153525 | WHEELCHAIR | |
| 10/2/2015 | PHSW | HOOD, DARRYL | 572606 | WHEELCHAIR | |
| 10/6/2015 | CFCF | SCOTT, BRUCE | 422437 | WHEELCHAIR | |
| 10/9/2015 | CFCF | LOZADA, ANGEL | 1166763 | WHEELCHAIR | |
| 10/13/2015 | PHSW | DARRISAW, KARL | 779324 | WHEELCHAIR | |
| 10/14/2015 | CFCF | LOZADA, ANGEL | 1166763 | WHEELCHAIR | |
| 10/16/2015 | PHSW | CHRISTOPHER, TYLIEF | 958537 | WHEELCHAIR | |
| 10/19/2015 | CFCF | FERRO, BRIAN | 1027553 | WHEELCHAIR | |
| 10/19/2015 | CFCF | HENRIQUEZ, ROY | 1083578 | WHEELCHAIR | |
| 10/22/2015 | CFCF | HENNRIQUEZ, ROY | 1083578 | WHEELCHAIR | |
| 10/22/2015 | CFCF | LOZADA, ANGEL | 1166763 | WHEELCHAIR | |
| 10/26/2015 | CFCF | CHRISTOPHER, TYLIEF | 958537 | WHEELCHAIR | |
| 10/27/2015 | CFCF | LOZADA, ANGEL | 1166763 | WHEELCHAIR | |
| 11/3/2015 | CFCF | CASSEL, YCHAL | 878736 | WHEELCHAIR | |
| 11/4/2015 | CFCF | WALKER, LIONEL | 865457 | WHEELCHAIR | |
| 11/5/2015 | CFCF | WESTON, PAUL | 518453 | WHEELCHAIR | |
| 11/5/2015 | CFCF | BRUMP, TERRELL | 985842 | WHEELCHAIR | |
| 11/9/2015 | PHSW | CHRISTOPHER, TYLEIF | 958537 | WHEELCHAIR | |

| 11/10/2015 | CFCF | MARTIN, LILTON | 966043 | WHEELCHAIR | |
|------------|------|----------------|--------|------------|--|
| 11/13/2015 | PHWS | MCCULLOUGH, WILLIE | 343977 | WHEELCHAIR | |
| 11/13/2015 | CFCF | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 11/13/2015 | CFCF | CAMPBELL, JOHN | 718951 | WHEELCHAIR | |
| 11/16/2015 | SCIG | PARKER, STEVEN | 1006373 | WHEELCHAIR | |
| 11/17/2015 | CFCF | JAMES, DAVID | 693525 | WHEELCHAIR | |
| 11/17/2015 | CFCF | MARTINEZ, MILTON | 1083352 | WHEELCHAIR | |
| 11/17/2015 | CFCF | CLAY, LYNDEN | 955181 | WHEELCHAIR | |
| 11/20/2015 | CFCF | BAUR, BRIAN | 950231 | WHEELCHAIR | |
| 11/23/2015 | CFCF | MARTINEZ, MILTON | 1083352 | WHEELCHAIR | |
| 11/23/2015 | SCIG | JONES, MARK | 766046 | WHEELCHAIR | |
| 11/23/2015 | SCIG | LEWIS, OHN | 798704 | WHEELCHAIR | |
| 11/24/2015 | CFCF | MCCULLKIN, WILLIAM | 1169681 | WHEELCHAIR | |
| 11/24/2015 | CFCF | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 11/24/2015 | CFCF | PARKER, STEVEN | 1006373 | WHEELCHAIR | |
| 11/24/2015 | CFCF | SCOTT, BRUCE | 422437 | WHEELCHAIR | |
| 11/30/2015 | PHSW | JAMES, DOALD | 356675 | WHEELCHAIR | |
| 11/30/2015 | CFCF | FARRO, BRIAN | 1027553 | WHEELCHAIR | |
| 12/1/2015 | CFCF | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 12/1/2015 | CFCF | PARKER, STEVEN | 1006373 | WHEELCHAIR | |
| 12/2/2015 | CFCF | LOZADA, ANGEL | 1166763 | WHEELCHAIR | |
| 12/3/2015 | PHSW | CHEESEBORO, ANTHONY | 737403 | WHEELCHAIR | |
| 12/3/2015 | CFCF | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 12/7/2015 | SCIG | WYNN, MICHAEL | 863746 | WHEELCHAIR | |
| 12/9/2015 | CFCF | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | |
| 12/9/2015 | PHSW | CHRISTOPHER, TYLIEF | 958537 | WHEELCHAIR | |
| 12/11/2015 | CFCF | TITNAO, MARKO | 685136 | WHEELCHAIR | |
| 12/14/2015 | CFCF | BAUR, BRIAN | 950231 | WHEELCHAIR | |
| 12/14/2015 | CFCF | LINDSEY, WILLIAM | 1136915 | WHEELCHAIR | |
| 12/15/2015 | SCIG | LEWIS, JOHN | 798705 | WHEELCHAIR | |
| 12/15/2015 | CFCF | DEVINE, BRIAN | 1141064 | WHEELCHAIR | |
| 12/16/2015 | CFCF | LEWIS, JOHN | 798705 | WHEELCHAIR | |
| 12/16/2015 | SCIG | HUDSON, KIRK | 1153525 | WHEELCHAIR | |
| 12/17/2015 | CFCF | LEWIS, JOHN | 798705 | WHEELCHAIR | |

| | | | | | |
|---|---|---|---|---|---|
| 12/18/2015 | CFCF | LEWIS, JOHN | 798705 | WHEELCHAIR | |
| 12/18/2015 | CFCF | DORSEY, DAVID | 548379 | WHEELCHAIR | |
| 12/18/2015 | CFCF | DEVINE, BRIAN | 1141064 | WHEELCHAIR | |
| 12/21/2015 | PHSW | JAMES, DONALD | 356675 | WHEELCHAIR | |
| 12/21/2015 | CFCF | WESTON, PAUL | 518453 | WHEELCHAIR | |
| 12/22/2015 | PHSW | CHARLESTOWN, WAYNE | 953997 | WHEELCHAIR | |
| 1/4/2016 | CFCF | Johnson, Terry | 612275 | WHEELCHAIR | 708 |
| 1/5/2016 | CFCF | Curry, Robert | 744060 | WHEELCHAIR | 705 |
| 1/6/2016 | SCIG | Williams, Jermaine | 715138 | Wheelchair | 908 |
| 1/7/2016 | PHSW(M) | Darrisaw, Karl | 779324 | WHEELCHAIR | 705 |
| 1/8/2016 | SCIG | Williams, Jermaine | 715138 | Wheelchair | 908 |
| 1/14/2016 | CFCF | HENRIQUEZ, ROY | 1083578 | WHEELCHAIR | 60 |
| 1/14/2016 | CFCF | Scott, Bruce James | 422437 | WHEELCHAIR | 701 |
| 1/21/2016 | PHSW(M) | Bey, Amir | 1125221 | WHEELCHAIR | 60 |
| 1/25/2016 | CFCF | Baur, Brian D. | 950231 | WHEELCHAIR | 607 |
| 1/26/2016 | CFCF | Baur, Brian D. | 950231 | WHEELCHAIR | 607 |
| 1/26/2016 | PHSW(M) | House, Joseph | 580531 | WHEELCHAIR | 306 |
| 1/27/2016 | CFCF | Baur, Brian D. | 950231 | WHEELCHAIR | 607 |
| 1/27/2016 | PHSW(M) | Frames, Acte | 1117968 | WHEELCHAIR | 906 |
| 1/27/2016 | PHSW(M) | MATTHEWS, BYRON | 579698 | WHEELCHAIR | 1005 |
| 1/28/2016 | CFCF | Baur, Brian D. | 950231 | WHEELCHAIR | 607 |
| 1/28/2016 | PHSW(M) | Smith, James Michael | 687771 | WHEELCHAIR | 705 |
| 1/29/2016 | CFCF | Baur, Brian D. | 950231 | WHEELCHAIR | 607 |
| 1/29/2016 | CFCF | Hodges, Wesley | 392518 | WHEELCHAIR | 802 |
| 2/1/2016 | CFCF | Brinkley, Michael | 796184 | WHEELCHAIR | 801 |
| 2/1/2016 | CFCF | Dorsey, David | 648379 | WHEELCHAIR | 703 |
| 2/2/2016 | CFCF | Brinkley, Michael | 796184 | WHEELCHAIR | 903 |
| 2/4/2016 | CFCF | Moore, Norman | 407789 | WHEELCHAIR | 605 |
| 2/4/2016 | PHSW(M) | Anderson, Ibrahiim | 844316 | WHEELCHAIR | 806 |
| 2/9/2016 | PHSW(M) | McCullough, Willie Bill | 343977 | WHEELCHAIR | 908 |
| 2/11/2016 | CFCF | MEDINA, PEDRO | 507570 | WHEELCHAIR | 604 |
| 2/11/2016 | PHSW(M) | Frames, Acte | 1117968 | WHEELCHAIR | 405 |
| 2/11/2016 | PHSW(M) | SHIVERS, LARUE | 893618 | WHEELCHAIR | 703 |
| 2/12/2016 | CFCF | Boyd, Leslie | 402203 | WHEELCHAIR | TRAFF CRT |

| 2/16/2016 | CFCF | Boyd, Leslie C. | 402203 | WHEELCHAIR | 802 |
|---|---|---|---|---|---|
| 2/16/2016 | DC | Baxter, Dennis | 618519 | WHEELCHAIR | FAM CRT |
| 2/16/2016 | PHSW(M) | Darrisaw, Karl | 779324 | WHEELCHAIR | 705 |
| 2/16/2016 | PHSW(M) | SHIVERS, LARUE | 893618 | WHEELCHAIR | 1006 |
| 2/17/2016 | SCIG | Ryals, Stan | 651845 | Wheelchair | 1107 |
| 2/18/2016 | CFCF | Dorsey, David | 648379 | WHEELCHAIR | 703 |
| 2/18/2016 | CFCF | Moore, Norman | 407789 | WHEELCHAIR | 605 |
| 2/18/2016 | PHSW(M) | Anderson, Ibrahiim | 844316 | WHEELCHAIR | 806 |
| 2/19/2016 | CFCF | Scott, Bruce James | 422437 | WHEELCHAIR | 701 |
| 2/22/2016 | PHSW(M) | McCullough, Willie Bill | 343977 | WHEELCHAIR | 1006 |
| 2/24/2016 | CFCF | Martinez-Baez, Milton E. | 1083352 | WHEELCHAIR | 1005 |
| 2/26/2016 | CFCF | Pfeifer, Daniel | 674092 | WHEELCHAIR | 505 |
| 2/29/2016 | PHSW(M) | Frames, Acte | 1117968 | WHEELCHAIR | 906 |
| 3/1/2016 | CFCF | Wilson, Benjamin | 698386 | WHEELCHAIR | 508 |
| 3/1/2016 | PHSW(M) | Baxter, Dennis | 618519 | WHEELCHAIR | FAM CRT |
| 3/3/2016 | CFCF | Boyd, Leslie C. | 402203 | WHEELCHAIR | 802 |
| 3/3/2016 | CFCF | Brinkley, Michael | 796184 | WHEELCHAIR | 903 |
| 3/8/2016 | CFCF | HENRIQUEZ, ROY | 1083578 | WHEELCHAIR | 60 |
| 3/10/2016 | CFCF | BRINKLEY, MICHAEL | 796184 | WHEELCHAIR | 903 |
| 3/16/2016 | PHSW(M) | Brady, Karl | 779324 | WHEELCHAIR | 708 |
| 3/17/2016 | PHSW(M) | Anderson, Ibrahiim | 844316 | WHEELCHAIR | 806 |
| 3/18/2016 | CFCF | Boyd, Leslie C. | 402203 | WHEELCHAIR | 60 |
| 3/21/2016 | CFCF | HENRIQUEZ, ROY | 1083578 | WHEELCHAIR | 60 |
| 3/22/2016 | CFCF | Brower, Phillip P. | 682126 | WHEELCHAIR | 701 |
| 3/22/2016 | CFCF | Farro, Brian | 1027553 | WHEELCHAIR | 1005 |
| 3/22/2016 | PHSW(M) | Baxter, Dennis | 618519 | WHEELCHAIR | FAM CRT |
| 3/22/2016 | PHSW(M) | Darrisaw, Karl K. | 779324 | WHEELCHAIR | 705 |
| 3/24/2016 | PHSW(M) | Baxter, Dennis | 618519 | WHEELCHAIR | FAM CRT |
| 3/28/2016 | PHSW(M) | BRADY, KARL | 779324 | WHEELCHAIR | 708 |
| 3/28/2016 | SCIG | Robinson, Joshua | 983726 | Wheelchair | 808 |
| 3/29/2016 | CFCF | Dorsey, David | 648379 | WHEELCHAIR | 705 |
| 3/29/2016 | CFCF | Pfeifer, Daniel | 674092 | WHEELCHAIR | 505 |
| 3/29/2016 | PHSW(M) | Thompson, Rafiq | 865939 | WHEELCHAIR | 906 |
| 3/31/2016 | CFCF | Dolan, John J. | 560299 | WHEELCHAIR | 603 |

| | | | | | |
|---|---|---|---|---|---|
| 3/31/2016 | CFCF | Moore, Norman | 407789 | WHEELCHAIR | 605 |
| 3/31/2016 | PHSW(M) | Anderson, Ibrahiim | 844316 | WHEELCHAIR | 806 |
| 3/31/2016 | SCIG | Robinson, Joshua | 983726 | Wheelchair | 60 |
| 4/1/2016 | CFCF | Pfeifer, Daniel | 674092 | WHEELCHAIR | 60 |
| 4/4/2016 | CFCF | Scott, Bruce James | 422437 | WHEELCHAIR | 701 |
| 4/5/2016 | CFCF | Mitchell, Nate | 946482 | WHEELCHAIR | 705 |
| 4/7/2016 | PHSW(M) | Anderson, Ibrahiim | 844316 | WHEELCHAIR | 806 |
| 4/8/2016 | CFCF | Baur, Brian D. | 950231 | WHEELCHAIR | 607 |
| 4/8/2016 | CFCF | Hodges, Wesley | 392518 | WHEELCHAIR | 807 |
| 4/8/2016 | RCF | Gordy, Paulette | 629091 | WHEELCHAIR | 304 |
| 4/11/2016 | CFCF | Hodges, Wesley | 392518 | WHEELCHAIR | 505 |
| 4/12/2016 | PHSW(M) | Bey, Amir | 1125221 | WHEELCHAIR | 902 |
| 4/18/2016 | SCIG | Parker, Allen | 672965 | Wheelchair | 507 |
| 4/19/2016 | CFCF | Pfeifer, Daniel | 674092 | WHEELCHAIR | 505 |
| 4/20/2016 | PHSW(M) | Oney, Michael | 532531 | WHEELCHAIR | 1103 |
| 4/25/2016 | CFCF | Pitts, Demetrious N. | 1174333 | WHEELCHAIR | 803 |
| 4/26/2016 | CFCF | Wilson, Benjamin | 698386 | WHEELCHAIR | 508 |
| 4/29/2016 | PHSW(M) | Noel, Malik | 789626 | WHEELCHAIR | 907 |
| 5/3/2016 | PHSW(M) | Darrisaw, Karl K. | 779324 | WHEELCHAIR | 705 |
| 5/4/2016 | CFCF | Ghee, Freddie | 673331 | WHEELCHAIR | 403 |
| 5/5/2016 | PHSW(M) | Darrisaw, Karl | 779324 | WHEELCHAIR | 705 |
| 5/5/2016 | PHSW(M) | Noel, Malik | 789626 | WHEELCHAIR | 60 |
| 5/6/2016 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 304 |
| 5/9/2016 | SCIG | Usanga, Patrick | 1136503 | Wheelchair | 1008 |
| 5/10/2016 | CFCF | GHEE, FREDDIE | 673331 | WHEELCHAIR | 805 |
| 5/11/2016 | SCIG | Williams, Alex | 706735 | Wheelchair | 805 |
| 5/13/2016 | CFCF | Scott, Bruce James | 422437 | WHEELCHAIR | 701 |
| 5/13/2016 | PHSW(M) | Boyd, Leslie C. | 402203 | WHEELCHAIR | 807 |
| 5/13/2016 | SCIG | Williams, Alex | 716735 | Wheelchair | 805 |
| 5/18/2016 | PHSW(M) | Oney, Michael | 532531 | WHEELCHAIR | 1103 |
| 5/19/2016 | CFCF | Scott, Bruce James | 422437 | WHEELCHAIR | 701 |
| 5/25/2016 | CFCF | Devine, Brian A. | 1141064 | WHEELCHAIR | 1004 |
| 5/25/2016 | SCIG | Williams, Jermaine | 715138 | Wheelchair | 908 |
| 5/31/2016 | CFCF | Brower, Phillip P. | 682126 | WHEELCHAIR | 701 |

| 6/2/2016 | CFCF | Brower, Phillip P. | 682126 | WHEELCHAIR | 701 |
|---|---|---|---|---|---|
| 6/3/2016 | DC | Boyd, Leslie C. | 402203 | WHEELCHAIR | 59 |
| 6/6/2016 | CFCF | Brower, Phillip P. | 682126 | WHEELCHAIR | 701 |
| 6/7/2016 | SCIG | Williams, Jermaine | 715138 | Wheelchair | 908 |
| 6/15/2016 | CFCF | Devine, Brian | 1141064 | WHEELCHAIR | 1004 |
| 6/20/2016 | CFCF | Devine, Brian | 1141064 | WHEELCHAIR | 806 |
| 6/20/2016 | CFCF | Williams, Alex | 706735 | WHEELCHAIR | 706 |
| 6/22/2016 | CFCF | Brown, Mark | 550423 | WHEELCHAIR | 906 |
| 6/22/2016 | CFCF | Williams, Alex | 706735 | WHEELCHAIR | 706 |
| 6/23/2016 | CFCF | Scott, Bruce James | 422437 | WHEELCHAIR | 701 |
| 6/27/2016 | SCIG | Williams, Jermaine | 715138 | WHEELCHAIR | 908 |
| 6/28/2016 | CFCF | Brower, Harvey Phillip | 682126 | WHEELCHAIR | 601 |
| 6/29/2016 | CFCF | Devine, Brian | 1141064 | WHEELCHAIR | 1004 |
| 7/5/2016 | CFCF | Brown, Mark K. | 550423 | WHEELCHAIR | 506 |
| 7/7/2016 | PHSW(M) | Brinkley, Michael | 796184 | WHEELCHAIR | 904 |
| 7/8/2016 | CFCF | Johnson, Jerome | 845246 | WHEELCHAIR | 1105 |
| 7/11/2016 | CFCF | Williams, Alex C. | 706735 | WHEELCHAIR | 403 |
| 7/12/2016 | CFCF | Brown, Mark | 550423 | WHEELCHAIR | 906 |
| 7/13/2016 | PHSW(M) | Darrisaw, Karl K. | 779324 | WHEELCHAIR | 704 |
| 7/19/2016 | PHSW(M) | Darrisaw, Karl K. | 779324 | WHEELCHAIR | 704 |
| 7/19/2016 | PHSW(M) | MATREGRANO, CHRISTIAN | 1173911 | WHEELCHAIR | 603 |
| 7/20/2016 | CFCF | Devine, Brian | 1141064 | WHEELCHAIR | 1004 |
| 7/21/2016 | CFCF | DEVINE, BRIAN | 1141064 | WHEELCHAIR | TRAFF CRT |
| 7/21/2016 | PHSW(M) | Darrisaw, Karl K. | 779324 | WHEELCHAIR | 704 |
| 7/22/2016 | CFCF | Farro, Brian | 1027553 | WHEELCHAIR | 904 |
| 8/2/2016 | CFCF | MATREGRANO, CHRISTIAN | 1173911 | WHEELCHAIR | 603 |
| 8/3/2016 | CFCF | Brown, Mark | 550423 | WHEELCHAIR | 906 |
| 8/3/2016 | CFCF | Martinez-Baez, Milton E. | 1083352 | WHEELCHAIR | 1005 |
| 8/8/2016 | CFCF | Scott, Bruce James | 422437 | WHEELCHAIR | 701 |
| 8/11/2016 | CFCF | Koufie, Thomas | 934559 | WHEELCHAIR | 606 |
| 8/15/2016 | SCIG | Robinson, Joshua | 983726 | Wheelchair | 808 |
| 8/23/2016 | CFCF | Koufie, Thomas | 934559 | WHEELCHAIR | 701 |
| 8/24/2016 | CFCF | Santiago, Pedro | 994779 | WHEELCHAIR | 703 |
| 8/24/2016 | CFCF | Scott, Bruce James | 422437 | WHEELCHAIR | 701 |

| 8/25/2016 | CFCF | Martinez-Baez, Milton E. | 1083352 | WHEELCHAIR | 1005 |
|---|---|---|---|---|---|
| 8/25/2016 | DC | Darrisaw, Karl K. | 779324 | WHEELCHAIR | 704 |
| 8/26/2016 | CFCF | Koufie, Thomas | 934559 | WHEELCHAIR | 701 |
| 9/1/2016 | CFCF | Robinson, Joshua | 983726 | WHEELCHAIR | 907 |
| 9/1/2016 | CFCF | Scott, Bruce James | 422437 | WHEELCHAIR | 701 |
| 9/7/2016 | PHSW(M) | Brinkley, Michael | 796184 | WHEELCHAIR | 904 |
| 9/9/2016 | CFCF | Santiago, Pedro | 994779 | WHEELCHAIR | 603 |
| 9/14/2016 | CFCF | Brower, Phillip P. | 682126 | WHEELCHAIR | 701 |
| 9/19/2016 | CFCF | Lopez, Edwin | 622893 | WHEELCHAIR | 1101 |
| 9/23/2016 | PHSW(M) | Austin, Lewis | 460974 | WHEELCHAIR | 603 |
| 9/27/2016 | PHSW(M) | Ray, Anthony | 1151791 | WHEELCHAIR | 706 |
| 9/28/2016 | CFCF | Santiago, Pedro | 994779 | WHEELCHAIR | 703 |
| 9/29/2016 | CFCF | Scott, Bruce James | 422437 | WHEELCHAIR | 907 |
| 9/29/2016 | CFCF | Torain, Michael C. | 521190 | WHEELCHAIR | 806 |
| 10/3/2016 | CFCF | James, David L. | 693525 | WHEELCHAIR | 702 |
| 10/3/2016 | PHSW(M) | Thompson, Raymond | 953290 | WHEELCHAIR | 703 |
| 10/7/2016 | CFCF | Johnson, Terry | 612275 | WHEELCHAIR | 702 |
| 10/7/2016 | PHSW(M) | Ray, Anthony | 1151791 | WHEELCHAIR | 403 |
| 10/7/2016 | RCF | (F)GANTI, TRACY | 891875 | WHEELCHAIR | 59 |
| 10/11/2016 | PHSW(M) | Brinkley, Michael | 796184 | WHEELCHAIR | 904 |
| 10/13/2016 | CFCF | Santiago, Pedro | 994779 | WHEELCHAIR | 603 |
| 10/13/2016 | CFCF | Smith, Henry | 441584 | WHEELCHAIR | 705 |
| 10/13/2016 | PHSW(M) | Austin, Lewis | 460974 | WHEELCHAIR | 706 |
| 10/13/2016 | SCIG | McDonald, Vernel | 918374 | Wheelchair | 507 |
| 10/14/2016 | CFCF | McMillan, Derrick | 922024 | WHEELCHAIR | 806 |
| 10/17/2016 | CFCF | McMillan, Derrick | 922024 | WHEELCHAIR | 803 |
| 10/17/2016 | CFCF | Rushing, James J. | 595628 | WHEELCHAIR | 906 |
| 10/24/2016 | SCIG | Parker, Steven | 1006373 | wheelchair | 708 |
| 10/27/2016 | CFCF | McMillan, Derrick | 922024 | WHEELCHAIR | 906 |
| 10/27/2016 | PHSW(M) | Zenobi, Alexander E. | 712290 | WHEELCHAIR | 1005 |
| 10/28/2016 | SCIG | Robinson, Joshua | 983726 | Wheelchair | 907 |
| 10/31/2016 | CFCF | Moore, Kevin | 825939 | WHEELCHAIR | 405 |
| 10/31/2016 | PHSW(M) | Thompson, Raymond | 953290 | WHEELCHAIR | 703 |
| 11/1/2016 | CFCF | Mapp, Everett V. | 1110019 | WHEELCHAIR | 703 |

| 11/1/2016 | CFCF | ROBINSON, JOSHUA | 983726 | WHEELCHAIR | 907 |
|---|---|---|---|---|---|
| 11/2/2016 | CFCF | Robinson, Joshua | 983726 | WHEELCHAIR | 907 |
| 11/3/2016 | CFCF | Robinson, Joshua | 983726 | WHEELCHAIR | 907 |
| 11/3/2016 | PHSW(M) | Brinkley, Michael | 796184 | WHEELCHAIR | 904 |
| 11/4/2016 | CFCF | Brower, Phillip P. | 682126 | WHEELCHAIR | 701 |
| 11/4/2016 | CFCF | Robinson, Joshua | 983726 | WHEELCHAIR | 907 |
| 11/7/2016 | CFCF | Moore, Kevin | 825939 | WHEELCHAIR | 806 |
| 11/7/2016 | CFCF | Robinson, Joshua | 983726 | WHEELCHAIR | 907 |
| 11/7/2016 | CFCF | Whitaker, Antonio | 588898 | WHEELCHAIR | 502 |
| 11/8/2016 | CFCF | Robinson, Joshua | 983726 | WHEELCHAIR | 907 |
| 11/9/2016 | CFCF | McMillan, Derrick | 922024 | WHEELCHAIR | 806 |
| 11/9/2016 | CFCF | Robinson, Joshua | 983726 | WHEELCHAIR | 907 |
| 11/10/2016 | CFCF | Robinson, Joshua | 983726 | WHEELCHAIR | 907 |
| 11/10/2016 | CFCF | Rushing, James J. | 595628 | WHEELCHAIR | 805 |
| 11/14/2016 | SCIG | Williams, Jermaine | 715138 | Wheelchair | 908 |
| 11/15/2016 | CFCF | Rushing, James J. | 595628 | WHEELCHAIR | 805 |
| 11/17/2016 | CFCF | McMillan, Derrick | 922024 | WHEELCHAIR | 803.906 |
| 11/17/2016 | CFCF | WHITAKER, ANTONIO | 588898 | WHEELCHAIR | TRAFF CRT |
| 11/17/2016 | PHSW(M) | Brinkley, Michael | 796184 | WHEELCHAIR | 904 |
| 11/18/2016 | PHSW(M) | Rannels, Shawn | 697801 | WHEELCHAIR | 59 |
| 11/22/2016 | PHSW(M) | SALDANA, EDUARDO | 994669 | WHEELCHAIR | 60 |
| 11/23/2016 | CFCF | Moore, Kevin | 825939 | WHEELCHAIR | 906 |
| 11/28/2016 | CFCF | Moore, Kevin | 825939 | WHEELCHAIR | 806 |
| 12/1/2016 | CFCF | Mapp, Everett V. | 1110019 | WHEELCHAIR | 703 |
| 12/1/2016 | CFCF | Press, Ronald Joseph | 521537 | WHEELCHAIR | 1003 |
| 12/1/2016 | CFCF | Thomas, Edward Sco | 731719 | WHEELCHAIR | 802 |
| 12/1/2016 | CFCF | Thompson, Raymond | 953290 | WHEELCHAIR | 703 |
| 12/2/2016 | CFCF | PARKER, LARRY | 710073 | WHEELCHAIR | 905 |
| 12/5/2016 | PHSW(M) | ERDREICH, RICHARD | 1180956 | WHEELCHAIR | FAM CRT |
| 12/8/2016 | CFCF | Curry, Robery | 744060 | WHEELCHAIR | 603 |
| 12/8/2016 | CFCF | Moore, Kevin | 825939 | WHEELCHAIR | 405 |
| 12/8/2016 | PHSW(M) | McGaughy, Gregory | 1113419 | WHEELCHAIR | 703 |
| 12/9/2016 | CFCF | Thompson, Raymond | 953290 | WHEELCHAIR | 703 |
| 12/9/2016 | PHSW(M) | Flowers, Henry | 732338 | WHEELCHAIR | 906 |

| 12/13/2016 | CFCF | Thomas, Edward | 731719 | WHEELCHAIR | 802 |
| 12/14/2016 | CFCF | BROWNE, ALLAN | 741005 | WHEELCHAIR | 707 |
| 12/14/2016 | PHSW(M) | Brinkley, Michael | 796184 | WHEELCHAIR | 904 |
| 12/14/2016 | PHSW(M) | Rannel, Kiy | 1016679 | WHEELCHAIR | 603 |
| 12/22/2016 | CFCF | Curry, Robery | 744060 | WHEELCHAIR | 603 |
| 12/29/2016 | PHSW(M) | McGaughy, Gregory L. | 1113419 | WHEELCHAIR | 703 |
| 12/29/2016 | PHSW(M) | Starks, Keyshawn | 1182323 | WHEELCHAIR | 805 |
| 1/3/2017 | CFCF | Rose, Thomas | 913391 | WHEELCHAIR | 808 |
| 1/4/2017 | CFCF | Curry, Robert | 744060 | WHEELCHAIR | 903 |
| 1/5/2017 | CFCF | Rannel, Kiy | 1016679 | WHEELCHAIR | 706 |
| 1/9/2017 | CFCF | Curry, Robert | 744060 | WHEELCHAIR | 603 |
| 1/10/2017 | CFCF | Huywh, Hien The | 742406 | WHEELCHAIR | 1003 |
| 1/11/2017 | CFCF | Rannel, Kiy | 1016679 | WHEELCHAIR | 703 |
| 1/12/2017 | CFCF | Hawkins, James E. | 716533 | WHEELCHAIR | 60 |
| 1/18/2017 | CFCF | Fields, Edward | 970179 | WHEELCHAIR | 906 |
| 1/20/2017 | CFCF | Curry, Robery | 744060 | WHEELCHAIR | 903 |
| 1/25/2017 | CFCF | Chaparro, Joseph | 1052325 | WHEELCHAIR | 905 |
| 1/25/2017 | CFCF | Fields, Edward | 970179 | WHEELCHAIR | 906 |
| 1/31/2017 | CFCF | Huywh, Hien The | 742406 | WHEELCHAIR | 1003 |
| 2/2/2017 | CFCF | Fields, Edward | 970179 | WHEELCHAIR | 906 |
| 2/2/2017 | CFCF | Hawkins, James E. | 716533 | WHEELCHAIR | 508 |
| 2/6/2017 | CFCF | Fields, Edward | 970179 | WHEELCHAIR | 405 |
| 2/6/2017 | CFCF | Smith, Edward | 495470 | WHEELCHAIR | 406 |
| 2/10/2017 | MCP | Meite, Ali | 548740 | WHEELCHAIR | 59 |
| 2/10/2017 | PHSW(M) | Greene, Troy | 854038 | WHEELCHAIR | 906 |
| 2/13/2017 | CFCF | Freeman, Michael Derrick | 840872 | WHEELCHAIR | 405 |
| 2/14/2017 | CFCF | Smith, Edward | 495470 | WHEELCHAIR | 59 |
| 2/15/2017 | SCIG | Williams, Jermaine | 715138 | Wheelchair | 908 |
| 2/17/2017 | CFCF | Curry, Robery | 744060 | WHEELCHAIR | 705 |
| 2/17/2017 | CFCF | Thomas, Edward | 731719 | WHEELCHAIR | 802 |
| 2/17/2017 | PHSW(M) | Teitelman, Boris | 909405 | WHEELCHAIR | 1004 |
| 2/21/2017 | CFCF | Chaparro, Joseph | 1052325 | WHEELCHAIR | 605 |
| 2/21/2017 | PHSW(M) | Brinkley, Michael | 796184 | WHEELCHAIR | 904 |
| 2/21/2017 | PHSW(M) | Ruiz, Jose | 983737 | WHEELCHAIR | 603 |

| 2/23/2017 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 1003 |
| 2/24/2017 | CFCF | Huywh, Hien The | 742406 | WHEELCHAIR | 1006 |
| 2/24/2017 | CFCF | JACKSON, DAMON | 647412 | WHEELCHAIR | 703 |
| 2/27/2017 | CFCF | JACKSON, DAMON | 647412 | WHEELCHAIR | 906 |
| 2/27/2017 | PHSW(M) | Taylor, Michael H. | 928895 | WHEELCHAIR | 808 |
| 2/28/2017 | CFCF | Freeman, Michael Derrick | 840872 | WHEELCHAIR | 906 |
| 3/1/2017 | PHSW(M) | Brinkley, Michael | 796184 | WHEELCHAIR | 904 |
| 3/1/2017 | PHSW(M) | Taylor, Michael H. | 928895 | WHEELCHAIR | 60 |
| 3/3/2017 | CFCF | JACKSON, DAMON | 647412 | WHEELCHAIR | 706 |
| 3/6/2017 | CFCF | Butler, Sindrell M. | 1089599 | WHEELCHAIR | 803 |
| 3/6/2017 | CFCF | JACKSON, DAMON | 647412 | WHEELCHAIR | 405 |
| 3/7/2017 | CFCF | Butler, Sindrell M. | 1089599 | WHEELCHAIR | 903 |
| 3/9/2017 | CFCF | Miller, John A. | 609239 | WHEELCHAIR | 1005 |
| 3/9/2017 | PHSW(M) | DANIELS, EMANUEL | 989548 | WHEELCHAIR | 603 |
| 3/10/2017 | CFCF | Fant, David | 1040124 | WHEELCHAIR | 1005 |
| 3/13/2017 | PHSW(F) | HICKSON, FELICIA | 1016912 | WHEELCHAIR | 406 |
| 3/13/2017 | PHSW(M) | Robinson, Dwayne | 963467 | WHEELCHAIR | 405 |
| 3/15/2017 | PHSW(M) | Taylor, Michael H. | 928895 | WHEELCHAIR | 808 |
| 3/16/2017 | CFCF | Butler, Sindrell M. | 1089599 | WHEELCHAIR | 803 |
| 3/16/2017 | CFCF | El, Haaruwn | 1184352 | WHEELCHAIR | 806 |
| 3/16/2017 | PHSW(M) | TEITELMAN, BORIS | 909405 | WHEELCHAIR | TRAFF CRT |
| 3/20/2017 | PHSW(M) | D Alessandro, Michael | 856938 | WHEELCHAIR | 1003 |
| 3/22/2017 | CFCF | Scott, Tyray | 600151 | WHEELCHAIR | 406 |
| 3/22/2017 | PHSW(M) | D Alessandro, Michael | 856938 | WHEELCHAIR | 60 |
| 3/23/2017 | CFCF | Hawkins, James E. | 716533 | WHEELCHAIR | 508 |
| 3/23/2017 | PHSW(M) | Ruiz, Jose | 983737 | WHEELCHAIR | 603 |
| 3/23/2017 | RCF | Bynum, Kianna | 1023248 | WHEELCHAIR | 1003 |
| 3/27/2017 | PHSW(M) | Robinson, Dwayne | 963467 | WHEELCHAIR | 906 |
| 3/28/2017 | CFCF | Kirkland, Jemal | 825535 | WHEELCHAIR | 901 |
| 3/28/2017 | CFCF | Lopez, Edwin | 622893 | WHEELCHAIR | 601 |
| 3/30/2017 | CFCF | Butler, Sindrell M. | 1089599 | WHEELCHAIR | 903 |
| 3/30/2017 | CFCF | El, Haaruwn | 1184352 | WHEELCHAIR | 806 |
| 3/30/2017 | CFCF | El, Haaruwn | 1184352 | WHEELCHAIR | 806 |
| 3/30/2017 | CFCF | Vargis, Angel | 865824 | WHEELCHAIR | 908 |

| 3/30/2017 | CFCF | Vargis, Angel | 865824 | WHEELCHAIR | 908 |
|---|---|---|---|---|---|
| 3/31/2017 | CFCF | Anderson, Leslie | 501527 | WHEELCHAIR | 806 |
| 3/31/2017 | PHSW(M) | D Alessandro, Michael | 856938 | WHEELCHAIR | 406 |
| 4/3/2017 | PHSW(F) | HICKSON, FELICIA | 1016912 | WHEELCHAIR | 60 |
| 4/4/2017 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 1003 |
| 4/4/2017 | CFCF | Scott, Tyray | 600151 | WHEELCHAIR | 903 |
| 4/10/2017 | SCIG | Parker, Steven | 1006373 | Wheelchair | 708 |
| 4/11/2017 | CFCF | Crew, Mario | 449123 | WHEELCHAIR | 1005 |
| 4/11/2017 | RCF | Bynum, Kianna | 1023248 | WHEELCHAIR | 705 |
| 4/12/2017 | PHSW(M) | Brinkley, Michael | 796184 | WHEELCHAIR | 904 |
| 4/12/2017 | PHSW(M) | D Alessandro, Michael | 856938 | WHEELCHAIR | 1103 |
| 4/12/2017 | PHSW(M) | Ruiz, Jose | 983737 | WHEELCHAIR | 703 |
| 4/12/2017 | PHSW(M) | Taylor, Michael H. | 928895 | WHEELCHAIR | 60 |
| 4/13/2017 | CFCF | Warrington, Walter | 381837 | WHEELCHAIR | 703 |
| 4/13/2017 | RCF | Bynum, Kianna | 1023248 | WHEELCHAIR | 1003 |
| 4/17/2017 | PHSW(M) | Barber, Walter | 675664 | WHEELCHAIR | 803 |
| 4/17/2017 | RCF | Bynum, Kianna | 1023248 | WHEELCHAIR | 705 |
| 4/19/2017 | CFCF | Barnes, Gerald | 602172 | WHEELCHAIR | 503 |
| 4/19/2017 | CFCF | Brinkley, Michael | 796184 | WHEELCHAIR | 801 |
| 4/19/2017 | PHSW(M) | Taylor, Michael H. | 928895 | WHEELCHAIR | 808 |
| 4/20/2017 | CFCF | El, Haaruwn | 1184352 | WHEELCHAIR | 806 |
| 4/24/2017 | CFCF | HENRIQUEZ, ROY | 1083578 | WHEELCHAIR | 702 |
| 4/24/2017 | CFCF | Kirkland, Jemal | 825535 | WHEELCHAIR | 901 |
| 4/24/2017 | CFCF | Kirkland, Jemal | 825535 | WHEELCHAIR | 901 |
| 4/26/2017 | PHSW(M) | Press, Ronald Joseph | 521537 | WHEELCHAIR | 1005 |
| 4/27/2017 | CFCF | Hawkins, James E. | 716533 | WHEELCHAIR | 1101 |
| 4/27/2017 | CFCF | Kirkland, Jemal | 825535 | WHEELCHAIR | 60 |
| 4/28/2017 | PHSW(M) | Flowers, Henry | 732338 | WHEELCHAIR | 903 |
| 5/2/2017 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 1003 |
| 5/8/2017 | PHSW(M) | Flowers, Henry | 732338 | WHEELCHAIR | 903 |
| 5/8/2017 | PHSW(M) | Quinones, Marcus | 799130 | WHEELCHAIR | 603 |
| 5/8/2017 | PHSW(M) | Ruiz, Jose | 983737 | WHEELCHAIR | 603 |
| 5/10/2017 | CFCF | Aguila, Ubin | 1121618 | WHEELCHAIR | 703 |
| 5/15/2017 | CFCF | Kirkland, Jemal | 825535 | WHEELCHAIR | 901 |

| | | | | | |
|---|---|---|---|---|---|
| 5/16/2017 | PHSW(M) | Tyler, Marquis | 1016131 | WHEELCHAIR | 803 |
| 5/17/2017 | CFCF | CLADD, ROBERT | 784950 | WHEELCHAIR | TRAFF CRT |
| 5/17/2017 | CFCF | Warrington, Walter | 381837 | WHEELCHAIR | 705 |
| 5/17/2017 | PHSW(M) | Flowers, Henry | 732338 | WHEELCHAIR | 903 |
| 5/23/2017 | CFCF | Devine, Brian | 1141064 | WHEELCHAIR | 605 |
| 5/24/2017 | CFCF | Devine, Brian | 1141064 | WHEELCHAIR | 605 |
| 5/25/2017 | CFCF | Devine, Brian | 1141064 | WHEELCHAIR | 605 |
| 5/30/2017 | CFCF | Kirkland, Jemal | 825535 | WHEELCHAIR | 803 |
| 5/30/2017 | PHSW(M) | Flowers, Henry | 732338 | WHEELCHAIR | 903 |
| 6/1/2017 | CFCF | Devine, Brian | 1141064 | WHEELCHAIR | 1003 |
| 6/2/2017 | CFCF | Gonzalez, Samuel | 724820 | WHEELCHAIR | 705 |
| 6/5/2017 | PHSW(M) | Carr, Aliek | 969038 | WHEELCHAIR | 906 |
| 6/8/2017 | PHSW(M) | Ruiz, Jose | 983737 | WHEELCHAIR | 603 |
| 6/9/2017 | CFCF | Thomas, Edward Sco | 731719 | WHEELCHAIR | 1108 |
| 6/14/2017 | CFCF | Gonzalez, Samuel | 724820 | WHEELCHAIR | 705 |
| 6/14/2017 | CFCF | Hawkins, James E. | 716533 | WHEELCHAIR | 1101 |
| 6/22/2017 | CFCF | SCOTT, PHILLIP | 933045 | WHEELCHAIR | 801 |
| 6/23/2017 | CFCF | Browne, Allan | 741005 | WHEELCHAIR | 707 |
| 6/23/2017 | CFCF | Scott, Philip | 933045 | WHEELCHAIR | 801 |
| 6/27/2017 | PHSW(M) | Carr, Aliek | 969038 | WHEELCHAIR | 906 |
| 6/28/2017 | CFCF | Scott, Philip | 933045 | WHEELCHAIR | 505 |
| 6/29/2017 | PHSW(M) | Canales, Ernest | 1048736 | WHEELCHAIR | 603 |
| 7/10/2017 | CFCF | Lopez, Edwin | 622893 | WHEELCHAIR | 602 |
| 7/11/2017 | CFCF | Lopez, Edwin | 622893 | WHEELCHAIR | 602 |
| 7/13/2017 | CFCF | Dillion, Matthew | 1106256 | WHEELCHAIR | 1007 |
| 7/13/2017 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 807 |
| 7/13/2017 | CFCF | Thomas, Edward Scott | 731719 | WHEELCHAIR | 1108 |
| 7/17/2017 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 803 |
| 7/18/2017 | CFCF | Thomas, Edward Sco | 731719 | WHEELCHAIR | 1108 |
| 7/21/2017 | SCIG | Sullivan, Louis | 498680 | Wheelchair | 1006 |
| 7/24/2017 | PHSW(M) | Geser, Steven | 852936 | WHEELCHAIR | FAM CRT |
| 7/25/2017 | PHSW(M) | Abbott, Carlton | 746205 | WHEELCHAIR | 503 |
| 7/26/2017 | RCF | HICKSON, FELICIA | 1016912 | WHEELCHAIR | FAM CRT |
| 8/1/2017 | DCP | Frame, Steven | 601664 | WHEELCHAIR | 59 |

| 8/2/2017 | PHSW(M) | Ruiz, Jose | 983737 | WHEELCHAIR | 905 |
|---|---|---|---|---|---|
| 8/7/2017 | CFCF | Baldwin, Luther III | 1150395 | WHEELCHAIR | FAM CRT |
| 8/7/2017 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 905 |
| 8/8/2017 | PHSW(M) | COLLINS, SHAHEEB | 1113980 | WHEELCHAIR | 503 |
| 8/10/2017 | CFCF | CASSEL, MYCHAL | 878736 | WHEELCHAIR | 507 |
| 8/10/2017 | CFCF | Ricks, Andwayne | 1012118 | WHEELCHAIR | 505 |
| 8/15/2017 | PHSW(M) | Escobar, Julio | 868626 | WHEELCHAIR | 60 |
| 8/16/2017 | PHSW(M) | Escobar, Julio | 868626 | WHEELCHAIR | 60 |
| 8/17/2017 | CFCF | Smith, Leon | 436744 | WHEELCHAIR | 705 |
| 8/24/2017 | CFCF | Brown, Eric | 976772 | WHEELCHAIR | 703 |
| 8/24/2017 | PHSW(M) | Flowers, Henry | 732338 | WHEELCHAIR | 908 |
| 8/25/2017 | PHSW(M) | Escobar, Julio | 868626 | WHEELCHAIR | FAM CRT |
| 8/25/2017 | PHSW(M) | Gonzalez, Jose | 1189464 | WHEELCHAIR | 603 |
| 8/28/2017 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 905 |
| 8/29/2017 | DCP | Amos, Keenan | 1187544 | Wheelchair | 903 |
| 8/30/2017 | PHSW(M) | Geser, Steven | 852936 | WHEELCHAIR | FAM CRT |
| 9/5/2017 | CFCF | Reid, Andrew | 1189898 | WHEELCHAIR | 603 |
| 9/5/2017 | PHSW(M) | Middleton, Anthony | 1063557 | WHEELCHAIR | 903 |
| 9/11/2017 | RCF | Long, Chelly | 749012 | WHEELCHAIR | 903 |
| 9/12/2017 | PHSW(F) | Greenwald, Samantha | 1106038 | WHEELCHAIR | 803 |
| 9/12/2017 | SCIG | Sullivan, Louis | 498680 | Wheelchair | 1003 |
| 9/14/2017 | PHSW(M) | Lebron, Jose | 934872 | WHEELCHAIR | 906 |
| 9/15/2017 | PHSW(M) | GESER, STEVEN | 852936 | WHEELCHAIR | FAM CRT |
| 9/15/2017 | RCF | Long, Chelly | 749012 | WHEELCHAIR | 603 |
| 9/18/2017 | RCF | McNeill, Melanie | 1053723 | WHEELCHAIR | 705 |
| 9/21/2017 | CFCF | Reid, Andrew | 1189898 | WHEELCHAIR | 603 |
| 9/22/2017 | CFCF | Rivera, Wesley | 980419 | WHEELCHAIR | 704 |
| 9/22/2017 | DCP | Amos, Keenan | 1187544 | Wheelchair | 903 |
| 9/22/2017 | PHSW(M) | Lebron, Jose | 934872 | WHEELCHAIR | 603 |
| 9/26/2017 | CFCF | Brown, Eric | 976772 | WHEELCHAIR | 705 |
| 9/26/2017 | RCF | Long, Chelly | 749012 | WHEELCHAIR | 903 |
| 9/26/2017 | SCIG | Sullivan, Louis | 498680 | Wheelchair | 1104 |
| 9/27/2017 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 804 |
| 9/27/2017 | CFCF | Rivera, Wesley | 980419 | WHEELCHAIR | 705 |

| 10/2/2017 | CFCF | Crew, Mario | 449123 | WHEELCHAIR | 901 |
|---|---|---|---|---|---|
| 10/2/2017 | CFCF | Curry, Robery | 744060 | WHEELCHAIR | 705 |
| 10/2/2017 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 905 |
| 10/2/2017 | CFCF | Press, Ronald Joseph | 521537 | WHEELCHAIR | 1002 |
| 10/3/2017 | CFCF | Aguila, Ubin | 1121618 | WHEELCHAIR | 803 |
| 10/3/2017 | CFCF | Rivera, Wesley | 980419 | WHEELCHAIR | 907 |
| 10/3/2017 | PHSW(M) | Flowers, Henry | 732338 | WHEELCHAIR | 908 |
| 10/4/2017 | PHSW(M) | Gonzalez, Jose | 1189464 | WHEELCHAIR | 603 |
| 10/5/2017 | CFCF | Barnes, Gerald | 602172 | WHEELCHAIR | 405 |
| 10/6/2017 | CFCF | Burnett, Ralph | 888264 | WHEELCHAIR | 703 |
| 10/6/2017 | PHSW(M) | Gonzalez, Jose | 1189464 | WHEELCHAIR | 603 |
| 10/10/2017 | CFCF | Aguila, Ubin | 1121618 | WHEELCHAIR | 703 |
| 10/10/2017 | CFCF | Capers, Jerry | 1190987 | WHEELCHAIR | 703 |
| 10/11/2017 | CFCF | Burnett, Ralph | 888264 | WHEELCHAIR | TRAFF CRT |
| 10/11/2017 | PHSW(M) | Ruiz, Jose | 983737 | WHEELCHAIR | 905 |
| 10/13/2017 | CFCF | Burnett, Ralph | 888264 | WHEELCHAIR | 702 |
| 10/16/2017 | CFCF | Lopez, Edwin | 622893 | WHEELCHAIR | 602 |
| 10/16/2017 | CFCF | Rivera, Wesley | 980419 | WHEELCHAIR | 704 |
| 10/16/2017 | PHSW(M) | Frazier, Gregory | 1117417 | WHEELCHAIR | 703 |
| 10/18/2017 | PHSW(M) | Frazier, Gregory | 1117417 | WHEELCHAIR | 403 |
| 10/19/2017 | CFCF | Baldwin, Luther III | 1150395 | WHEELCHAIR | 905 |
| 10/19/2017 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 602 |
| 10/19/2017 | CFCF | Harris, James R. | 835125 | WHEELCHAIR | 59 |
| 10/19/2017 | CFCF | RIVERA, WESLEY | 980419 | WHEELCHAIR | TRAFF CRT |
| 10/23/2017 | CFCF | Burnett, Ralph | 888264 | WHEELCHAIR | 703 |
| 10/26/2017 | CFCF | Brown, Eric | 976772 | WHEELCHAIR | 705 |
| 10/26/2017 | PHSW(M) | Frazier, Gregory | 1117417 | WHEELCHAIR | 405 |
| 10/27/2017 | PHSW(M) | GONZALEZ, JOSE | 1189464 | WHEELCHAIR | 603 |
| 10/30/2017 | CFCF | McDaniels, Brian | 480364 | WHEELCHAIR | 803 |
| 10/31/2017 | PHSW(M) | GONZALEZ, JOSE | 1189464 | WHEELCHAIR | 903 |
| 11/1/2017 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 804 |
| 11/1/2017 | CFCF | Martinez-Baez, Milton E. | 1083352 | WHEELCHAIR | 1005 |
| 11/3/2017 | CFCF | Browne, Allan | 741005 | WHEELCHAIR | 707 |

| 11/6/2017 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 905 |
|---|---|---|---|---|---|
| 11/7/2017 | SCIG | Lopez, Edwin | 622893 | WHEELCHAIR | 705 |
| 11/8/2017 | PHSW(M) | Frazier, Gregory | 1117417 | WHEELCHAIR | 705 |
| 11/9/2017 | CFCF | Brown, Eric | 976772 | WHEELCHAIR | 705 |
| 11/9/2017 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 603 |
| 11/13/2017 | PHSW(M) | GESER, STEVEN | 852936 | WHEELCHAIR | FAM CRT |
| 11/14/2017 | PHSW(M) | Skipwith, Jerry | 774838 | WHEELCHAIR | 603 |
| 11/15/2017 | CFCF | GUZMAN, DONOVAN LEE | 955327 | WHEELCHAIR | 403 |
| 11/17/2017 | CFCF | Crew, Mario | 449123 | WHEELCHAIR | 60 |
| 11/20/2017 | CFCF | Guzman, Donovan Lee | 955327 | WHEELCHAIR | 1004 |
| 11/30/2017 | CFCF | Harris, James | 835125 | WHEELCHAIR | 60 |
| 11/30/2017 | CFCF | Lewis, Gene C. | 732530 | WHEELCHAIR | 806 |
| 12/1/2017 | CFCF | Carter, John Henry | 734045 | WHEELCHAIR | 1005 |
| 12/6/2017 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 703 |
| 12/6/2017 | PHSW(M) | Dejesus, Carlos E. | 1192623 | WHEELCHAIR | 306 |
| 12/8/2017 | CFCF | Guzman, Donovan Lee | 955327 | WHEELCHAIR | 1004 |
| 12/11/2017 | CFCF | McDaniels, Brian | 480364 | WHEELCHAIR | 606 |
| 12/12/2017 | CFCF | Martinez-Baez, Milton | 1083352 | WHEELCHAIR | 1003 |
| 12/14/2017 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 804 |
| 12/14/2017 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 804 |
| 12/14/2017 | PHSW(M) | Williams, Maurice | 971697 | WHEELCHAIR | 803 |
| 12/14/2017 | PHSW(M) | Williams, Maurice | 971697 | WHEELCHAIR | 803 |
| 12/15/2017 | PHSW(M) | Barnes, Keenan | 866629 | WHEELCHAIR | TRAFF CRT |
| 12/15/2017 | PHSW(M) | Barnes, Keenan | 866629 | WHEELCHAIR | TRAFF CRT |
| 12/20/2017 | PHSW | Williams, Maurice | 971697 | WHEELCHAIR | 804 |
| 12/20/2017 | PHSW | Williams, Maurice | 971697 | WHEELCHAIR | 804 |
| 12/21/2017 | CFCF | Lewis, Gene C. | 732530 | WHEELCHAIR | 806 |
| 12/21/2017 | CFCF | Lewis, Gene C. | 732530 | WHEELCHAIR | 806 |
| 12/22/2017 | CFCF | Castro, Christian | 1143219 | WHEELCHAIR | 603 |
| 12/22/2017 | CFCF | Castro, Christian | 1143219 | WHEELCHAIR | 603 |
| 12/22/2017 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 603 |
| 12/22/2017 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 603 |
| 12/29/2017 | RCF | Long, Chelly | 749012 | WHEELCHAIR | 703 |

| | | | | | |
|---|---|---|---|---|---|
| 12/29/2017 | RCF | Long, Chelly | 749012 | WHEELCHAIR | 703 |
| 1/4/2018 | CFCF | McDaniels, Brian | 480364 | WHEELCHAIR | 505 |
| 1/8/2018 | CFCF | Butler-Lambert, Rick | 982727 | WHEELCHAIR | 603 |
| 1/8/2018 | CFCF | Crew, Mario | 449123 | WHEELCHAIR | 901 |
| 1/11/2018 | CFCF | Lewis, Gene C. | 732530 | WHEELCHAIR | 806 |
| 1/19/2018 | PHSW | Flowers, Henry | 732338 | WHEELCHAIR | 908 |
| 1/22/2018 | CFCF | Press, Ronald Joseph | 521537 | WHEELCHAIR | 1002 |
| 1/22/2018 | PHSW | Williams, Anthony T. | 749676 | WHEELCHAIR | 604 |
| 1/25/2018 | CFCF | Brown, Eric | 976772 | WHEELCHAIR | 704 |
| 1/26/2018 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 804 |
| 1/29/2018 | CFCF | CARDWELL, JAMAR | 939777 | WHEELCHAIR | 1102 |
| 1/29/2018 | PHSW(M) | Williams, Maurice | 971697 | WHEELCHAIR | 803 |
| 1/30/2018 | PHSW(M) | Crawley, Stefon M. | 1145409 | WHEELCHAIR | 603 |
| 1/31/2018 | CFCF | Crew, Mario | 449123 | WHEELCHAIR | 60 |
| 1/31/2018 | PHSW | Jones, Jeffrey Kelly | 807131 | WHEELCHAIR | 903 |
| 1/31/2018 | PHSW | Tanon, Christopher | 1126092 | WHEELCHAIR | 603 |
| 2/2/2018 | CFCF | Crew, Mario | 449123 | WHEELCHAIR | 901 |
| 2/2/2018 | PHSW(M) | Pruitt, Damone B. | 669577 | WHEELCHAIR | 806 |
| 2/6/2018 | PHSW | Geser, Steven | 852936 | WHEELCHAIR | 1005 |
| 2/7/2018 | CFCF | Martinez-Baez, Milton E. | 1083352 | WHEELCHAIR | 1005 |
| 2/9/2018 | CFCF | Butler-Lambert, Rick | 982727 | WHEELCHAIR | 603 |
| 2/9/2018 | CFCF | COLLAZO, CHRISTIAN | 1147187 | WHEELCHAIR | 602 |
| 2/9/2018 | PHSW | Crawley, Stefon | 1145409 | WHEELCHAIR | 506 |
| 2/12/2018 | CFCF | Johnson, Terry | 612275 | WHEELCHAIR | 702 |
| 2/12/2018 | PHSW(M) | Jones, Jeffrey Kelly | 807131 | WHEELCHAIR | 807 |
| 2/14/2018 | PHSW(M) | WILLIAMS, ANTHONY | 749676 | WHEELCHAIR | TRAFF CRT |
| 2/15/2018 | CFCF | Johnson, Terry | 612275 | WHEELCHAIR | 702 |
| 2/15/2018 | CFCF | Mckernan, Paul | 692493 | WHEELCHAIR | 1105 |
| 2/16/2018 | CFCF | Johnson, Terry | 612275 | WHEELCHAIR | 702 |
| 2/20/2018 | PHSW(M) | BROWN, ROBERT | 783972 | WHEELCHAIR | 1003 |
| 2/21/2018 | CFCF | Brown, Eric | 976772 | WHEELCHAIR | 704 |
| 2/21/2018 | CFCF | Crew, Mario | 449123 | WHEELCHAIR | 901 |
| 2/21/2018 | PHSW(M) | Crawley, Stefon M. | 1145409 | WHEELCHAIR | 703 |
| 2/21/2018 | PHSW(M) | Pruitt, Damone B. | 669577 | WHEELCHAIR | 806 |

| 2/28/2018 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 905 |
|---|---|---|---|---|---|
| 3/2/2018 | PHSW(M) | Brothers, Eric | 709576 | WHEELCHAIR | 703 |
| 3/9/2018 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 801 |
| 3/9/2018 | PHSW(M) | Williams, Maurice | 971697 | WHEELCHAIR | 905 |
| 3/12/2018 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 605 |
| 3/13/2018 | PHSW(M) | Flowers, Henry | 732338 | WHEELCHAIR | 1008 |
| 3/13/2018 | PHSW(M) | GRAB, JOSEPH | 638434 | WHEELCHAIR | 1005 |
| 3/15/2018 | CFCF | MARTINEZ-BAEZ, MILTON | 1083352 | WHEELCHAIR | TRAFF CRT |
| 3/15/2018 | PHSW (M) | Carr, Michael | 671434 | WHEELCHAIR | FAM CRT |
| 3/19/2018 | PHSW(M) | Allen, Jermaine | 913514 | WHEELCHAIR | 803 |
| 3/20/2018 | PHSW(M) | Carr, Michael | 671434 | WHEELCHAIR | FAM CRT |
| 3/22/2018 | PHSW(M) | Cerebe, Brian | 759638 | WHEELCHAIR | 503 |
| 3/23/2018 | PHSW(M) | Webb, Qyshan | 1139402 | WHEELCHAIR | 806 |
| 3/23/2018 | PHSW(M) | WILLIAMS, MAURICE | 971697 | WHEELCHAIR | TRAFF CRT |
| 3/27/2018 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 804 |
| 3/27/2018 | PHSW(M) | Webb, Qyshan | 1139402 | WHEELCHAIR | 604 |
| 3/28/2018 | CFCF | Mahoney, Thomas K. | 1181699 | WHEELCHAIR | 306 |
| 3/28/2018 | PHSW(M) | Webb, Qyshan | 1139402 | WHEELCHAIR | 306 |
| 4/5/2018 | CFCF | Pisa, Mark A. | 671560 | WHEELCHAIR | 805 |
| 4/5/2018 | PHSW | Cerebe, Brian | 759638 | WHEELCHAIR | 503 |
| 4/5/2018 | PHSW | KEYS, JAMAL | 717212 | WHEELCHAIR | 604 |
| 4/9/2018 | CFCF | Pisa, Mark | 671560 | WHEELCHAIR | 805 |
| 4/10/2018 | PHSW | Flowers, Henry | 732338 | WHEELCHAIR | 1008 |
| 4/11/2018 | CFCF | Johnson, Terry | 612275 | WHEELCHAIR | 60 |
| 4/11/2018 | PHSW | CEREBE, BRIAN | 759638 | WHEELCHAIR | TRAFF CRT |
| 4/11/2018 | PHSW | Davis, Andre L. | 634706 | WHEELCHAIR | 906 |
| 4/13/2018 | CFCF | Silver, Kyree J. | 1155303 | WHEELCHAIR | 1006 |
| 4/17/2018 | CFCF | Mahoney, Thomas K. | 1181699 | WHEELCHAIR | 306 |
| 4/18/2018 | CFCF | Otero, Alex | 1148988 | WHEELCHAIR | 505 |
| 4/19/2018 | CFCF | Harris, James | 835125 | WHEELCHAIR | 504 |
| 4/19/2018 | PHSW(F) | Jordan, Octavia | 655210 | WHEELCHAIR | 906 |
| 4/26/2018 | CFCF | Johnson, Terry | 612275 | WHEELCHAIR | 702 |

| 4/27/2018 | CFCF | WILLIAMS, WILLIE | 663913 | WHEELCHAIR | 901 |
|---|---|---|---|---|---|
| 4/27/2018 | PHSW | ALLEN, ZAMIR | 1056847 | WHEELCHAIR | TRAFF CRT |
| 5/1/2018 | PHSW | KEYS, JAMAL | 717212 | WHEELCHAIR | 604 |
| 5/2/2018 | PHSW | ALLEN, ZAMIR | 1056847 | WHEELCHAIR | 306/1005 |
| 5/9/2018 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 905 |
| 5/10/2018 | CFCF | Rios, Luis | 875122 | WHEELCHAIR | 1108 |
| 5/11/2018 | CFCF | Davis, Andre L. | 634706 | WHEELCHAIR | 60 |
| 5/16/2018 | CFCF | Davis, Andre L. | 634706 | WHEELCHAIR | 906 |
| 5/16/2018 | PHSW | Wilkinson, Michael | 798935 | WHEELCHAIR | 703 |
| 5/17/2018 | CFCF | Carr, Michael P. | 671434 | WHEELCHAIR | FAM CRT |
| 5/22/2018 | CFCF | Carr, Michael | 671434 | WHEELCHAIR | FAM CRT |
| 5/24/2018 | PHSW | Williams, Darrell | 999034 | WHEELCHAIR | 903 |
| 5/30/2018 | PHSW | Allen, Zamir | 1056847 | WHEELCHAIR | TRAFF CRT |
| 6/1/2018 | CFCF | Pisa, Mark | 671560 | WHEELCHAIR | 503 |
| 6/5/2018 | CFCF | Maloney, Anthony | 1152420 | WHEELCHAIR | 60 |
| 6/6/2018 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 801 |
| 6/6/2018 | CFCF | RICHARDSON, IRVING | 599864 | WHEELCHAIR | 60 |
| 6/6/2018 | PHSW(M) | PARKER, FLOYD | 799658 | WHEELCHAIR | 906 |
| 6/7/2018 | CFCF | Fletcher, Noel | 951129 | WHEELCHAIR | 901 |
| 6/7/2018 | PHSW | PARKER, FLOYD | 799658 | WHEELCHAIR | 705 |
| 6/12/2018 | CFCF | Lewis, Gene C. | 732530 | WHEELCHAIR | 1005 |
| 6/12/2018 | PHSW | Allen, Zamir | 1056847 | WHEELCHAIR | 306 |
| 6/14/2018 | CFCF | Carr, Michael P. | 671434 | WHEELCHAIR | FAM CRT |
| 6/14/2018 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 59 |
| 6/18/2018 | CFCF | Gibson, Ernest | 1032404 | WHEELCHAIR | 906 |
| 6/20/2018 | CFCF | Buchana, Brandon | 961129 | WHEELCHAIR | 1005 |
| 6/20/2018 | CFCF | Calderas, Khalif | 1191635 | WHEELCHAIR | 603/703 |
| 6/21/2018 | CFCF | BUCHANA, BRANDON | 961129 | WHEELCHAIR | TRAFF CRT |
| 6/21/2018 | CFCF | Pierson, Gary | 591052 | WHEELCHAIR | 705 |
| 6/21/2018 | PHSW(M) | Peterson, Paul D. | 609939 | WHEELCHAIR | 903 |
| 6/26/2018 | CFCF | Carr, Michael | 671434 | WHEELCHAIR | FAM CRT |
| 6/27/2018 | CFCF | Giambalvo, Michael | 1140971 | WHEELCHAIR | 808 |
| 6/27/2018 | PHSW | PARKER, FLOYD | 799658 | WHEELCHAIR | 906 |

| 7/2/2018 | CFCF | Giambalvo, Michael | 1140971 | WHEELCHAIR | 706 |
|---|---|---|---|---|---|
| 7/2/2018 | PHSW(M) | Toliver, Gilbert | 587027 | WHEELCHAIR | 803 |
| 7/6/2018 | PHSW | Toliver, Gilbert | 587027 | WHEELCHAIR | 705 |
| 7/9/2018 | CFCF | FIELDS, EDWARD | 970179 | WHEELCHAIR | 906 |
| 7/11/2018 | PHSW | Darrisaw, Karl | 779324 | WHEELCHAIR | 705 |
| 7/12/2018 | PHSW | Baynes, Frederick | 676407 | WHEELCHAIR | 405 |
| 7/16/2018 | CFCF | Giambalvo, Michael | 1140971 | WHEELCHAIR | 706 |
| 7/16/2018 | CFCF | Pisa, Mark | 671560 | WHEELCHAIR | 503 |
| 7/17/2018 | CFCF | Burnley, Steven | 1106363 | WHEELCHAIR | 903 |
| 7/17/2018 | CFCF | RICHARDSON, IRVING | 599864 | WHEELCHAIR | 707 |
| 7/18/2018 | CFCF | Giambalvo, Michael | 1140971 | WHEELCHAIR | 808 |
| 7/24/2018 | PHSW(M) | Brown, Dwight | 1056859 | WHEELCHAIR | 803 |
| 7/25/2018 | CFCF | BOYKIN, ALBERT | 610801 | WHEELCHAIR | 906 |
| 7/25/2018 | CFCF | FIELDS, EDWARD | 970179 | WHEELCHAIR | 906 |
| 7/26/2018 | CFCF | BAILEY, JONATHAN | 505285 | WHEELCHAIR | 1005 |
| 7/26/2018 | CFCF | BAYNES, FREDERICK | 676407 | WHEELCHAIR | 405 |
| 7/26/2018 | CFCF | HAMMOND, ALEEM | 1201930 | WHEELCHAIR | 903 |
| 7/26/2018 | PHSW(M) | KENNEDY, MAURICE | 1148139 | WHEELCHAIR | 805 |
| 7/27/2018 | CFCF | BAILEY, JONATHAN | 505285 | WHEELCHAIR | TRAFF CRT |
| 7/31/2018 | CFCF | Allen, Zamir | 1056847 | WHEELCHAIR | 306 |
| 7/31/2018 | PHSW | Miller, Shareef | 1192073 | WHEELCHAIR | 1003 |
| 8/1/2018 | PHSW | Kennedy, Maurice | 1148139 | WHEELCHAIR | 805 |
| 8/2/2018 | PHSW | Peterson, Paul D. | 609939 | WHEELCHAIR | 903 |
| 8/6/2018 | CFCF | Carr, Michael | 671434 | WHEELCHAIR | 59 |
| 8/6/2018 | CFCF | Pisa, Mark | 671560 | WHEELCHAIR | 503 |
| 8/6/2018 | PHSW(M) | Nelson, Marquell | 1039211 | WHEELCHAIR | 803 |
| 8/7/2018 | CFCF | Dorsey, David | 648379 | WHEELCHAIR | 703 |
| 8/8/2018 | PHSW(M) | GESER, STEVEN | 852936 | WHEELCHAIR | 802 |
| 8/9/2018 | CFCF | Hammond, Aleem | 1201930 | WHEELCHAIR | 806 |
| 8/13/2018 | CFCF | Dorsey, David | 648379 | WHEELCHAIR | 903 |
| 8/14/2018 | CFCF | Burnley, Steven | 1106363 | WHEELCHAIR | 703 |
| 8/14/2018 | PHSW | Kennedy, Maurice | 1148139 | WHEELCHAIR | 806 |
| 8/16/2018 | CFCF | FIELDS, EDWARD | 970179 | WHEELCHAIR | 405 |
| 8/16/2018 | CFCF | Johnson, Terry | 612275 | WHEELCHAIR | 702 |

| 8/16/2018 | PHSW | Kennedy, Maurice | 1148139 | WHEELCHAIR | 60 |
|---|---|---|---|---|---|
| 8/20/2018 | PHSW | GESER, STEVEN | 852936 | WHEELCHAIR | FAM CRT |
| 8/21/2018 | CFCF | Allen, Zamir | 1056847 | WHEELCHAIR | 306 |
| 8/21/2018 | CFCF | Lewis, Gene C. | 732530 | WHEELCHAIR | 1005 |
| 8/24/2018 | CFCF | FIELDS, EDWARD | 970179 | WHEELCHAIR | 506 |
| 8/29/2018 | CFCF | Maloney, Anthony | 1152420 | WHEELCHAIR | 1102 |
| 8/30/2018 | CFCF | Percha, William | 722023 | WHEELCHAIR | 603 |
| 8/31/2018 | PHSW | Geser, Steven | 852936 | WHEELCHAIR | 802 |
| 8/31/2018 | PHSW | LOPEZ-MONTANEZ, JORGE | 1169642 | WHEELCHAIR | 603 |
| 9/4/2018 | PHSW(M) | Brown, Dwight | 1056859 | WHEELCHAIR | 803 |
| 9/5/2018 | CFCF | Johnson, Terry | 612275 | WHEELCHAIR | 702 |
| 9/6/2018 | CFCF | Allen, Zamir | 1056847 | WHEELCHAIR | 602 |
| 9/6/2018 | PHSW(M) | LOPEZ, JORGE | 1169642 | WHEELCHAIR | 801 |
| 9/7/2018 | CFCF | MALONEY, ANTHONY | 1152420 | WHEELCHAIR | 1102 |
| 9/10/2018 | PHSW | Bowie, Sancho | 1095947 | WHEELCHAIR | 803 |
| 9/11/2018 | CFCF | Barnes, John | 451271 | WHEELCHAIR | 306 |
| 9/11/2018 | CFCF | Purdy, Adonis | 769532 | WHEELCHAIR | 503 |
| 9/12/2018 | CFCF | Martinez-Baez, Milton | 1083352 | WHEELCHAIR | 1005 |
| 9/13/2018 | CFCF | Green, Oscar Andre | 499552 | WHEELCHAIR | 903 |
| 9/20/2018 | CFCF | Carr, Michael P. | 671434 | WHEELCHAIR | FAM CRT |
| 9/21/2018 | CFCF | Dorsey, David | 648379 | WHEELCHAIR | 703 |
| 9/21/2018 | CFCF | Pritchett, Philip B. | 485395 | WHEELCHAIR | 802 |
| 9/21/2018 | PHSW | JONES, COREY | 1111522 | WHEELCHAIR | 1006 |
| 9/24/2018 | CFCF | Percha, William | 722023 | WHEELCHAIR | 603 |
| 9/25/2018 | CFCF | BOYKIN, ALBERT | 610801 | WHEELCHAIR | 1005 |
| 9/25/2018 | CFCF | Carr, Michael P. | 671434 | WHEELCHAIR | FAM CRT |
| 9/25/2018 | CFCF | RICHARDSON, IRVING | 599864 | WHEELCHAIR | 707 |
| 10/3/2018 | CFCF | Baynes, Frederick | 676407 | WHEELCHAIR | 805 |
| 10/3/2018 | PHSW | Frazier, Gregory | 1117417 | WHEELCHAIR | 705 |
| 10/3/2018 | PHSW | Kennedy, Maurice | 1148139 | WHEELCHAIR | 806 |
| 10/4/2018 | CFCF | DEVINE, BRIAN | 1141064 | WHEELCHAIR | 603 |
| 10/11/2018 | CFCF | Devine, Brian A. | 1141064 | WHEELCHAIR | 604 |
| 10/15/2018 | CFCF | Baynes, Frederick | 676407 | WHEELCHAIR | 805 |
| 10/16/2018 | CFCF | Chaparro, Joseph | 1052325 | WHEELCHAIR | FAM CRT |

| 10/16/2018 | CFCF | Hammond, Aleem | 1201930 | WHEELCHAIR | 1005 |
|---|---|---|---|---|---|
| 10/23/2018 | CFCF | Terrell, Nasir | 1065550 | WHEELCHAIR | 906 |
| 10/23/2018 | PHSW(M) | Kennedy, Maurice | 1148139 | WHEELCHAIR | 806 |
| 10/23/2018 | PHSW(M) | Nelson, Marquell | 1039211 | WHEELCHAIR | 803 |
| 10/24/2018 | CFCF | Hardman, Antoine | 1157854 | WHEELCHAIR | 306 |
| 10/24/2018 | CFCF | Percha, William | 722023 | WHEELCHAIR | 703 |
| 10/25/2018 | CFCF | Chaparro, Joseph | 1052325 | WHEELCHAIR | 603 |
| 10/25/2018 | CFCF | DEVINE, BRIAN | 1141064 | WHEELCHAIR | 604/706 |
| 10/29/2018 | CFCF | Allen, Zamir | 1056847 | WHEELCHAIR | 602 |
| 10/29/2018 | CFCF | Chaparro, Joseph | 1052325 | WHEELCHAIR | 604 |
| 10/30/2018 | PHSW | MILLER, SHAREEF | 1192073 | WHEELCHAIR | 1006 |
| 10/30/2018 | PHSW | PARKER, SHAWN | 708506 | WHEELCHAIR | 805 |
| 10/31/2018 | PHSW(M) | Parker, Shawn | 708506 | WHEELCHAIR | 805 |
| 11/1/2018 | CFCF | Gaddie, Keith | 789934 | WHEELCHAIR | 703 |
| 11/1/2018 | CFCF | Gaddie, Keith | 789934 | WHEELCHAIR | 703 |
| 11/2/2018 | CFCF | BOYKIN, ALBERT | 610801 | WHEELCHAIR | 601 |
| 11/2/2018 | CFCF | Cini, Joseph | 934415 | WHEELCHAIR | 906 |
| 11/9/2018 | CFCF | BOYKIN, ALBERT | 610801 | WHEELCHAIR | 601 |
| 11/14/2018 | CFCF | Chaparro, Joseph | 1052325 | WHEELCHAIR | 604 |
| 11/15/2018 | PHSW | NELSON, MARQUELL | 1039211 | WHEELCHAIR | TRAFF CRT |
| 11/16/2018 | CFCF | Percha, William | 722023 | WHEELCHAIR | 603 |
| 11/16/2018 | PHSW | Geser, Steven | 852936 | WHEELCHAIR | 802 |
| 11/21/2018 | CFCF | DEVINE, BRIAN | 1141064 | WHEELCHAIR | 604 |
| 11/27/2018 | CFCF | MALONEY, ANTHONY | 1152420 | WHEELCHAIR | 9999 |
| 11/28/2018 | CFCF | Chaparro, Joseph | 1052325 | WHEELCHAIR | 703 |
| 11/28/2018 | CFCF | Cini, Joseph | 934415 | WHEELCHAIR | 906 |
| 11/28/2018 | CFCF | Davis, Andre L. | 634706 | WHEELCHAIR | 1103 |
| 11/28/2018 | CFCF | Percha, William | 722023 | WHEELCHAIR | 1005 |
| 11/29/2018 | CFCF | Davis, Andre L. | 634706 | WHEELCHAIR | 59 |
| 11/29/2018 | CFCF | Dorsey, David | 648379 | WHEELCHAIR | 905 |
| 11/29/2018 | PHSW | Bailey, Jonathan | 505285 | WHEELCHAIR | 1005 |
| 11/29/2018 | PHSW | Rivera, Luis Antonio | 575589 | WHEELCHAIR | 808 |
| 12/3/2018 | CFCF | CHAPARRO, JOSEPH | 1052325 | WHEELCHAIR | TRAFF CRT |

| 12/3/2018 | PHSW(M) | Geser, Steven | 852936 | WHEELCHAIR | 802 |
|---|---|---|---|---|---|
| 12/3/2018 | PHSW(M) | Stafford, Shaun | 1007260 | WHEELCHAIR | 603 |
| 12/4/2018 | CFCF | Hardman, Antoine | 1157854 | WHEELCHAIR | 306 |
| 12/5/2018 | CFCF | Chaparro, Joseph | 1052325 | WHEELCHAIR | FAM CRT |
| 12/6/2018 | CFCF | Crutchfield, Kelvin | 992868 | WHEELCHAIR | 1003 |
| 12/7/2018 | CFCF | Adams, Christopher A. | 1088564 | WHEELCHAIR | 604 |
| 12/12/2018 | CFCF | BOYKIN, ALBERT | 610801 | WHEELCHAIR | FAM CRT |
| 12/14/2018 | CFCF | Allen, Zamir | 1056847 | WHEELCHAIR | 602 |
| 12/17/2018 | CFCF | Beauford, Darrell | 576351 | WHEELCHAIR | 903 |
| 12/19/2018 | CFCF | Green, Oscar Andre | 499552 | WHEELCHAIR | 1005 |
| 12/20/2018 | CFCF | Mack, Purvis | 949012 | WHEELCHAIR | 703 |
| 12/20/2018 | CFCF | Session, Dallas | 650247 | WHEELCHAIR | FAM CRT |
| 12/31/2018 | PHSW(M) | Rodriguez, Joshua | 1206185 | WHEELCHAIR | 803 |
| 1/3/2019 | CFCF | Beauford, Darrell | 576351 | WHEELCHAIR | 806 |
| 1/3/2019 | CFCF | Session, Dallas | 650247 | WHEELCHAIR | FAM CRT |
| 1/4/2019 | CFCF | Allen, Zamir | 1056847 | WHEELCHAIR | 602 |
| 1/4/2019 | CFCF | TURNER, OMAR | 788983 | WHEELCHAIR | 703 |
| 1/4/2019 | PHSW(M) | Peterson, Paul D. | 609939 | WHEELCHAIR | 905 |
| 1/8/2019 | CFCF | Allen, Zamir | 1056847 | WHEELCHAIR | 907 |
| 1/8/2019 | CFCF | Barnes, John | 451271 | WHEELCHAIR | 306 |
| 1/9/2019 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 603 |
| 1/9/2019 | CFCF | TURNER, OMAR | 788983 | WHEELCHAIR | 708 |
| 1/10/2019 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 905 |
| 1/17/2019 | PHSW | BAKER, DANIEL | 816951 | WHEELCHAIR | 703 |
| 1/18/2019 | CFCF | Aguila, Ubin | 1121618 | WHEELCHAIR | 606 |
| 1/18/2019 | CFCF | CARDAMONE, GARY | 1005854 | WHEELCHAIR | TRAFF CRT |
| 1/18/2019 | PHSW | Ortiz, Ramon | 932962 | WHEELCHAIR | 603 |
| 1/22/2019 | CFCF | Barnes, John | 451271 | WHEELCHAIR | 306 |
| 1/22/2019 | PHSW | Austin, Rickey | 1206843 | WHEELCHAIR | 603 |
| 1/25/2019 | CFCF | Durham, Edward | 1110532 | WHEELCHAIR | 1005 |
| 1/29/2019 | CFCF | Hammond, Aleem | 1201930 | WHEELCHAIR | 1008 |
| 1/29/2019 | CFCF | Hardman, Antoine | 1157854 | WHEELCHAIR | 306 |
| 1/29/2019 | CFCF | TURNER, OMAR | 788983 | WHEELCHAIR | 708 |
| 2/1/2019 | CFCF | Calderas, Khalif | 1191635 | WHEELCHAIR | 603 |

| 2/4/2019 | PHSW(M) | Flowers, Henry | 732338 | WHEELCHAIR | 1008 |
|---|---|---|---|---|---|
| 2/4/2019 | RCF | Dixon, Jacqueline | 1167278 | WHEELCHAIR | 60 |
| 2/5/2019 | CFCF | Gillis, Aamir | 1025024 | WHEELCHAIR | 60 |
| 2/6/2019 | CFCF | Calderas, Khalif | 1191635 | WHEELCHAIR | 703 |
| 2/8/2019 | CFCF | Allen, Zamir | 1056847 | WHEELCHAIR | 907 |
| 2/8/2019 | CFCF | Peterson, Paul D. | 609939 | WHEELCHAIR | 905 |
| 2/11/2019 | CFCF | BOYKIN, ALBERT | 610801 | WHEELCHAIR | 601 |
| 2/11/2019 | CFCF | Calderas, Khalif | 1191635 | WHEELCHAIR | 603 |
| 2/11/2019 | CFCF | Ross, Bedford | 624069 | WHEELCHAIR | 703 |
| 2/13/2019 | SCI Phoenix | Walker, Marvin | 585439 | WHEELCHAIR | 706 |
| 2/14/2019 | RCF | Miller, Lisa | 674117 | WHEELCHAIR | 801 |
| 2/21/2019 | RCF | MILLER, LISA | 674117 | WHEELCHAIR | TRAFF CRT |
| 2/21/2019 | SCI Phoenix | Walker, Marvin | 585439 | Wheelchair | 506 |
| 2/26/2019 | CFCF | Clinton, Alexander | 1189180 | WHEELCHAIR | 705 |
| 3/1/2019 | RCF | Dixon, Jacqueline | 1167278 | WHEELCHAIR | 1002 |
| 3/4/2019 | MCP | Limbardo, Angel | 1004486 | WHEELCHAIR | 59 |
| 3/4/2019 | PHSW(M) | Cusin, Dennis | 827553 | WHEELCHAIR | 60/1103 |
| 3/5/2019 | CFCF | Ross, Bedford | 624069 | WHEELCHAIR | 505 |
| 3/5/2019 | CFCF | Calderas, Khalif | 1191635 | WHEELCHAIR | 605 |
| 3/6/2019 | PHSW(M) | Cusin, Dennis | 827553 | WHEELCHAIR | 1103 |
| 3/7/2019 | RCF | Dixon, Jacqueline | 1167278 | WHEELCHAIR | 60 |
| 3/11/2019 | CFCF | Calderas, Khalif | 1191635 | WHEELCHAIR | 603 |
| 3/12/2019 | CFCF | Clinton, Alexander | 1189180 | WHEELCHAIR | 705 |
| 3/12/2019 | CFCF | Ross, Bedford | 624069 | WHEELCHAIR | 706 |
| 3/18/2019 | PHSW | FLOWERS, HENRY | 732338 | WHEELCHAIR | 606 |
| 3/21/2019 | CFCF | BOYKIN, ALBERT | 610801 | WHEELCHAIR | 601 |
| 3/22/2019 | CFCF | Suters, Tyrone | 1121958 | WHEELCHAIR | 1006 |
| 3/22/2019 | SCI Phoenix | Dougherty, Daniel | 674875 | Wheelchair | 907 |
| 3/25/2019 | CFCF | Dougherty, Daniel | 674875 | WHEELCHAIR | 907 |
| 3/27/2019 | CFCF | TURNER, OMAR | 788983 | WHEELCHAIR | 708 |
| 3/28/2019 | CFCF | DOUGHERTY, DANIEL | 674875 | WHEELCHAIR | 305 |
| 3/29/2019 | CFCF | DOUGHERTY, DANIEL | 674875 | WHEELCHAIR | 305 |

| 4/1/2019 | SCI Phoenix | Fowler, Abdul | 753653 | WHEELCHAIR | 506 |
|---|---|---|---|---|---|
| 4/2/2019 | CFCF | Ramos, Louis | 609323 | WHEELCHAIR | 905 |
| 4/3/2019 | CFCF | Barnes, John | 451271 | WHEELCHAIR | 60 |
| 4/12/2019 | CFCF | Allen, Zamir | 1056847 | WHEELCHAIR | 907 |
| 4/15/2019 | CFCF | BOYKIN, ALBERT | 610801 | WHEELCHAIR | 601 |
| 4/15/2019 | CFCF | Carney, Bahshar | 1203533 | WHEELCHAIR | 901 |
| 4/16/2019 | CFCF | Hammond, Aleem | 1201930 | WHEELCHAIR | 1008 |
| 4/18/2019 | CFCF | BOYKIN, ALBERT | 610801 | WHEELCHAIR | TRAFF CRT |
| 4/18/2019 | CFCF | Edwards, Shaheed | 1050331 | WHEELCHAIR | 803 |
| 4/18/2019 | PHSW | Flores, Emanuel O. | 953229 | WHEELCHAIR | 906 |
| 4/18/2019 | PHSW | Henderson, Kenneth | 964329 | WHEELCHAIR | 605 |
| 4/22/2019 | CFCF | CALDERAS, KHALIF | 1191635 | WHEELCHAIR | 603 |
| 4/22/2019 | CFCF | EDWARDS, SHAHEED | 1050331 | WHEELCHAIR | 902 |
| 4/22/2019 | PHSW | WHITE, STACY | 979473 | WHEELCHAIR | 903 |
| 4/23/2019 | CFCF | Calderas, Khalif | 1191635 | WHEELCHAIR | 1006 |
| 4/23/2019 | CFCF | Smart, David | 955760 | WHEELCHAIR | 906 |
| 4/23/2019 | MCP | Thorne, Kenneth | 567706 | WHEELCHAIR | 59 |
| 4/25/2019 | CFCF | Calderas, Khalif | 1191635 | WHEELCHAIR | 60 |
| 4/30/2019 | CFCF | Calderas, Khalif | 1191635 | WHEELCHAIR | 1006 |
| 5/1/2019 | SCI Phoenix | Fowler, Abdul | 753653 | Wheelchair | 503 |
| 5/3/2019 | PHSW | HENDERSON, KENNETH | 964329 | WHEELCHAIR | TRAFF CRT |
| 5/7/2019 | SCI Phoenix | Durham, Edward | 1110532 | Wheelchair | 1005 |
| 5/8/2019 | CFCF | Edwards, Shaheed | 1050331 | WHEELCHAIR | 902 |
| 5/8/2019 | CFCF | Smart, David | 955760 | WHEELCHAIR | 906 |
| 5/9/2019 | SCI Phoenix | McCoy, Sherman | 997476 | Wheelchair | 507 |
| 5/15/2019 | SCI Phoenix | Walker, Marvin | 585439 | Wheelchair | 506 |
| 5/16/2019 | CFCF | Hill, Darryll | 622999 | WHEELCHAIR | 903 |
| 5/16/2019 | SCI Phoenix | Walker, Marvin | 585439 | Wheelchair | 506 |
| 5/23/2019 | CFCF | Carney, Bahshar | 1203533 | WHEELCHAIR | 901 |
| 5/23/2019 | CFCF | GLASS, EMMANUEL | 1139317 | WHEELCHAIR | 802 |

| 5/23/2019 | CFCF | SANCHEZ, ANGEL | 665915 | WHEELCHAIR | 903 |
|---|---|---|---|---|---|
| 5/23/2019 | RCF | DIXON, JACQUELINE | 1167278 | WHEELCHAIR | 60 |
| 5/24/2019 | CFCF | GLASS, EMMANUEL | 1139317 | WHEELCHAIR | 703 |
| 5/28/2019 | PHSW | Geser, Steven | 852936 | WHEELCHAIR | 802 |
| 5/28/2019 | CFCF | SMART, DAVID | 955760 | WHEELCHAIR | 906 |
| 5/28/2019 | CFCF | TURNER, OMAR | 788983 | WHEELCHAIR | 708 |
| 5/29/2019 | PHSW | Geser, Steven | 852936 | WHEELCHAIR | 807 |
| 5/30/2019 | PHSW | Geser, Steven | 852936 | WHEELCHAIR | 807 |
| 5/31/2019 | Muncy | Brown, Ashley | 1153048 | WHEELCHAIR | 606 |
| 5/31/2019 | PHSW | Geser, Steven | 852936 | WHEELCHAIR | 807 |
| 6/3/2019 | CFCF | DIXON, LISTON | 880797 | WHEELCHAIR | TRAFF CRT |
| 6/3/2019 | CFCF | TURNER, OMAR | 788983 | WHEELCHAIR | 708 |
| 6/3/2019 | PHSW | Geser, Steven | 852936 | WHEELCHAIR | 807 |
| 6/4/2019 | PHSW | Geser, Steven | 852936 | WHEELCHAIR | 807 |
| 6/5/2019 | PHSW | Geser, Steven | 852936 | WHEELCHAIR | 807 |
| 6/6/2019 | RCF | DIAGIACOMO, JOSEPH | 801400 | WHEELCHAIR | TRAFF CRT |
| 6/6/2019 | CFCF | BROWN, ASHLEY | 1153048 | WHEELCHAIR | 606 |
| 6/7/2019 | RCF | MULDOR, JAMES | 1052047 | WHEELCHAIR | 1006 |
| 6/10/2019 | PHSW | DIXON, JACQUELINE | 1167278 | WHEELCHAIR | 1002 |
| 6/12/2019 | SCI PHOENIX | Bryant, Terrell | 701229 | Wheelchair | 806 |
| 6/12/2019 | CFCF | WHITE, STACY | 979473 | WHEELCHAIR | 903 |
| 6/18/2019 | CFCF | SMART, DAVID | 955760 | WHEELCHAIR | 607 |
| 6/18/2019 | CFCF | SANCHEZ, ANGEL | 665915 | WHEELCHAIR | 503 |
| 6/18/2019 | CFCF | SMART, DAVID | 955760 | WHEELCHAIR | 607 |
| 6/19/2019 | CFCF | MAMAATKULOV, SHEKHROZ | 1210004 | WHEELCHAIR | 306 |
| 6/19/2019 | SCI Phoenix | Fowler, Abdul | 753653 | Wheelchair | 503/704 |
| 6/19/2019 | CFCF | MAMAATKULOV, SHEKHROZ | 1210004 | WHEELCHAIR | 306 |
| 6/26/2019 | CFCF | JACKSON-WALLACE, MALIK | 1201432 | WHEELCHAIR | 803 |
| 6/26/2019 | CFCF | BARNES, JOHN | 451271 | WHEELCHAIR | 306 |
| 6/26/2019 | CFCF | BARNES, JOHN | 451271 | WHEELCHAIR | 306 |

| 6/26/2019 | CFCF | JACKSON-WALLACE, MALIK | 1201432 | WHEELCHAIR | 803 |
|---|---|---|---|---|---|
| 6/27/2019 | CFCF | HILL, DARRYLL | 622999 | WHEELCHAIR | 905 |
| 6/28/2019 | CFCF | ALLEN, ZAMIR | 1056847 | WHEELCHAIR | 907 |