IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERMAINE WILLIAMS : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 17-2697 |
| CITY OF PHILADELPHIA : | |
| OFFICE OF THE SHERIFF, : | |
| V. LOPEZ, and  VALASCO : | |

## **O R D E R**

**AND NOW**, this  12th  day of   December  , 2019, at the request of Counsel, and with the agreement of Counsel, it is **ORDERED** that the deadlines in this matter are **STAYED** pending the ruling on Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**