THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE WILLIAMS | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-6379 |
| | : | |
| WHITAKER, | : | |
|   *PA CORRECTIONS OFFICER, INDIVIDUALLY* | : | |
|   *AND AS AN EMPLOYEE OF* | : | |
|   *COMMONWEALTH OF PENNSYLVANIA,* | : | |
|   *DEPARTMENT OF CORRECTIONS* | : | |
| | : | |
| And VALKO, | : | |
|   *PA CORRECTIONS OFFICER, INDIVIDUALLY* | : | |
|   *AND AS AN EMPLOYEE OF* | : | |
|   *COMMONWEALTH OF PENNSYLVANIA,* | : | |
|   *DEPARTMENT OF CORRECTIONS* | : | |

___

| | | |
|---|---|---|
| JERMAINE WILLIAMS | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 17-2697 |
| | : | |
| CITY OF PHILADELPHIA OFFICE OF THE SHERIFF, | : | |
| | : | |
| V. LOPEZ, | : | |
|   *SHERIFF'S OFFICER, INDIVIDUALLY AND* | : | |
|   *AS AN EMPLOYEE OF CITY OF PHILADELPHIA* | : | |
|   *OFFICE OF THE SHERIFF,* | : | |
| | : | |
| And VALASCO, | : | |
|   *SHERIFF'S OFFICER, INDIVIDUALLY AND AS AN* | : | |
|   *EMPLOYEE OF CITY OF PHILADELPHIA, OFFICE* | : | |
|   *OF THE SHERIFF*. | : | |

## O R D E R

**AND NOW**, this  9th  day of  January , 2020, at the request of Counsel, and with the agreement of Counsel, it is **ORDERED** that these matters are scheduled for a Settlement

Conference on Tuesday, January 28, 2020 at 10:00 a.m., Room 8614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

       **IT IS SO ORDERED.**

                                          **BY THE COURT:**

                                          _____

                                          **R. BARCLAY SURRICK, J.**