IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERMAINE WILLIAMS : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 17-2697 |
| CITY OF PHILADELPHIA OFFICE OF THE : | |
| SHERIFF, ET. AL. : | |

## O R D E R

**AND NOW**, this  21st  day of  January , 2020, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 38), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**