IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERMAINE WILLIAMS : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 17-2697 |
| CITY OF PHILADELPHIA OFFICE OF : | |
| THE SHERIFF, ET AL. : | |

## ORDER

**AND NOW**, this  15th  day of January, 2023, upon consideration of Defendants' Motion *in Limine* to Admit the Prison Fight Video Compilation ("City Mot.," ECF No. 57), Plaintiff's Response to Defendants' Respective Motions *in Limine* to Show the Jury the Murder Attempt on Plaintiff While He Was In the City's Prison Four Years After the Incidents At Issue (Pl.'s Resp.," ECF No. 60), Plaintiff's Omnibus Motion *in Limine* ("Pl.'s Omnibus Mot.," ECF No. 58), and Plaintiff's Motion *in Limine* to Preclude Evidence of the 2015 DOC Incident Which Was the Subject of the Case Against the PA Department of Corrections, Which Recently Settled ("Pl.'s 2015 DOC Incident Mot.," ECF No. 61), it is **ORDERED** as follows:

1.    Ruling on the City Motion (ECF No. 57) is **DEFERRED** until the commencement of trial on January 17, 2023, at which time the City shall make an Offer of Proof as set forth in the Memorandum accompanying this Order.

2.    Plaintiff's Omnibus Motion (ECF No. 58), and Plaintiff's 2015 DOC Incident Motion (ECF No. 61) are **DENIED** without prejudice to renewal of argument on the issues raised in these Motions at trial, and the City is **ORDERED** to make an Offer of Proof to the Court, outside the presence of the jury, before offering testimony or other evidence regarding Plaintiff's

arrests or incarceration prior or subsequent to the Incident at issue in this action, as set forth in the accompanying Memorandum.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**
