IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERMAINE WILLIAMS : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 17-2697 |
| CITY OF PHILADELPHIA OFFICE OF : | |
| THE SHERIFF, ET AL. : | |

**ORDER**

**AND NOW**, this 20th day of February, 2023, upon consideration of Plaintiff's Motion to Reconsider Ruling and/or *In Limine* To Be Allowed To Present the Eyewitness' Testimony In Rebuttal If Relevant (ECF No. 72), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:


/s/ *R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**